**District Court of the United States**
**District of Columbia**

| | |
|---|---|
| John S. Barth, | Case No. 1:25-cv-01136-DLF |
|     Plaintiff | |
| v. | **Preliminary Fact Appendix C** |
| Mabry Carlton Ranch Inc., et al, | (completion pending discovery) |
|     Defendants | Acts of Crime Constituting Racketeering |
| | by Walton Defendant Group C |

## Contents

Summary of Facts of Walton ............................................................................................... 2
Involvement of Juerger and GCCF ..................................................................................... 2
THE LAND, ACQUISITION PROJECTS, MEETINGS, AND DECISION MAKERS .............. 3
    The Land Areas and Purchases ..................................................................................... 3
    State DSL/FNAI/ARC/BOT Projects, Meetings, and Decision Makers ........................... 3
    State SWFWMD Projects, Meetings, and Decision Makers .......................................... 7
    County Commission Projects, Meetings, and Decision Makers (details pending discovery) ..... 7
RELATIONSHIP OF DEFENDANTS .................................................................................... 7
    Relationships of Family, Friendship, and Activities (details pending discovery) ............ 7
    Relationships of Employment and Business Dependency (details pending discovery) ... 7
    Relationship to Public Officials, Political Party (details pending discovery) ................... 8
ACTS OF DEFENDANTS TO INFLUENCE STATE ACQUISITIONS ................................... 8
    Influence Upon Recommendations of ARC (details pending discovery) ....................... 8
    Influence Upon Approvals by Board of Trustees of the IITF (details pending discovery) ......... 8
ACTS OF DEFENDANTS TO INFLUENCE SWFWMD ACQUISITIONS ............................. 8
    Efforts of Defendants to Influence SWFWMD Acquisition Process (pending discovery) ........ 8
    Relationships of Defendants With SWFWMD (details pending discovery) ................... 8
ACTS OF DEFENDANTS TO INFLUENCE COUNTY ACQUISITIONS ............................... 8
    Influence Upon ESLOC (details pending discovery) ...................................................... 8
    Influence Upon County Commissioners (details pending discovery) ............................. 8
ACTS OF DEFENDANTS TO INFLUENCE GOVERNMENT APPRAISALS ........................ 9
    Influence Upon Appraiser Selection and Relationships with Appraiser (pending discovery) ... 9
    Appraiser Dependencies and Relationship to Officials and Party (pending discovery) .... 9
    Prior Appraisals by Buyer, Seller, and Selected Appraiser (details pending discovery) ........... 9
RELATIONSHIP OF DEFENDANTS WITH RACKETEERING GROUPS A AND B ............. 9
    The Walton Land Was Purchased for Several Times the Known Land Value ............... 9
CONCLUSIONS .................................................................................................................... 9



RECEIVED

JUN 24 2025

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

**Summary of Facts of Walton**

It is well established (Appendices A, D, E) that, as President of the state Senate with the power to appoint and remove all committee members and chairpersons, defendant Lisa Carlton controlled the 2007 approvals of the 2010 payments to the Longino and Walton defendants. The relationships and payments are shown as diagrams in Exhibits 81, 82, and 83.

**Involvement of Juerger and GCCF**

The Conservation Foundation of the Gulf Coast GCCF admits [509] that it acted as the "land acquisition agent" of defendant county for purchase of the Walton Ranch land and Longino Ranch land and easement in July 2010, "submitted the application for Florida Forever funds and negotiated the acquisitions with ranch owners" and repeated the fraud [509] of an "ecological corridor" to SWFWMD land in DeSoto county to "protect" the "endangered Florida panther" never found in either county. County commissioner Patterson is listed on the GCCF board and signed the deeds for these payments.

The GCCF founder Albert Joerger [506] is the acquisition agent for the defendant County ESLPP, board member of SWFWMD 2008 – 2013 [505, 507], the sources of the payments to the defendants, and was a member of the governor's 2006 "Environmental Transition Team" when the state allowed $51 million to be given to the Carlton defendants without benefit to the state or cost to MCRI. Joerger's wife Pauline (Palmer) remains an "Advisor" of GCCF. Former county commissioner Nora Patterson is a trustee of GCCF.

