#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| John S. Barth, <br><br>        Plaintiff, <br><br>   v. <br><br> Mabry Carlton Ranch, Inc., et al., <br><br>        Defendants. | Civil Action No. 1:25-cv-01136-DLF |

### NOTICE OF APPEARANCE

  PLEASE TAKE NOTICE THAT Sara E. Kropf, of the law firm Kropf Moseley Schmitt PLLC, 1100 H Street NW, Suite 1220, Washington DC 20005, an attorney duly admitted in this Court, hereby appears on behalf of Defendants Michael Allen Walton, James J. Walton Trust, and Wyona June Walton Trust.

Dated: June 27, 2025        Respectfully submitted,

               /s/ Sara E. Kropf
               Sara E. Kropf (DC Bar No. 481501)
               Kropf Moseley Schmitt PLLC
               1100 H Street, NW
               Suite 1220
               Washington, DC 20005
               (202) 627-6900
               sara@kmlawfirm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of June 2025, the foregoing notice was served by electronic filing on all counsel and parties of record through the Court's ECF system. In addition, this notice was sent by first class mail to *pro se* plaintiff John S. Barth at the address listed on the complaint:

John S. Barth
P.O. Box 88, Springvale, ME 04083

/s/ Sara E. Kropf
Sara E. Kropf