IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| John S. Barth, | |
| Plaintiff, | Civil Action No. 1:25-cv-01136-DLF |
| v. | |
| Mabry Carlton Ranch, Inc., et al., | |
| Defendants. | |

**DEFENDANTS MICHAEL ALLEN WALTON, JAMES J. WALTON TRUST, AND WYONA JUNE WALTON TRUST'S MOTION TO DISMISS THE COMPLAINT**

Defendants Michael Allen Walton, James J. Walton Trust, and Wyona June Walton Trust (collectively, the "Walton Defendants"[1]) move for dismissal of plaintiff John S. Barth's complaint under Rule 12 of the Federal Rules of Civil Procedure, for the reasons set forth in the accompanying Memorandum of Law.

WHEREFORE, the Walton Defendants respectfully request that the Court enter an order dismissing plaintiff's complaint with prejudice.

---

[1] Plaintiff names Michael Allen Walton, James J. Walton Trust, and Wyona June Walton Trust as defendants in the caption of his complaint. As such, they are the only properly named defendants. In the "Parties" section of his complaint, Plaintiff describes an additional defendant, MJW Ranch, and describes Julie M. Walton as a manager of the MJW Ranch. Even if Plaintiff's references to MJW Ranch and Julie M. Walton were sufficient to render them defendants, the claims against them should be dismissed for the reasons set forth in this motion.

Dated: June 27, 2025

        Respectfully submitted,

        /s/ Sara E. Kropf
        Sara E. Kropf (DC Bar No. 481501)
        Kropf Moseley Schmitt PLLC
        1100 H Street, NW, Suite 1220
        Washington, DC 20005
        (202) 627-6900
        sara@kmlawfirm.com

*Attorney for Michael Allen Walton, Julie M. Walton, James J. Walton Trust, Wyona June Walton Trust, and MJW Ranch*

**CERTIFICATE OF SERVICE**

I, Sara Kropf, hereby certify that, on June 27, 2025, the foregoing Motion to Dismiss and accompanying Memorandum of Law were filed electronically using the ECF system and are available for viewing and downloading from the ECF system, and a Notice of Electronic Case Filing was served on all counsel of record registered with the ECF system.

The foregoing Motion to Dismiss and accompanying Memorandum of Law were sent by first class mail to *pro se* plaintiff John S. Barth at the address listed on the complaint:

John S. Barth
P.O. Box 88, Springvale, ME 04083

/s/ Sara E. Kropf