IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| John S. Barth, | |
| Plaintiff, | Civil Action No. 1:25-cv-01136-DLF |
| v. | |
| Mabry Carlton Ranch, Inc., et al., | |
| Defendants. | |

**[PROPOSED] ORDER**

This Court, having considered the Walton Defendants' Motion to Dismiss, any opposition thereto, and the entire record herein, IT IS ORDERED that the Motion is GRANTED. The complaint is dismissed with prejudice.

Dated: _____

_____
Judge