Therefore relationships between these entities and the defendant landowners establish another channel of control of unlawful payments to the Carlton defendants.

Pauline Joerger and defendant Lisa Carlton are trustees of Gulf Coast Community Foundation (also called GCCF), the Carltons and Joergers attended its 2008 ball with commissioner Jon Thaxton of defendant county [506], and both are listed in its 2009 annual report [507] as "donors" of over $10,000.

## THE LAND, ACQUISITION PROJECTS, MEETINGS, AND DECISION MAKERS

### The Land Areas and Purchases

620. 7/16/2010 Deed, Michael Walton (as trustee of the two Walton parent trusts) to County, OR2010086705, $22,559,100 Twp 38S Rng 22E Sec 19-20, 29-32 except p/o Sec 32

**Totals**

| Year | Land | Bldg | Feature | Just | Assessed | Taxable |
|---|---|---|---|---|---|---|
| 2019 | $14,053,100 | $0 | $0 | $14,053,100 | $2,681,367 | $0 |
| 2013 | $2,180,500 | $148,700 | $3,100 | $2,334,300 | $1,652,195 | $0 |
| 2010 | $4,236,476 | $180,500 | $17,400 | $4,434,376 | $450,362 | $238,693 |

1. So the County paid $22,559,100 for land for which the County had sworn a total market value of $4,434,376 that year, over five times its total sworn market value.
**It is therefore incontestable that the County deliberately overpaid $18,124,724.**
2. If the County had waited for a recession and paid the 2012-14 market value, it would have paid $2,334,300, so the County **deliberately overpaid as much as $20,224,800**.
3. These valuations assume that the land had conservation value as re1uired for the funds used, which it did not. See Appendices D and E establishing the absence of conservation value, and the extensive political corruption that led to the payments to the Carlton, Longino, and Walton defendants.

### State DSL/FNAI/ARC/BOT Projects, Meetings, and Decision Makers

The subject land was included in the FNAI Evaluation Report of 11/2007 [207] as the "Myakka Ranchlands" project, listed (p.2) as consisting of 18,736 acres '0% complete" (none purchased yet), with two FNAI scores, "F-TRAC 2010 statewide" (value relative to statewide conservation needs) shown as "Low", and "F-TRAC 2010 on Florida Forever Projects" (value relative to other projects) shown as "Low", the lowest possible scores for a project [207]. The project included three ranches [208] of 29.275 county sectors, consisting of:

> the Hi Hat Ranch in the northwest (10,770 acres) and the combined Walton and Longino Ranches in the southeast (7,969 acres)…
> On 12/14/2007 the Acquisition and Restoration Council (ARC) voted to add the Myakka Ranchlands to the A list of Florida Forever projects. … [209, 210]
> Longino Ranch is less-than-fee; Hi-Hat is fee and/or less-than-fee; and Walton Ranch was proposed as fee simple, but the owner is willing to consider it as a less-than-fee acquisition.

Note that the ARC approval of these payments to the Waltons and Longinos, long-time ranch neighbors of the Carltons, was made in less than a month (11/20/2007 to 12/14/2007), the last days of Lisa Carlton's term as Senate President. Two months later the BOT voted to accept the

project. The BOT Agenda [620] recommended acceptance of the 2/2008 FF Report and approval of the FF 2/2008 FF Priority List, and the Board so voted.

TThe 2016 Florida DEP project description of the "Myakka Ranchlands" project [231]:

> three ownerships in two disjunct tracts: the Hi Hat Ranch in the northwest (10,770 acres) and the combined Walton and Longino Ranches in the southeast (7,969 acres).
>
> The three working ranches support ongoing cattle operations, sod farms, row crops, citrus groves, pine and cabbage palm harvesting, and hunting… About 53 percent … converted to pasture, agriculture… impoundments, canals, roads, and buildings…The remaining natural areas … quality … is variable, depending upon the fire history and levels of physical disturbances or invasive exotic plant encroachments.

1. The July 2007 FNAI Report on the "Myakka Ranchlands" project [231] showed only one rare plant (pine lily) in about 30 square miles, and five somewhat-rare birds (caracara, swallow-tailed kite, Florida Sandhill Crane, bald eagle, and least bittern) found throughout Florida, and the gopher tortoise (which in fact had to be transplanted there later to rationalize the purchase). Birds do not go elsewhere if the state does not purchase land and easements. The report uncritically listed applicant-owner reports (defendant Groups B, C) of Florida panthers and black bears never documented in Sarasota county or any adjacent county. It noted that the land is no longer usable habitat and that restoration would be elaborate, experimental, and costly.

> Areas converted to pastures, sod farms, citrus groves, row crops or other uses associated with the working ranches would require intensive, likely expensive, treatments if ecological restoration is desired. In the less-than-fee portions of the proposal, it is expected these areas would remain in use for ranching and agricultural purposes after acquisition. In areas where ecological restoration is desired, research into the historic natural vegetation types would first be required. Then vegetation restoration would entail multiple treatments with herbicides and disking to remove existing undesirable vegetation, seeding or planting native plant stock, followed by long term monitoring and treatment for invasive exotic and non-desirable species. This type of restoration from bare soil, at least for Florida flatwoods systems, is a relatively new practice, somewhat experimental, and is typically very expensive.

So the FNAI report showed no significant conservation value of the project.

2. The August 2007 ARC Florida Forever Project List does not list any Myakka Ranchlands project.

3. 11/2007 FNAI Evaluation Report [207] includes the Longino and Walton Ranch land in the "Myakka Ranchlands" project, with the lowest possible scores FNAI scores, "Low" relative to statewide conservation needs (F-TRAC 2010 Statewide), and "Low" relative to other projects

available that year (F-TRAC 2010 on Florida Forever Projects). Of 62 Group A projects, only one other of the 13 lowest-ranking projects was also named in Bold-face Italic type.

4. The 2016 Florida DEP description of the "Myakka Ranchlands" project [231] admits that the ARC made this lowest-priority project a top-priority purchase just two weeks later, just two weeks before the term of Lisa Carlton would expire as Senate President and Budget Overseer.

> On 12/14/2007 the Acquisition and Restoration Council (ARC) voted to add the Myakka Ranchlands to the A list of Florida Forever projects. …

5. The February 2008 ARC Florida Forever Project List [209] lists the "Myakka Ranchlands" project in Group A with symbols indicating "New project added to list" and "Highest Acquisition Priority Group A projects" despite its lowest-possible FNAI ranking.

6. The 2/26/2008 BOT meeting minutes (Item 2) show that

> December 14, 2007, ARC added three new projects…on the August 2007 Florida Forever Priority List… of acquisition projects approved by ARC on December 14, 2007 and proposed for adoption by the Board of Trustees.
>
> | New Projects Added to List | Total Acres | County |
> |---|---|---|
> | Myakka Ranchlands (Group A) | 18,739 | Sarasota |
>
> …ARC identified 21 projects within Group A on which the Department of Environmental Protection's (DEP) Division of State Lands (DSL) should focus acquisitions using the remaining Florida Forever funds. …
>
> | **Highest Acquisition Priority Projects** | **Acres Remaining** | **County** |
> |---|---|---|
> | … | | |
> | Myakka Ranchlands | 18,739 | Sarasota |
> | … | | |
>
> The Florida Forever Tool for Efficient Resource Acquisition and Conservation (F-TRAC) and Single Resource Ranking are analyses produced every six months by the Florida Natural Areas Inventory (FNAI) to provide scientific support to ARC in advance of its semi-annual vote on Florida Forever land acquisition projects. … The F-TRAC 2010 Scenarios show which projects offer the greatest return in resource protection …
> The analyses are a tool to guide decision-making, not a final conservation plan that must be followed. Nevertheless, the F-TRAC and Single Resource Ranking provide sound direction for Florida Forever, and <u>decisions made to the contrary should be justifiable</u>.
> …<u>All property</u> within the boundaries of the Florida Forever projects… <u>is proposed to be purchased</u>, in fee-simple or a lesser interest, <u>for conservation purposes</u>.
> …The February 2008 Florida Forever Priority List is consistent with section 187.201(9), F.S., the Natural Systems and Recreational Lands section of the State Comprehensive Plan
> …**RECOMMEND <u>ACCEPTANCE OF THE FEBRUARY 2008 FLORIDA FOREVER REPORT AND APPROVAL OF THE FEBRUARY 2008 FLORIDA FOREVER PRIORITY LIST</u>**

The only value of the project noted was "aquifer recharge" as though rain would promptly stop falling there if the purchase was not made. In fact Sarasota county draws very little of its water

from wells, the well water comes from the Floridan aquifer, and ranches and farms use half of the rainfall and pollute the rest, which flows to the Gulf. So in fact the purchase had zero "aquifer recharge" value and no significant other conservation value.

7. The deed [604] states falsely that the authority of SWFWMD to expend state Florida Forever funds is "in accordance with FS 373.199, and that a specific SWFWMD "Florida Forever Work Plan" references this as part of a "Myakkahatchee Creek" project. In fact this was its local project [603]: there were no Florida Forever projects in Sarasota County considered by the ARC prior to February 2008 when the "Myakka Ranchlands" project was added [221].

Easement deed: Myakkahatchee Creek project is referenced in SWFWMD FF Work Plan
    NC 2010: Myakkahatchee Creek Conservation Easement 5,010.0 acres

The Walton and Longino ranches were purchased in 2010 [208]:

    On 7/15/2010 Sarasota County purchased fee simple approximately 3,760 acres known as Walton Ranch and sold to the SWFWMD conservation easement rights.
    On 8/19/2010 SWFWMD and Sarasota County acquired Longino Ranch Conservation Easement (3,981 acres).

The state thereby purchased the Walton Ranch, despite it having the lowest possible conservation value statewide and among projects available that year, using $22,559,100 of state Florida Forever funds, or $6,000 per acre, more than five times the County-sworn fair market value.

207. *Florida Forever Project Evaluation Report*, Florida Natural Areas Inventory, 11/2007
208. *Sarasota County Water Atlas*, *Myakka Ranchlands,* USF, updated 4/2012
http://www.sarasota.wateratlas.usf.edu/upload/documents/Myakka-Ranchlands-Fla-Forever-Project-Description.pdf
209. *Florida Forever Priority List*, Acquisition and Restoration Council, February 2008
210. *Agenda*, Board of Trustees of the Internal Improvement Trust Fund, 2/26/2008
620. OR 2010086705 *Warranty Deed*, Parcel 21-599-105C, 07/16/2010  Michael Allen, Walton Michael Allen Tr, James J Walton Trust, and Wyona June Walton Trust to Sarasota County.
    Twp 38S Rng 22E Sec 19-20, 30-32 less p/o Sec 32, plus p/o Sec 5
    Plus access easement OR 20011131259 plus other access & util easements
    Parcels 1045-00-1000, 1047-00-1000, 1065-00-1000, 1067-00-1000, 1069-00-1000,
    1071-00-1000, 1089-00-1011

Florida Forever funds are distributed to state agencies in proportions set by FS 259.105(3), but this distribution has not been used since FY 2010-11, because the Legislature did not appropriate funds in FY 2011-12, FY 2013-14, or FY 2017-18.  The other FY appropriations were funded by the Legislature with specific provisions for distribution.

**State SWFWMD Projects, Meetings, and Decision Makers**

The 2010 land payments to Longino and Walton were approved by the county commission at its meetings 4/14/2010 and 4/27/19, and by SWFWMD at its board meeting 4/27/2010 [214]:

> Southwest Florida Water Management District Governing Board… approved the acquisition of conservation easements on the Walton and Longino ranches in Sarasota County today…
> The District and Sarasota County are acquiring conservation easements and some fee title over the ranches, protecting a total of 7,698 acres of land. …while allowing continued ranch operations that are compatible…
> "The region has been working on this acquisition for more than 90 years," said Albert Joerger, Governing Board member.
> The total cost of the acquisition is $37.4 million with the county contributing $11.5 million from its Environmentally Sensitive Lands Protection Program. The District's portion of the acquisition is funded through prior year allocations from the state's Florida Forever Trust Fund.
>
> The Sarasota County Commission unanimously approved the Walton Ranch acquisition at its April 14 meeting and the Longino Ranch acquisition at its meeting today…

Of course the particular easements were not proposed until 2007, and the region had no conservation acquisition plans until the 1970s, and few prior to the 1990s.

**County Commission Projects, Meetings, and Decision Makers (details pending discovery)**

The Walton "easement" for imaginary ranch panthers was purchased by SWFWMD in 2010 [214] along with the second Longino ranch easement.

> approved the acquisition of conservation easements on the Walton and Longino ranches in Sarasota County [between] conservation areas… from Sarasota to DeSoto County ... a critical link between the two areas... The District and Sarasota County are acquiring conservation easements and some fee title over the ranches… a total of 7,698 acres ….

**RELATIONSHIP OF DEFENDANTS**

**Relationships of Family, Friendship, and Activities (details pending discovery)**

(details pending discovery)

**Relationships of Employment and Business Dependency (details pending discovery)**

(details pending discovery)

**Relationship to Public Officials, Political Party (details pending discovery)**

(details pending discovery)

**ACTS OF DEFENDANTS TO INFLUENCE STATE ACQUISITIONS**

**Influence Upon Recommendations of ARC (details pending discovery)**

(details pending discovery)

**Influence Upon Approvals by Board of Trustees of the IITF (details pending discovery)**

(details pending discovery)

**ACTS OF DEFENDANTS TO INFLUENCE SWFWMD ACQUISITIONS**

**Efforts of Defendants to Influence SWFWMD Acquisition Process (pending discovery)**

(details pending discovery)

**Relationships of Defendants With SWFWMD (details pending discovery)**

(details pending discovery)

**ACTS OF DEFENDANTS TO INFLUENCE COUNTY ACQUISITIONS**

**Influence Upon ESLOC (details pending discovery)**

(details pending discovery)

**Influence Upon County Commissioners (details pending discovery)**

(details pending discovery)

Carolyn Brown, county director recreation and natural resources, said the county's goal was to retain the natural beauty of the preserve while offering more amenities

County Commission Chairwoman Carolyn Mason told a "This is your preserve."

Commissioner Christine Robinson, whose district includes North Port, said the preserve will "preserve the land for future generations."

**ACTS OF DEFENDANTS TO INFLUENCE GOVERNMENT APPRAISALS**

**Influence Upon Appraiser Selection and Relationships with Appraiser (pending discovery)**

(details pending discovery)

**Appraiser Dependencies and Relationship to Officials and Party (pending discovery)**

(details pending discovery)

**Prior Appraisals by Buyer, Seller, and Selected Appraiser (details pending discovery)**

(details pending discovery)

**RELATIONSHIP OF DEFENDANTS WITH RACKETEERING GROUPS A AND B**

**The Walton Land Was Purchased for Several Times the Known Land Value**

1. The Walton land parcel consists of about 6 sq. miles (Twp 38 Grid 22 Ranges 19-20, 29-32 less part of Range 32), primarily open grazing, farming, and wetland.

2. The (details pending discovery) arranged that the Walton Ranch was appraised by (details pending discovery).

3. The total 2010 Fair Market Value of this land as assessed and sworn by Sarasota County was $4,236,476. But on 7/15/2010 the County and SWFWMD paid $22,559,100 for the easement alone, more than five times the total appraised value of the land, for an easement that left the owners undisturbed and free to continue all of the business activities there upon which the appraised value was based, and has no conservation value whatsoever.

"Just in case you missed the news, on April 14 our County Commission approved purchasing the 3,808 acre Walton Ranch, one of the largest tracts thus far added to the County's voter-approved Environmentally Sensitive Lands Program." [404]

**CONCLUSIONS**

**(details pending discovery)**

9

**OATH**

I, the undersigned Plaintiff John S. Barth do hereby certify under penalty of perjury that the foregoing is true and correct.

Executed on (date): 3/3/2025

John S. Barth, Plaintiff, pro se
P.O. Box 88, Springvale, ME 04083 Jbarth@gwi.net 207-608-1741

United States, Dept of Justice, 950 Pennsylvania Ave, Washington, DC 20530-0001
Federal Bureau of Investigation, 935 Pennsylvania Ave NW, Wash., DC 20535-0001
Homeland Security Investigations, 1901 S. Bell St., Suite 900, Arlington, VA 22202
Mabry Carlton Ranch Inc., agent Barbara B. Carlton, 9430 Sidell Rd., Sidell, FL 34266
Barbara B. Carlton, 9430 Sidell Rd., Sidell, FL 34266
Lisa Carlton, 9420 Sidell Rd., Sidell, FL 34266
Kimberly Carlton Bonner, 9450 Sidell Rd., Sidell, FL 34266
Longino Ranch, Inc., agent John Minton Jr, 26111 Turpentine Still Rd, Sidell, FL 34266
Berryman T. Longino jr, 25501 Tampensi Trail, Sidell, FL 34266
John Longino, 757 17th St, Fort Lauderdale FL
John L. Minton Sr, 2513 S Indian River Dr, Fort Pierce, FL 34950
John L. Minton Jr, 2619 Park Place Dr, Winter Park, Fl 32789
Thomas L Curry, 2805 Oakland Park Blvd, Fort Lauderdale FL
MJW Ranch LLC, James J Walton Trust, Wyona June Walton Trust,
    Manager and Trustee Michael Allen Walton, 27790 Hickory Blvd, Bonita Springs FL
Michael Allen Walton, Julie M Walton, 27790 Hickory Blvd, Bonita Springs FL
Eric Sutton, Florida FWCC, 620 S. Meridian St, Tallahassee, FL 32399
Amy Meese, 6369 Mighty Eagle Way, Sarasota, Fl 34241
Jon Thaxton, 2046 Cordes St, Osprey FL 34229
Paul Mercier, 2124 Cork Oak St E, Sarasota, Fl 34232
Nora Patterson, 707 Freeling Dr, Sarasota, FL 34242
Eric Robinson, 133 Harbor Dr South, Venice, FL 34285
Carlos Beruff, 632 Regatta Way, Bradenton, Fl 34208
Karen Rushing, 7372 Mara Vista Dr, Sarasota, FL 34238
Scott Ortner, 11473 Tinder Ct, Venice FL 34292
Robert Lincoln, 1928 Rolling Green Cir, Sarasota, Fl 34240
Rochelle Curley, 2405 Moccasin Hollow Rd # R, Sarasota, FL 34240

**Certificate**

The notary certificate as required by the State of Florida follows:

**Document Name:** District Court of the United States District of Columbia ( John S. Barth, v. Mabry Carlton Ranch Inc.: etc.

### State of Florida Jurat Notary Certificate

**STATE OF FLORIDA**
**COUNTY OF Manatee**

Sworn to (or affirmed) and subscribed by personally appearing before me by physical presence this 31st day of March, 2025, by,      John S. Barth      .



_____
(Signature of notary public)

Louis G. C. Vettraino
_____
(Name of notary public)

**My commission expires:** 05/22/2027

**Official Seal**

Personally known            OR
Produced identification  X  Type of identification produced:  Maine Drivers License

1

11