**District Court of the United States**
**District of Columbia**

-------------------------------------------

John S. Barth,

        Plaintiff

v.

Mabry Carlton Ranch Inc., et al.

        Defendants

Case No. 1:25-cv-01136-DLF

**EXHIBITS VOLUME 1**



RECEIVED

JUN 26 2025

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

1
2  **CONTENTS**

3  <u>**NOTE: many of these exhibits are most comprehensible in color in the PDF version.**</u>

4  Exhibit 09:    Ecosystems of South Florida                                              3
5  Exhibit 10:    FF (Florida Forever) Species Conservation Areas                          4
6  Exhibit 11:    FF Habitat Conservation Areas                                            5
7  Exhibit 12:    FF Biodiversity Areas                                                    6
8  Exhibit 13:    FF Under-Represented Communities                                         7
9  Exhibit 14:    FF Conservation Priority Areas                                           8
10 Exhibit 15:    FF Sustainable Forest Areas                                              9
11 Exhibit 25:    Black Bear Habitats                                                     10
12 Exhibit 26:    Black Bear Road Kill Map                                                11
13 Exhibit 31:    Panther Habitat Map                                                     12
14 Exhibit 32:    Panther Combined Evidence Map                                           13
15 Exhibit 33:    Panther Confirmed Sightings Map                                         14
16 Exhibit 34:    Panther Mortality Map                                                   15
17 Exhibit 35:    Panther Road Kill Map                                                   16
18 Exhibit 36:    Panther Telemetry Map                                                   17
19 Exhibit 38:    Panther Combined Evidence with Corridor Area                            18
20 Exhibit 39:    Habitat Priorities in Sarasota County                                   19
21 Exhibit 40:    Aerial of Alleged Habitat for Forest Species                            20
22 Exhibit 41:    Panorama of Alleged Forest Habitat on Logino Ranch                      21
23 Exhibit 42:    Plan of Subject Land Shows Green Areas But No Reforestation Plan        22
24 Exhibit 61:    FF (Florida Forever) Water Resource Value                               23
25 Exhibit 62:    FF Aquifer Recharge Areas                                               24
26 Exhibit 63:    FF Surface Water Protection Areas                                       25
27 Exhibit 64:    FF Functional Wetlands                                                  26
28 Exhibit 71:    Florida Conservation Lands FNAI                                         27
29 Exhibit 72:    Sarasota Conservation lands FNAI                                        28
30 Exhibit 73:    Project Map of Sarasota County                                          29
31 Exhibit 75:    Florida Conservation Land Acquisition Expenditures (2001-2016)          30
32 Exhibit 81:    Corrupt Funding Flow Chart for 2002 (Funding to Longino)                31
33 Exhibit 82:    Corrupt Funding Flow Chart for 2007 (Funding to Carlton)                32
34 Exhibit 83:    Corrupt Funding Flow Chart for 2010 (Funding to Walton and Longino)     33
35 Exhibit 100:   Letter to Plaintiff of County DNR Amy Meese on Carlton purchases        34
36 Exhibit 101:   Minutes of 2007-11-27 Meeting of Sarasota County Board                  36
37 Exhibit 102:   Bonner application for judgeship 2013                                   45
38 Exhibit 103:   Carlton Land Valuations                                                 46
39 Exhibit 104:   Walton Land Valuations                                                  51
40 Exhibit 105:   Shell Corporations of Carlos Beruff                                     52
41 Exhibit 120:   County Has Primarily Coastal Population and Land Demand                 54
42 Exhibit 121:   Population Projections for Sarasota County                              55
43 Exhibit 122:   Longino Walton Myakka Ranchlands Map                                    56



Exhibit 9: Ecosystems of South Florida
(Florida Natural Areas Inventory)

1. Coastal strand. A zoned vegetation on sand dunes and rock, composed of pioneer herbs and shrubs near shore with scrub and forest zone more interior. The scrand of the Florida Keys has many tropical forests and scrub.

2. Pine Flatwoods. Open woodlands of one to three species of pine; longleaf, slash, and pond pines. Many herbs, saw palmetto, shrubs and small trees form an understory. Included in general flatwoods areas are small hardwood forests, many kinds of cypress swamps, prairie, marshes, and bay tree swamps.

8. Swamp Forests, mostly of Hardwoods. Several kinds bordering most rivers and in basins. Some Bay Tree, Gum, Nyssa, Titi, and cypress zones occur in many of these hardwood swamps.

9. Mangrove Swamp Forests and Coastal Marshes. Usually there are tidal conditions which vary from saline to brackish. Tropical mangrove forests in southern area; and

13. Grasslands of Prairie Type. Wet Prairies on seasonally flooded lowlands. Dry Prairies on seldom flooded flatlands. Many former areas of these are now improved pastures.

14. Region of open Scrub Cypress. Mostly on rock and marl soils that are often flooded. Small areas in this region are tall domes and strands. Also there are some hardwood and palm hammocks.

15. Forests of abundant Cabbage Palms, Sabal palmetto. Vary from scattered palms to groves of palms and oaks in hammocks. Cabbage palms are also abundant in #2, #3, #8, #13, #14, and #17.

16a. Everglades Region Saw Grass Marshes. Area mostly dense to sparse saw grass, a few tree islands and sloughs.

16b. Everglades Region Marshes, Sloughs, Wet Prairies, and Tree Islands. The tree islands vary from Bay Tree type to Tropical Hardwoods. Region now changing.

17. Wet to Dry Prairie-Marshes on Marl and Rockland. Some are mostly thin saw grass, others are bushes and grasses.

1



**Habitat Conservation Priorities**

High

Low

Conservation Lands or Tribal Lands

Water

Map Date: December 2000

# Priority Conservation Areas for Rare Species

From: Florida Forever Conservation Needs Assessment, FNAI, December 2000

Eastern Sarasota county has only scattered small low-priority conservation areas for rare species.

Exhibit 10: Florida Forever Conservation Areas for Rare Species

1



Strategic Habitat Conservation Areas

From: Florida Forever Conservation Needs Assessment, FNAI, December 2000

There are only a few minor strategic habitat conservation areas in eastern Sarasota county.

Exhibit 11: Florida Forever Habitat Conservation Areas

Biodiversity
Resource Value

High

Low

Conservation Lands
or Tribal Lands

Water

**Biodiversity Overlay Model**

From: Florida Forever Conservation Needs Assessment, FNAI, December 2000

There are no areas of eastern Sarasota county with more than low biodiversity.

Exhibit 12: Florida Forever Biodiversity Areas



**Under-represented Natural Communities**

Seepage Slope
Upland Hardwood Forest
Pine Rocklands
Tropical Hardwood Hammock
Sandhill
Scrub
Upland Glades

Conservation Lands or Tribal Lands

Water

Map Date: December 2000

**Under-represented Natural Communities**

From: Florida Forever Conservation Needs Assessment, FNAI, December 2000

There are no under-represented communities at all in eastern Sarasota county.

Exhibit 13: Florida Forever Under-represented Communities

1



Resource Value

High

Low

Conservation Lands
or Tribal Lands

Water

# Conservation Priorities Overlay Model

From: Florida Forever Conservation Needs Assessment, FNAI, December 2000

**There are no areas of eastern Sarasota county with more than low resource conservation priority.**

Exhibit 14: Florida Forever Conservation Priorities

1



Pine Forest

Existing

Potential

## Sustainable Forest Management

From: Florida Forever Conservation Needs Assessment, FNAI, December 2000

Conservation Lands
or Tribal Lands

Water

There is almost no pine forest in eastern Sarasota county, and most existing and potential forest areas are within the city limits of Northport.

Exhibit 15: Florida Forever Sustainable Forests

1



**Map from Florida Fish and Wildlife Service showing that there is no primary or secondary Black Bear habitat in Sarasota County or any adjacent county.**

**The nearest bear habitat South Central BMU supports 175 bears on an average of 14,286 acres per bear.**

Exhibit 25 Habitats of the Florida Black Bear

1



Map from Florida Fish and Wildlife Service showing that only one Black Bear has ever been reported killed by a vehicle in Sarasota County, and five in adjacent counties, among 2,531 Black Bears killed by vehicles in Florida between 1990 and 2012.

The one bear carcass found in Sarasota County was found in 2003 at the Toledo Blade exit of I-75 and may not have died there.

Exhibit 26: Mortality Locations of Florida Black Bear

1



**Map of Florida Fish and Wildlife Service showing no primary or secondary habitat for the Florida Panther north of Fort Myers.**

Exhibit 31: Habitats of the Florida Panther

1



All Evidence of Panthers Known to the State of Florida for the Years 1980 through 2015
There is no evidence of any panther at any time in Sarasota County or any adjacent county, except a few incidents in eastern Charlotte County.
(Map courtesy of Florida Fish and Wildlife Conservation Commission, showing all panther data overlays for the years 1980 through 2015)

Exhibit 32: Combined Evidence of Florida Panther Locations



Map from Florida Fish and Wildlife Service showing that no confirmed sighting of a Florida Panther has ever occurred in Sarasota County, and only one sighting ever in any adjacent county (circles added to improve visibility)

Exhibit 33: No Confirmed Panther Sightings Ever in Sarasota County

1

1



Map from Florida Fish and Wildlife Service showing that no Florida Panther
has ever been found or reported dead in Sarasota County or any adjacent county
Exhibit 34: No Panther Mortality Anywhere Near Sarasota County



Map of the Florida Fish and Wildlife Service showing that no Florida Panther has ever been found killed by a motor vehicle in Sarasota County or any adjacent county.

Exhibit 35: No Panther Road Kill Anywhere Near Sarasota County

1



Map from Florida Fish and Wildlife Service showing that no Florida Panther
has ever been tracked by GPS to Sarasota County or any adjacent county

Exhibit 36: No Panther Tracking Anywhere Near Sarasota County



All Evidence of Panthers Known to the State of Florida for the Thirty-five Year Period 1980 through 2015 for Sarasota County and All Adjacent Counties.
There is no evidence of panther activity (sightings, deaths, predation, or tracking) except in eastern Charlotte County (in 1990-2 and 2002-4).
There is no evidence whatsoever of any panther activity on the Sarasota side of Charlotte Harbor and the Peace River in the past thirty-seven years.
(Map courtesy of Florida Fish and Wildlife Conservation Commission, showing all overlays for panther predation, sightings, tracking, and roadkill for 1980 through 2015)

Exhibit 38: No Panther Presence or Access Anywhere Near the Subject Land, and No Plans to Reforest or Provide Access

Land Areas Never Used By Panthers But Designated Top-Priority Panther Habitat By The Florida Fish And Wildlife Conservation Commission
The area outlined in red was owned by the family of Lisa Carlton, president of the Florida Senate when payment was made for an easement there...
(Map courtesy of the Florida Fish and Wildlife Commission, showing the Carlton ranch area overlay from other sources)

Exhibit 39: Subject Lands Never Used and Unusable by Panthers But Designated Top Priority for Purchase



Aerial of Alleged Panther Habitat Showing Primarily Open Ranch Land to and Beyond Peace River

Exhibit 40: Aerial of the Subject Land Showing Open Land and Scrub With Almost No Forest Area



Longino Ranch Conservation Area

(photo from website of Conservation Foundation of Gulf Coast)



(photos from Joerger.com, of GCCF founder Joerger)

FNAI found no forest, potential forest, rare or endangered species, or their habitat.
Little but sparse scrub and pasture, a lone tree here and there, some wetland spots.
Note the absence of forest or habitat for panthers or bears.
Some rows of trees separate pasture areas.  A few clumps of trees can be found.

Exhibit 42: Photos of Longino Ranch Showing Open Land and Scrub With Almost No Forest Area for Panthers or Black Bears

1



Exhibit 42: Planning Areas for the Subject Land Showing Green Rectangles But No Reforestation Plan

## Water Resources Overlay Model

Water Resource Value

High

Low

Conservation Lands or Tribal Lands

Water

From: Florida Forever Conservation Needs Assessment, FNAI, December 2000

There are no areas of eastern Sarasota county with more than low water resource value

Exhibit 61: Entire County Has Low or Zero Water Conservation Value

1



High Aquifer
Recharge

Recharge to the Floridan
Aquifer

Recharge to surficial or
intermediate aquifers

Conservation Lands
or Tribal Lands

Water

## Aquifer Recharge

From: Florida Forever Conservation Needs Assessment, FNAI, December 2000

There are no aquifer recharge areas at all in eastern Sarasota county.

Exhibit 62: Entire County has No Aquifer Recharge Areas to Conserve



## Surface Water

**Prioritized Surface Water Protection Areas**

High

Low

**Conservation Lands or Tribal Lands**

**Water**

From: Florida Forever Conservation Needs Assessment, FNAI, December 2000
The few low-priority surface water protection areas in eastern Sarasota county
are mostly in built-up residential areas within the city limits of Northport.

Exhibit 63: Only Lowest-Priority Water Conservation Areas in Western Sarasota County

1



Wetlands in Undeveloped Areas

Conservation Lands or Tribal Lands

Water

## Functional Wetlands

From: Florida Forever Conservation Needs Assessment, FNAI, December 2000

The functional wetlands in eastern Sarasota county are isolated spots, unlikely to be damaged except by pollution from agricultural and ranch uses nearby. Such areas are ignored by ranchers and farmers, and protected within residential developments.

Exhibit 64: County Has Only Isolated Spots of Functional Wetlands

1



Exhibit 71: FNAI Conservation Land Areas

1



Exhibit 72: Map of the Non-functional "Conservation Land"



Exhibit 73: Map of the Subject Land Payments in Sarasota County

1



Source: Florida Office of Economic & Demographic Research (EDR) and Conservancy of Southwest Florida

1



Exhibit 81

ESLOC Env Sensitive Lands Oversight Committee
BOARD of County Commissioners
FNAI Florida Natural Areas Inventory (scientific advisory)
ARC Acquisition and Restoration Council
BOT Board if Trustees of Internal Improvement Trust Fund
SWFWMD Southwest Florida Water Management District

**Corruption of Land Selection
Process In 2002, during terms
of John Mckay & Lisa Carlton**
(see Fact Appendix A)

1



ESLOC Env Sensitive Lands Oversight Committee
BOARD of County Commissioners
FNAI Florida Natural Areas Inventory (scientific advisory)
ARC Acquisition and Restoration Council
BOT Board if Trustees of Internal Improvement Trust Fund
SWFWMD Southwest Florida Water Management District
MCRI Mabry Carlton Ranch Inc. (owners: Carltons/Bonners)

**Corruption of Land Selection
Process In December 2007,
at end of term of Lisa Carlton**
(see Fact Appendix B)

Exhibit 82



Corruption of Land Selection
Process In 2010, arranged in
2007 by Lisa Carlton
(see Fact Appendix C)

Exhibit 83

**Exhibit 100: Email Reply of Amy Meese to Inquiry of Plaintiff**

Mr. Barth,

Thank you for your email and sharing your concerns about protection of acreage within the Carlton Ranch through a jointly acquired conservation easement by Sarasota County and the Southwest Florida Water Management District. The Environmentally Sensitive Lands Protection Program (ESLPP) is a willing seller program. In December 2005, Ms. Barbara Carlton, the property owner, requested the entire $\pm$16,300-acre ranch property, including the conservation easement acquired by the District, be considered for inclusion in the ESLPP.

The property was reviewed by the Environmentally Sensitive Lands Oversight Committee at their January 5, 2006 meeting and ranked by committee members on the five program criteria: rarity, habitat quality, water quality, connectivity, and manageability. The committee members passed a recommendation, voting 6:2, that the entire Mabry Carlton Ranch, Inc. property be added to the Ranch Reserve protection priority site. The site's boundary was amended in February 2006 by a memo to the Board of County Commissioners.

The fee simple and conservation easement acquisitions of the Mabry Carlton Ranch, Inc. link lands already protected by investments from the County and the District to the east and the County's Carlton Reserve to the west. This contiguous acreage provides the large scale habitat connections crucial to the needs of the Florida panther and Florida black bear. The survival of these two listed species depends on a system of wildlife corridors linking wilderness islands throughout the state. The purchase of the CE also protects the watershed and reduces risk of flood impacts & damage which aligns with ESLPP 'Water' criterion. Finally, there are specific terms in the CE contract that define & restrict future development or land uses that are not environmentally compatible.

The inclusion of the property in the program followed established procedures and criteria, and was based on environmental values and its role in enhancing the connectivity of conservation lands. At a recent meeting of the Sarasota County Commission, the Board authorized a review of environmentally sensitive lands and protection priorities. As a property included in the ESLPP program, the Carlton Ranch will be included in that review. If you have any additional questions please feel free to contact me.

Thank you,

Amy

Amy H. Meese

Director of Natural Resources

Sarasota County Government

941-809-7489


**From:** John Barth [mailto:jbarth@gwi.net]

**Sent:** Saturday, November 23, 2013 10:13 AM

**To:** Amy Meese; Brooke Elias; George MacFarlane; John Herrli

**Subject:** Purchase of Mabry Carlton Ranch Conservation Easement

Hello,

        As one of those present at the Sarasota County BCC meeting 1/27/2007 which approved purchase of the conservation easement over the Mabry Carlton Ranch, you may be able to

explain why an easement to maintain ranch land as ranch land was considered an act of preservation of natural resources. Ranch land is cleared, drained, and inhospitable to most indigenous species that it once supported. The fact that all land is natural and supports some species does not mean that preservation of cleared agricultural land preserves natural resources. Shouldn't conservation funds be spent to preserve land that is still in a natural state?

Note that this ranch is not associated with any county water source (despite the water treatment facility in Venice of the same name), and that long-developed ranch land in general is not a present environmental risk and does not require action to protect the environment. Ranches generally remain ranches, and this one is probably required to remain a ranch because it is incorporated for that purpose. So why was the county and SWFWMD urged to spend public funds to keep it that way rather than to preserve some tract in its natural state?

Note that the owners of the ranch were all state politicians, one of whom was the head of the committee which allocates these funds, and they all made tens of millions of dollars on the deal. Was this in the public interest, or does it just provide an opportunity to talk about environmentalism while lining the pockets of politicians?

I will much appreciate your effort to critically evaluate that decision in the light of real preservation goals.

Thank you,
John Barth

**Exhibit 101: Minutes of County Commissioner Meeting of November 27, 2007**

09:00 a.m.

MINUTES

**BOARD OF COUNTY COMMISSIONERS**

ROBERT L. ANDERSON ADMINISTRATION CENTER

4000 SOUTH TAMIAMI TRAIL

COUNTY COMMISSION CHAMBER

VENICE, FLORIDA

Nora Patterson, Chair, District 4

Shannon Staub, Vice Chair, District 3

Paul H. Mercier, District 1

Joseph A. Barbetta, District 2

Jon Thaxton, District 5

Also present were:

James Ley, County Administrator

David Bullock, Deputy County Administrator

Stephen DeMarsh, County Attorney

David Pearce, Assistant County Attorney

**Karen E. Rushing, Clerk of the Circuit Court and County Comptroller**

Latressa Preston, Deputy Clerk

    (09:00 a.m.)

INVOCATION

    Emergency Services Aquatics Safety Manager Scott Montgomery

    (09:00 a.m.)

PLEDGE OF ALLEGIANCE

    Commissioner Barbetta

    (09:00 a.m.)

PROCLAMATION:

  Manasota Pavilion Appreciation

    (09:06 a.m.)

CONSENT SECTION:

    09:06 a.m. Board Action:  Approved Items 1-11, with separate discussion on Item 3 and no action taken on Item 5, as follows.  Moved by Staub, seconded by Thaxton, carried by a 5-0 vote.

    1.

  EMERGENCY SERVICES

    A.

    Approved Contract No. 2008-042, an Emergency Management Preparedness and Assistance Grant Agreement, with the Florida Department of Community Affairs, in the amount of $102,959.00;

    B.

    Adopted Resolution No. 2007-291, Budget Amendment No. B2008-015, amending the Fiscal Year (FY) 2008 Budget and appropriating the Grant funding.

2.

EMERGENCY SERVICES

Authorized advertisement of a public hearing to consider a proposed Resolution establishing a general fee schedule for the Sarasota County Emergency Medical Services District for emergency medical and patient transport service and superseding Resolution Nos. 2002-087 and 2002-088.

(09:06 a.m.)

3.

ENVIRONMENTAL SERVICES

A.

Approved Contract No. 2008-043 with Vanasse Hangen Brustlin, Inc., for professional environmental monitoring services, in the amount of $1,500,000.00;

B.

Approved Contract No. 2008-044, Specific Authorization No. 1 to the professional environmental monitoring services agreement, with Vanasse Hangen Brustlin, Inc., for the T. Mabry Carlton, Jr., Memorial Reserve Water Use Permit Environmental Monitoring, in the amount of $344,527.00.

09:10 a.m. Board Action:  Approved Contract Nos. 2008-043 and 2008-044.  Moved by Thaxton, seconded by Staub, carried by a 5-0 vote.

4.

ENVIRONMENTAL SERVICES

A.

Approved Contract No. 2008-045, a Cooperative Funding Agreement, with the Southwest Florida Water Management District (SWFWMD) for the implementation of Best Management Practices (BMP) for the Hudson Bayou Water Quality Improvement Project, in the amount of $130,000.00;

B.

Adopted Resolution No. 2007-292, Budget Amendment No. B2008-001, amending the Fiscal Year 2008 Budget and appropriating the SWFWMD Grant funding, in the amount of $65,000.00.

(09:10 a.m.)

5.

ENVIRONMENTAL SERVICES

A.

To approve a Contract, Amendment No. 2 to Contract No. 2006-378, with the Florida Department of Environmental Protection (FDEP) for the South Siesta Key Beach Restoration Project, in the amount of $85,708.00;

B.

To adopt a Resolution, Budget Amendment No. B2008-011, amending the Fiscal Year 2008 Budget, to appropriate the FDEP funds.

09:10 a.m. Board Action:  Chair Patterson noted prior Board approval of Item 5 on the November 20, 2007.

6.

ENVIRONMENTAL SERVICES

A.

Approved Contract No. 2008-046, an Assignment of Option to Purchase, from the Sarasota Conservation Foundation and The Nature Conservancy, authorizing acquisition of approximately

1  eight acres from Terry Green, Jill Green, and Judith Schmidt for property located within the
2  Rocky Ford Protection Priority Site, in the amount of $250,000.00;
3      B.
4      Adopted Resolution No. 2007-293 authorizing the County Administrator, or designee, to
5  exercise the Option to Purchase the property upon completion of all due diligence involved in the
6  acquisition.
7      7.
8  FINANCIAL PLANNING
9      Authorized the conveyance of surplus property items to the School Board and the
10  auction/disposal of a surplus property item.
11      8.
12  HEALTH AND HUMAN SERVICES
13      Approved Contract No. 2008-047, Amendment No. 2 to Contract No. 2006-233, with the
14  County Public Hospital Board for morgue services, in the amount of $183,079.00.
15      9.
16  PLANNING AND DEVELOPMENT SERVICES
17      Adopted Resolution No. 2007-294 amending the sunset date for the Public Facilities Financing
18  Advisory Board (PFFAB) effective through January 1, 2013, and superseding Resolution No.
19  2002-285.
20      10.
21  PUBLIC WORKS
22      Approved a Release of Easement of a permanent utility easement acquired from Charles and
23  Caryn Davis in the Point of Palms Subdivision over Banyan Drive relating to the Nokomis
24  Revitalization Utility Project.
25      11.
26  CLERK OF THE CIRCUIT COURT AND COUNTY COMPTROLLER
27      Ratified and approved the warrants dated November 12 through November 16, 2007, in the
28  amount of $14,147,267.82, as detailed in the voucher packages filed in the Finance Department.
29  DISCUSSION SECTION:
30      (09:10 a.m.)
31      12.
32  SHERIFF
33      The Board considered the presentation of the Animal Welfare Advisory Committee (AWAC)
34  Annual Report.
35      Staff Presenter:  County Administrator James Ley
36      Public Presenter:  AWAC Chairman Dr. Jeff Kurzydlo
37      09:21 a.m. Board Action:  Noted a majority consensus by Patterson to direct the County
38  Administrator to designate/assign a member of Staff to prepare the Minutes of the AWAC
39  meetings.
40      09:26 a.m. Board Action:  Requested that the AWAC bring back a report regarding
41  alternatives to transfer the administration and operations of Animal Services from the Sheriff's
42  Office to the Board. Requested by Staub, without objection.
43      (09:28 a.m.)
44      13.
45  PUBLIC WORKS

1    The Board considered the proposed Jacaranda West Boulevard 31 and 32 Traffic Calming
2  Plan.
3        Staff Presenters:  Public Works Mobility Administrative Assistant I Ryan Montague and
4  Public Works Trails Coordinator Irene Maiolo
5        09:43 a.m. Board Action:  Requested a copy of the six-month post traffic study after
6  installation of the speed tables. Requested by Staub, without objection.
7        09:43 a.m. Board Action:  Approved the Jacaranda West Boulevard 31 and 32 Traffic
8  Calming Plan.  Moved by Barbetta, seconded by Thaxton, carried by a 5-0 vote.
9        09:50 a.m. Board Action:  Authorized the removal of the traffic calming circle and the
10  installation of a speed table at the Lakeview Drive/Laurel Pines Drive intersection at the County's
11  expense. Moved by Thaxton, seconded by Staub, carried by a 5-0 vote.
12        (09:51 a.m.)
13        14.
14  ENVIRONMENTAL SERVICES
15    The Board considered the priority ranking of Projects for the Fiscal Year (FY) 2009 Southwest
16  Florida Water Management District (SWFWMD) Cooperative Funding Cycle and to consider
17  approval of the recommended Priority Listing for County Projects for submission to SWFWMD
18  and Manasota Basin Board for Cooperative Funding.
19        Staff Presenters:  Environmental Services Stormwater Technical Services Surface Water
20  Manager Warren Davis, Environmental Services Water Resources General Manager Theresa
21  Connor, and Environmental Services Operations General Manager George MacFarlane
22        Item submitted:  A copy of the PowerPoint presentation
23        10:04 a.m. Board Action:  Approved the recommended priority ranking of Projects for the
24  FY 2009 SWFWMD Cooperative Funding Cycle and authorized submittal to the SWFWMD and
25  Manasota Basin Board for Cooperative Funding.  Moved by Staub, seconded by Thaxton, carried
26  by a 5-0 vote.
27        RECESS:  10:10 a.m. - 10:23 a.m.
28        (10:23 a.m.)
29        15.
30  ENVIRONMENTAL SERVICES
31        A.
32    The Board considered a proposed Contract, a Purchase and Sales Agreement, with
33  Southwest Florida Water Management District (SWFWMD) as a purchasing partner with the
34  County, and Mabry Carlton Ranch, Inc., the property owner, for the purchase of a perpetual
35  conservation easement over approximately 7,630 acres and the fee simple interest in another
36  approximately 4,746 acres, for properties located south of State Road 72 and east of Myakka
37  River State Park, for a total purchase price in the amount of $51,063,488.00;
38        B.
39    The Board considered approval of a Perpetual Conservation Easement with SWFWMD as a
40  purchasing partner with the County, and Mabry Carlton Ranch, Inc., the property owner, for the
41  protection of approximately 7,630 acres of environmentally sensitive lands;
42        C.
43    The Board considered a proposed Contract, a License Agreement, with SWFWMD as a
44  joint property owner with the County, and Mabry Carlton Ranch, Inc., for the temporary use of
45  the approximately 4,746 acres of land for cattle grazing.

1        Staff Presenters:  Environmental Services Resource Protection Manager Amy Meese,
2    Environmental Services Operations General Manager George MacFarlane,  Environmental
3    Services Natural Resources Project Scientist Brooke Elias, Public Works Mobility Land
4    Acquisition Manager John Herrli, and County Attorney Stephen DeMarsh
5        Public Presenter:  Eric Sutton of SWFWMD
6        12:04 p.m. Board Action:  Approved Contract No. 2008-048, a Purchase/Sale Agreement,
7    with the County and SWFWMD as Buyers, and Mabry Carlton Ranch, Inc., a Florida
8    Corporation, as Seller, for the purchase of a perpetual conservation easement over 7,630 acres of
9    land and the fee simple interest in an additional 4,746 acres of land, both located south of State
10   Road 72 and east of Myakka River State Park, in the amount of $51,063,488.00.  Moved by
11   Thaxton, seconded by Mercier, carried by a 4-1 vote; Staub voted "No."
12       12:04 p.m. Board Action:  Approved Contract No. 2008-051, a License Agreement, with
13   the County and SWFWMD as joint property owners/licensors and Mabry Carlton Ranch, Inc., a
14   Florida Corporation, as licensee, for temporary use of approximately 4,746 acres of land for
15   cattle grazing.  Moved by Thaxton, seconded by Mercier, carried by a 5-0 vote.
16       12:07 p.m. Board Action:  Noted majority consensus by Patterson to defer authorizing the
17   County Administrator, or his designee, to execute an Escrow Agreement with the County and
18   SWFWMD, as Buyers, and Mabry Carlton Ranch, Inc., a Florida corporation, as Seller, to
19   address any contingencies unresolved at closing and to execute any additional documents
20   required for closing and to direct the Office of the County Attorney to review the language in the
21   ecrow agreement and to bring back a report with the proposed Operational Agreement for Board
22   discussion in December 2007.
23   REPORTS SECTION:
24       (12:07 p.m.)
25       16.
26   CLERK OF THE CIRCUIT COURT AND COUNTY COMPTROLLER'S REPORT
27       Clerk of the Circuit Court and County Comptroller Karen Rushing noted the Filed for
28   Record List.
29       RECESS: 12:07 p.m. - 1:30 p.m.
30       (07:21 p.m.)
31       17.
32   COUNTY ADMINISTRATOR'S REPORT
33       07:21 p.m. Board Action:  Deferred the County Administrator's report to November 28,
34   2007.
35       (07:21 p.m.)
36       18.
37   COUNTY ATTORNEY'S REPORT
38       07:21 p.m. Board Action:  Deferred the County Attorney's report to November 28, 2007.
39       (07:21 p.m.)
40       19.
41   COMMISSION AND COMMITTEE REPORTS
42       07:21 p.m. Board Action:  Deferred the Commission and Committee reports to November
43   28, 2007.
44       (07:21 p.m.)
45       20.
46   ADMINISTRATION

1    07:21 p.m. Board Action:  Deferred consideration of the Outstanding Board Assignments
2  to November 28, 2007.
3    (07:21 p.m.)
4    21.
5  ADMINISTRATION
6    07:21 p.m. Board Action:  Deferred review of the Board Meeting Schedule to November
7  28, 2007.
8    (01:30 p.m.)
9    22.
10  OPEN TO THE PUBLIC - Opened and closed without comment.
11  PUBLIC HEARINGS:
12    (01:45 p.m.)
13    23.
14  PLANNING AND DEVELOPMENT SERVICES
15  Public hearing to consider a proposed Resolution, Special Exception Petition No. 1652, a
16  petition by William Cox, Agent, to allow an Animal Hospital without animal boarding on
17  approximately 4.52 acres, located north of Border Road and approximately 300 feet east of North
18  Jackson Road in the OUE-1 (Open Use, Estate, 1 unit/5 acres) zone district.  (Planning
19  Commission recommended approval.)
20    Staff Presenters:  Planning and Development Services Planner Susan Bridges and County
21  Attorney Stephen DeMarsh
22    Public Presenters: Agent William Korp, Linda Schrader and Kevin Barton of The
23  Wildlife Center of Venice, Inc., Florida Fish and Wildlife Commission Master Officer Rick
24  Sloan, City of North Port Animal Control Officer Win Sell, Dr. Michael Mossler, James Speed,
25  Susan Balsinger, Pamela Cipollina, Susan Eckler, Karissa Mayer, Missy Christie, Peg Magee,
26  Wade Matthews, Karen Bastis, Don Chaney, Caron Gleason, Larry Byrd, and Dr. Carolyn Kohn
27    Items submitted:  Copies of correspondence
28    03:10 p.m. Board Action:  Revised Stipulation No. 3, as follows (additons shown as
29  underlined text/deletions shown as strikethrough text):  The types of animals that will shall be
30  cared for shall will be limited to native and migratory wildlife, excluding marine mammals, sea
31  turtles, poisonous snakes, and alligators.  Moved by Thaxton, seconded by Barbetta, carried by a
32  5-0 vote.
33    03:10 p.m. Board Action:  Closed the public hearing.  Closed by Patterson, without
34  objection.
35    03:14 p.m. Board Action:  Adopted Resolution No. 2007-296, approving Special
36  Exception Petition No. 1652, with five stipulations, as amended.  Moved by Thaxton, seconded
37  by Staub, carried by a 5-0 vote.
38    Note:  Oath/Signature Cards Filed for Record.
39  RECESS:  3:14 p.m. - 3:33 p.m.
40  DISCUSSION SECTION:  (Continued)
41    (03:33 p.m.)
42    24.
43  ADMINISTRATION
44  (Note:  Public input will be considered.)
45  The Board considered the proposed Mosaic Fertilizer Settlement Offer and related phosphate
46  mining issues.

41

1      Staff Presenters:  County Attorney Stephen DeMarsh, Assistant County Attorney David
2 Pearce, Environmental Services Water Resources General Manager Theresa Connor, and County
3 Administrator James Ley
4      Public Presenters:  Peace River/Manasota Regional Water Supply Authority General
5 Counsel Douglas Manson, Attorney Edward de la Parte; Mosaic Fertilizer, LLC, Attorney
6 Richard Mack, Mary Jelks, Randee LaSalle, Cris Costello, Wade Matthews, Elizabeth Foeller,
7 Michael Daigle, Jim Cooper, Glen Compton, Clarke Keller, Don Ross, Charlotte County
8 Commr. Dick Loftus, Gabriole Van Bryce, and Lee County Assistant County Attorney Susan
9 Henderson
10    Items submitted:  A copy of a document entitled "Stronger Environmental Protections," a
11 chart entitled "Preservation Areas," copies of maps, an e-mail from Sue Reske, a copy of
12 Interoffice Memorandum No. 902, a copy of a financial statement, and revised copies of the
13 document entitled "Phosphate Mining Compact" dated November 12 and November 26, 2007
14      03:55 p.m. Board Action:  Requested to add the words "and any subsequent owners of all
15 or any part of the subject property" after the words "successor of Mosaic" in paragraph 18, page
16 11 of the proposed Contract. Requested by Patterson, without objection.
17      04:12 p.m. Board Action:  Requested clarification of the words "directly or indirectly
18 opposing" in paragraph 14.D., page 7 of the proposed Contract. Requested by Patterson, without
19 objection.
20      04:24 p.m. Board Action:  Requested to delete the words "a purchaser" and to add the
21 words "all phosphate purchasers" after the words "transfer to" in paragraph 18, page 10 of the
22 proposed Contract.   Requested by Patterson, without objection.
23      05:18 p.m. Board Action:  Requested to delete the word "certain" before the words
24 "mining impacts" in the first "Whereas" paragraph on page 1 of the proposed Contract.
25 Requested by Barbetta, without objection.
26 RECESS: 5:45 p.m. - 5:53 p.m.
27      07:15 p.m. Board Action:  Moved to continue discussions to a later date in December
28 2007, to allow a meeting with the participants/parties.  Moved by Staub, seconded by Mercier,
29 failed by a 2-3 vote; Patterson, Barbetta, and Thaxton voted "No."
30      (01:30 p.m.)
31      25.
32 A.  ENVIRONMENTAL SERVICES
33 Staff Presenter:  Environmental Services Water Resources General Manager Theresa Connor
34 Public Presenter:  Southwest Florida Water Management District (SWFWMD) Director David
35 Moore
36      01:44 p.m. Board Action:  Adopted Resolution No. 2007-295 extending/reinstating the
37 Declaration of the Water Supply Emergency to March 1, 2008.  Moved by Thaxton, seconded by
38 Staub, carried by a 5-0 vote.
39 B.  PLANNING AND DEVELOPMENT SERVICES
40      07:22 p.m. Board Action:  Authorized the Office of Housing and Community
41 Development to apply for and administer Section 8 (Housing Choice) vouchers for the relocation
42 of Venice Housing Authority residents.  Moved by Thaxton, seconded by Staub, carried by a 5-0
43 vote.
44 C.  ADMINISTRATION
45      07:23 p.m. Board Action:  Adopted Resolution No. 2007-297, supporting the Florida
46 Forever Program and a Successor Program to ensure future land protection funding and directed

1   the County Administrator to send a copy to the Florida Legislative Delegation.  Moved by
2   Thaxton, seconded by Staub, carried by a 5-0 vote.
3       (07:23 p.m.)
4       26.
5     OPEN TO THE PUBLIC - Opened and closed without comment.
6   MEETING ADJOURNED:  7:24 p.m.
7
8   MINUTES APPROVED:_____          _____
9                                                              Chairman

**APPLICATION FOR NOMINATION TO THE 12TH CIRCUIT COURT**
(Please attach additional pages as needed to respond fully to questions.)

DATE: APRIL 16, 2013                                      Florida Bar No.: 868220

**GENERAL:**

1. Name   KIMBERLY CARLTON BONNER   Social Security No.:   E-mail: kbonner@jud12.flcourts.org

   Date Admitted to Practice in Florida:   10/22/1990

   Date Admitted to Practice in other States:   N/A

2. State current employer and title, including professional position and any public or judicial office.

   State of Florida, Sarasota County Judge

3. Business address:   2002 Ringling Blvd

   City   Sarasota   County   Sarasota   State   FL   ZIP   34237

   Telephone   (941) 861-7967   FAX   (941) 861-7919

4. Residential address:

   City   Sarasota                    Telephone

   Since   2000

5. Place of birth:   Lakeland, Florida

   Date of birth:                    Age:   47

6a. Length of residence in State of Florida:   Native

6b. Are you a registered voter? ☒ Yes ☐ No

   If so, in what county are you registered?   Sarasota

7. Marital status:   Married

   If married:   Spouse's name
                Date of marriage
                Spouse's occupation

   If ever divorced give for each marriage name(s) of spouse(s), current address for each former spouse, date and place of divorce, court and case number for each divorce.

   N/A

---

Circuit division. As a circuit judge, I would have a more diverse caseload and the opportunity to preside over a greater variety of cases. In my personal and professional life, I try always to maintain core values of honor, integrity and respect. If given the opportunity, I would like to bring those values to the Circuit bench.

**REFERENCES:**

54. List the names, addresses and telephone numbers of ten persons who are in a position to comment on your qualifications for judicial position and of whom inquiry may be made by the Commission.

   The Honorable Lee Haworth

   Mr. Walt Smith,

   Ms. Gloria Demedio

   Mr. Lamar Matthews

   Mr. Jim Tollerton

   Ms. Tanna Beltran

   The Honorable Stephen Dakan

   Ms. Rebecca Morgan,

   Mr. Robert M. Johnson

   Mr. B.T. "Buster" Longino

---

Exhibit 102: Carlton/Bonner References in
Applying as Judge to Control Plaintiff Case

1

**Exhibit 103: Carlton Land Summary: Deeds and Valuations**
(See Fact Appendix A)
**Valuations of the Carlton Easement Land**

About ** sq. mi. Twp 38 Grid 22 Ranges ***, *** (less p/o Range ***)
http://www.sc-pa.com/propertysearch/Result?qid=10498907
Total paid by Sarasota County and SWFWMD on 12/20/2007** $***
Total Fair Market Value in 2007 per Sarasota County: $***
Total assessed value per Sarasota County: $***

Transactions of mineral rights:
12/20/2007    $100    2007188022    11    MABRY CARLTON RANCH INC,  QC
MABRY CARLTON RANCH INC grants to SWFWMD All interest in mineral rights of
E half of twp 38S 21E Sec 1, 2 and p/o Sec 3 lying N of Sr 72.
Tax ID nos.
0865-00-1100
0865-00-1110
0865-00-1160
0865-00-1180
0865-00-1010
0865-00-1060
12/20/2007    $100    2007188023    11    SOUTHWEST FLORIDA WATER, QC
SWFWMD grants to Srsta County ½ interest in mineral rights granted above.


**Legal Descriptions and Fair Market Value Appraisals by County**

| FMV | Acres | Description |
|---|---|---|
| | 640 | Twp 38S Sec 11 Range 21E |
| | 640 | Twp 38S Sec 12 Range 21E |
| | 640 | Twp 38S Sec 13 Range 21E |
| | 640 | Twp 38S Sec 14 Range 21E |
| | 640 | Twp 38S Sec 07 Range 22E (less road ROW) |
| | 640 | Twp 38S Sec 24 Range 21E |
| | 640 | Twp 38S Sec 08 Range 22E (less road ROW) |
| | 640 | Twp 38S Sec 18 Range 22E |
| | 640 | Twp 38S Sec 17 Range 21E |
| | 5,760 | subtotal |

And the following (less value of prior easement ORI 1998175092):

| | 640 | Twp 38S Sec 23 Range 21E |
|---|---|---|
| | 640 | Twp 38S Sec 26 Range 21E |
| | 640 | Twp 38S Sec 25 Range 21E |
| | 640 | Twp 38S Sec 36 Range 21E |
| | 596.36 | Twp 38S Sec 11 Range 21E (less the southerly 360 ft thereof) |
| | 3,156 | subtotal |
| | ------- | |

1                  8,916   Total land area (acres)

2  [easement (illegible) claims 7659.6 acres]

3  Areas allowed to be developed to further non-habitat uses under easement:

4  <u>Acres</u>                <u>New Non-Habitat Development Permitted</u>

5    193.1         Sod

6  1,575.2       Sod or crops

7    325           Pasture (42.2 + 42.1 + 34.7 + 106 + 100)

8     84.1        Bunkhouse, cemetery, hunting camp

9  ---------

10  2,177.4       Total land allowed for new development of non-habitat uses (acres)

11

12  **Valuations of the Carlton Land Purchased**

13

14  About ** sq. mi. Twp 38 Grid 22 Ranges ***, *** (less p/o Range ***)

15  http://www.sc-pa.com/propertysearch/Result?qid=10498907

16  Total paid by Sarasota County and SWFWMD on *** $***

17  Total Fair Market Value in 2007 per Sarasota County: $***

18  Total assessed value per Sarasota County: $***

19

20  **Legal Descriptions and Fair Market Value Appraisals by County**

21

22  **Parcels in the 2007 Conservation Easement ORI 2007188021**

23

24  **Parcels in the Conservation Easement ORI 2011130390**

25

26  **2015-16 Sales of Shares of Oil, Gas, and Mineral Rights**

27  Note that shares of the oil, gas, and mineral rights to parcels were later sold by Mabry Carlton

28  Ranch Inc [despite specific prohibitions in the easements if there]:

29  Parcel E 1/2 OF TWP 38 RGE 21, CONTAINING 11729 C-AC M/L:

30  10/6/2015 0865001046 1/24 OF 3/32 INT IN

31  9/17/2015 0865001047 1/24 OF 3/32 INT IN

32  6/23/2016 0865001053 1/192 INTEREST IN

33  3/21/2016 0865001190 3-256 INTEREST IN

34

35  1998 Sale of Easements and Rights over parcel later purchased in ***

36  **12/31/1998 OR 1998175093 Cons. Easement**

37  Twp 38 Range 21E Sec 10, 15, 22, 27, 34, and SW p/o Sec 25, 26, 36

38  **12/31/1998 OR 1998175093 Oil, Gas, Mineral Rights Parcels**

39  Twp 38 Range 21E Sec 10, 15, 22, 27, 34, and SW p/o Sec 25, 26, 36

40  Tax IDs 0865001010, 0865001030, 0865001032, 0865001034, 0865001051, 0865001080,

41  0865001120, 0865001130, 0865001170

42  **2/08/1999 OR 1999017808 (access easement FPL ROW Twp38 Rng21 Sec36 W ½)**

43

44  <u>**There is no OR for any transaction of MCRI before 1996**</u>

45  **The source of the following 1994 transaction is unknown as of 11/30/2019:**

46  **22 Parcels of the 6/6/1994 sale by Mabry Carlton Ranch Inc**

(descriptions later modified to show subject to conservation easement)

6/6/1994 0865010001 **ALL 1-38-21**, LESS PORTION OF OIL GAS & MINERAL RIGHTS, CONTAINING 643 C-AC M/L OR 3042/2038, ORI 2011130390

 2008   $937,414 2017       $1,586,600

6/6/1994 0867010001 **ALL 2-38-21**, LESS PORTION OF OIL GAS & MINERAL RIGHTS, CONTAINING 643 C-AC M/L, OR 3042/2038, ORI 2011130390

2008   $937,414 2017       $1,579,200

6/6/1994 0869010001 **ALL OF 3-38-21 LYING N OF SR 72 RD R/W**, LESS PORTION OF OIL GAS & MINERAL RIGHTS, CONTAINING 623 C-AC M/L, OR 3042/2038, ORI 2011130390          03-38S-21E 2008 $912,514 2017 $1,537,300

6/6/1994 0885010001 **ALL OF 11-38-21, SUBJ TO 606 C- AC CONSERVATION ESMT** TO SWFWMD & SARASOTA COUNTY AS DESC IN ORI 2007188021, CONTAINING 606 C-AC M/L, OR 3042/2038, ORI 2011130390

11-38S-21E  2008      $931,556  2017       $747,700

6/6/1994  0887010001 **ALL OF 12-38-21, SUBJ TO 647 C- AC CONSERVATION ESMT** TO SWFWMD & SARASOTA COUNTY AS DESC IN ORI 2007188021, CONTAINING 647 C- AC M/L, OR 3042/2038, ORI 2011130390

2008   $925,632 2017       $799,200

6/6/1994  0889010001 **ALL OF 13-38-21, SUBJ TO 647 C- AC CONSERVATION ESMT** TO SWFWMD & SARASOTA COUNTY AS DESC IN ORI 2007188021, CONTAINING 647 C- AC M/L, OR 3042/2038, ORI 2011130390

 2008   $937,414 2017       $798,200

6/6/1994  0891010001 **ALL OF 14-38-21, SUBJ TO 644 C- AC CONSERVATION ESMT** TO SWFWMD & SARASOTA COUNTY AS DESC IN ORI 2007188021, CONTAINING 644 C- AC M/L, OR 3042/2038, ORI 2011130390

 2008   $937,414 2017       $794,500

6/6/1994  0909010001 **ALL OF SEC 23-38-21 LYING NELY OF SWLY BOUNDARY OF FP&L ESMT** DESC IN DB 352/539, **SUBJ TO 606 C-AC CONSERVATION ESMT** TO SWFWMD & SARASOTA COUNTY AS DESC IN ORI 2007188021, SUBJ TO 364800 SF FP&L ESMT IN DB 352/539, CONTAINING 606 C-AC M/L, OR 3042/2038, ORI 2011130390

 2008  $884,685 2017       $747,700

6/6/1994  0911010001 **ALL OF 24-38-21, SUBJ TO 640 C- AC CONSERVATION ESMT** TO SWFWMD & SARASOTA COUNTY AS DESC IN ORI 2007188021, CONTAINING 640 C- AC M/L, OR 3042/2038, ORI 2011130390

2008   $937,414 2017       $789,600

6/6/1994  0913010001 **ALL OF SEC 25-38-21 LESS PORTION LYING SWLY OF SWLY BOUNDARY OF FP&L ESMT** DESC IN DB 352/ 539, **SUBJ TO 622 C-AC CONSERVATION ESMT** TO SWFMD & SARASOTA COUNTY AS DESC IN ORI 2007188021, **SUBJ TO 40000 SF FP&L ESMT** IN DB 352/ 539, CONTAINING **622 C-AC M/L**, OR 3042/2038, ORI 2011130390

2008   $911,050 2017       $767,400

6/6/1994  0915010001 **ALL OF SEC 26-38-21 LYING NELY OF SWLY BOUNDARY OF FP&L ESMT** DESC IN DB 352/539, **SUBJ TO 189 C-AC CONSERVATION ESMT** TO SWFWMD & SARASOTA COUNTY AS DESC IN ORI 2007188021, SUBJ TO 808000 SF

FP&L ESMT IN DB 352/539, CONTAINING **189 C-AC M/L**, OR 3042/2038, ORI 2011130390

2008   $276,830 2017       $233,200

6/6/1994 0935010001 **E 1/2 OF SEC 36-38-21 & W 1/2 OF SAID SEC 36 LYING NELY OF SWLY BOUNDARY OF FP&L ESMT** AS DESC IN DB 352/539, **SUBJ TO 353 C-AC CONSERVATION ESMT** TO SWFWMD & SARASOTA COUNTY AS DESC IN ORI 2007188021, SUBJ TO 4106504 C- SF FP&L ESMT IN DB 352/539 & OR 886/689, ALSO SUBJ TO 22 C- AC M/L UTILITY ESMT TO PEACE RIVER/MANASOTA REGIONAL WATER SUPPLY AUTHORITY AS DESC IN ORI 2000059005, CONTAINING **374 C-AC M/L**, OR 3042/2038, ORI 2011130390

2008   $547,802 2017       $461,400

6/6/1994 1014003000 **W 1/2 OF SW 1/4 OF SEC 3-38-22**, CONTAINING **79 C-AC** M/L

 2008   $115,712 2017       $194,900

6/6/1994 1015001000 **ALL OF SEC 4-38-22** LESS MAINTAINED R/W FOR SIDELL RD AS DESC IN RPB 4 PG 32 CONTAINING **633 C-AC** M/L

2008   $924,167 2017        $1,576,300

6/6/1994 1017001000 **ALL OF SEC 5-38-22** INCL FORMER TAMPA SOUTHERN RR R/W IN OR 944/958 LESS MAINTAINED R/W FOR SIDELL RD AS DESC IN RPB 4 PG 32 CONTAINING **646 C-AC** M/L

Has 4 homes; see http://www.sc-pa.com/propertysearch/parcel/details/1017001000

 2008   $909,633 2017        $1,608,300

6/6/1994 1019001000 **ALL 6-38-22**, LESS RD R/W IN OR 853/1106 TO STATE, CONTAINING **656 C-AC M/L**

 2008   $937,414 2017        $1,618,700

6/6/1994 1021001000 **ALL OF 7-38-22**, LESS RD R/W TO STATE IN OR 853/1106, **SUBJ TO 650 C-AC CONSERVATION ESMT** TO SWFWMD & SARASOTA COUNTY AS DESC IN ORI 2007188021, CONTAINING **660 C-AC M/L**

 2008   $937,414 2017       $814,300

6/6/1994 1023001000 **ALL OF 8-38-22, SUBJ TO 652 C- AC CONSERVATION ESMT** TO SWFWMD & SARASOTA COUNTY AS DESC IN ORI 2007188021, CONTAINING 652 C-AC M/L

2008   $931,556 2017       $804,400

6/6/1994 1025002000 TRACT OF **LAND IN W 1/2 OF SEC 9-38-22 LYING WLY OF FOLLOWING DESC LINE**, COM AT SW COR OF SE 1/4 OF SAID SEC 9, TH N-89-50-18-W 191.21 FT FOR POB, TH N-32-07-24-W 629.36 FT, TH N-16-11-27-W 4967.98 FT TO S R/W OF STATE RD 72 BEING POINT OF TERMINATION, CONTAINING **204 C-AC M/L**

2008   $246,071 2017       $503,400

6/6/1994 1027002000 **NW 1/4 OF SEC 10-38-22**, CONTAINING **160 C-AC** M/L

2008   $234,354 2017       $394,800

6/6/1994 1041001000 **ALL OF 17-38-22, SUBJ TO 637 C- AC CONSERVATION ESMT** TO SWFWMD & SARASOTA COUNTY AS DESC IN ORI 2007188021, CONTAINING 637 C-AC M/L

2008   $931,556 2017       $785,900

6/6/1994  1043001000 **ALL OF 18-38-22**, **SUBJ TO 632 C-AC CONSERVATION ESMT**
TO SWFWMD & SARASOTA COUNTY AS DESC IN ORI 2007188021, CONTAINING **632**
**C-AC** M/L
2008    $950,597  2017          $779,700

**Exhibit 104: Walton Ranch Land Valuations**

**About 6 sq. mi. Twp 38 Grid 22 Ranges 19-20, 29-32 (less p/o Range 32)**
http://www.sc-pa.com/propertysearch/Result?qid=10498907
**Total paid by Sarasota County and SWFWMD on 7/15/2010 $22,559,100**
**Total Fair Market Value in 2010 per Sarasota County: $4,236,476**
Total assessed value per Sarasota County: $450,362

**Legal Descriptions and County Fair Market Value Appraisals**

1. ALL 19-38-22, SUBJ TO 636 C-AC M/L CONSERVATION ESMT TO SOUTHWEST FLORIDA WATER
MANAGEMENT DISTRICT AS DESC IN ORI 2010086707, CONTAINING 636 C-AC M/L
2010 value $712,902 bldgs $71,300 assessed $114,265

2. ALL 20-38-22, SUBJ TO 651 C-AC M/L CONSERVATION ESMT TO SOUTHWEST FLORIDA WATER
MANAGEMENT DISTRICT AS DESC IN ORI 2010086707, CONTAINING 651 C-AC M/L
2010 value $712,902 bldgs $44,800 assessed $110,950

3. ALL 29-38-22, SUBJ TO 650 C-AC M/L CONSERVATION ESMT TO SOUTHWEST FLORIDA WATER
MANAGEMENT DISTRICT AS DESC IN ORI 2010086707, CONTAINING 650 C-AC M/L
2010 value $713,002 bldgs $64,300 assessed $129,790

4. ALL 30-38-22, SUBJ TO 630 C-AC M/L CONSERVATION ESMT TO SOUTHWEST FLORIDA WATER
MANAGEMENT DISTRICT AS DESC IN ORI 2010086707, CONTAINING 630 C-AC M/L
2010 value $713,216 assessed $42,575

5. ALL 31-38-22, SUBJ TO 637 C-AC M/L CONSERVATION ESMT TO SOUTHWEST FLORIDA WATER
MANAGEMENT DISTRICT AS DESC IN ORI 2010086707, CONTAINING 637 C-AC M/L
2010 value $713,216 assessed $27,200

6. ALL 32-38-22, LESS PORTION DESC AS COM AT SE COR OF SAID SEC 32 TH N 89-42-51 W 198.30 FT
FOR POB TH CONT N 89-42-51 W 2456.77 FT TO SE COR OF SW 1/4 OF SAID SEC 32 TH N 89-42-38 W
511.58 FT TH N 15-35 E 1106.26 FT TH N 00-37-22 E 500 FT TH S 89-42-51 E 2681.49 FT TH S 00-34-35 W
1567.11 FT TO POB, SUBJ TO 549 C-AC M/L CONSERVATION ESMT TO SOUTHWEST FLORIDA WATER
MANAGEMENT DISTRICT AS DESC IN ORI 2010086707, CONTAINIG 549 C-AC M/L
2010 value $664,182 assessed $25,330

7. BEG AT NW COR OF SEC 5-39-22 TH S 89-42-38 E 200.01 FT TH S 00-44-41 W 936.57 FT TH N 80-12-29
W 172.46 FT TH NWLY ALG A CURVE TO LEFT 30.02 FT TH N 00-44-41 E 903.36 FT TO POB, SUBJ TO
4.2 C-AC M/L CONSERVATION ESMT TO SOUTHWEST FLORIDA WATER MANAGEMENT DISTRICT
AS DESC IN ORI 2010086707, CONTAINING 4.2 C-AC M/L
2010 value $7,056 assessed $252

1  **Exhibit 105: Shell Corporations of Carlos Beruff**
2  **Used to Unlawfully Conceal Political Bribes by Beruff**
3
4  **Companies with officer Carlos Beruff (54)**
5  **Sunbiz corp search: Companies with Carlos Beruff as agent/officer (15)**

| Entity Name | Entity Number |
|---|---|
| 6  Entity Name | Entity Number |
| 7  B R DEVELOPMENT, LC | L03000035878 |
| 8  BUD RODEN, LC | L03000035877 |
| 9  CARGOR PARTNERS II LTD. | A94000001566 |
| 10  CHARLIE MICHAELS INC. | G84760 |
| 11  INDUSTRIAL PARTNERS, INC. | H20122 |
| 12  KK & CB DEVELOPMENT, INC. | H89771 |
| 13  MEDALLION HOMES GULF COAST, LC | L04000012947 |
| 14  MEDALLION HOMES GULF COAST, INC. | H08844 |
| 15  RYE ROAD, LLC | L02000030819 |
| 16  SR 44, LC | L03000006470 |
| 17  SPRINGS PROFESSIONAL CORPORATION | H83672 |
| 18  THE TRAILS OF MANATEE, INC. | H89773 |
| 19  THE VANGUARD SCHOOL OF LAKE WALES, FLORIDA, INC. | 768162 |
| 20  TRANS-UNITED DEVELOPMENT CORPORATION, INC. | |
| 21  VICTORIAN PLACE, INC. | H43208 |

22
23  **Other Companies listed as having director or officer called Carlos Beruff (14)**
24  Buckeye Manager, Inc. - President
25  Cmb Holdings, Lc - Officer (MGRM)
26  Crosscreek Development Inc - President
27  Foxtenn Inc - President
28  Jarmarc Development, Inc. - Officer (PT)
29  Land Experts LLC - President
30  Land Experts, Inc. - Registered Agent
31  Legends Bay Development Inc - Officer (P, S)
32  Mandarin Development, Inc. - Officer (PST)
33  Marco Of Manatee, Inc. - Officer (PD)
34  Medallion Home Building Group LLC - Officer (CEO)
35  [Medallion Homes Gulf Coast, Inc. - Officer (CEO)
36  [Medallion Homes Gulf Coast, Lc - Officer (CEO)
37  Reserve Development Inc - President
38  [Rye Road, LLC - Officer (MGRP)
39  [Sr 44, Lc - Officer (MGRP)
40  Sumter, LLC - Officer (PD)
41  [Trans-United Development Corporation, Inc. - Registered Agent
42  Watercolor Place Development Inc - Officer (PST)
43  Waverley Development Inc - President

**Other companies listed on business sites as connected with Beruff (25)**
ABC-I, LLC,
ANGELS ATTIC, INC,
BANNER HOME CORPORATION,
BANNER HOME SOUTH, INC,
BERCOH INC,
CARGOR II, INC,
CARGOR PARTNERS VIII - LONG BAR POINTE LLC,
CARLOS BERUFF, PA,
COUNTRY MEADOWS COMMUNITY ASSOCIATION, INC
FHB ASSOCIATES LLC,
FIRST PRIORITY ACQUISITION LLC,
GOLD MEDALLION LLC,
KK & CB DEVELOPMENT, INC,
LONG BAR GP LLC,
LOOK SIGNS, LC,
MEDALLION FINANCIAL CORP,
PG FUNDING, INC,
PALMER INVESTORS LC,
PALMER OAKS, LC,
PARKWAY HAMMOCKS, INC,
SOUTHERN HAMMOCKS, INC,
SOUTHWEST REALTY GROUP CORP,
SUBARS SUBWAYS, INC,
UNILOK, INC,
VICTORIAN PLACE, INC,



Exhibit 120: County Has Primarily Coastal Population and Land Demand

Total County Population: April 1, 1970 - 2045*

| County / State | 1970 | 1971 | 1972 | 1973 | 1974 | 1975 | 1976 | 1977 | 1978 | 1979 |
|---|---|---|---|---|---|---|---|---|---|---|
| Sarasota | 120,413 | 129,778 | 140,100 | 150,204 | 160,706 | 164,298 | 166,506 | 172,404 | 182,201 | 193,500 |

| County / State | 1980 | 1981 | 1982 | 1983 | 1984 | 1985 | 1986 | 1987 | 1988 | 1989 |
|---|---|---|---|---|---|---|---|---|---|---|
| Sarasota | 202,251 | 211,325 | 220,316 | 229,193 | 236,672 | 244,144 | 251,146 | 258,106 | 264,279 | 271,403 |

| County / State | 1990 | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 |
|---|---|---|---|---|---|---|---|---|---|---|
| Sarasota | 277,776 | 283,269 | 286,609 | 289,531 | 294,324 | 299,108 | 303,393 | 308,052 | 313,218 | 318,338 |

| County / State | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 |
|---|---|---|---|---|---|---|---|---|---|---|
| Sarasota | 325,961 | 332,224 | 339,003 | 346,305 | 355,288 | 364,650 | 370,035 | 373,928 | 376,390 | 377,360 |

| County / State | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 |
|---|---|---|---|---|---|---|---|---|---|---|
| Sarasota | 379,448 | 381,319 | 383,664 | 385,292 | 387,140 | 392,090 | 399,538 | 406,066 | 411,472 | 416,219 |
| Seminole | 422,718 | 424,587 | 428,104 | 431,074 | 437,086 | 442,903 | 449,124 | 455,436 | 461,848 | 468,286 |
| Sumter | 93,420 | 96,615 | 100,198 | 105,104 | 111,125 | 115,657 | 118,577 | 122,660 | 128,176 | 134,481 |
| Suwannee | 41,551 | 43,215 | 43,796 | 43,873 | 44,168 | 44,452 | 44,349 | 44,446 | 44,841 | 45,397 |
| Taylor | 22,570 | 22,500 | 22,898 | 23,018 | 22,932 | 22,824 | 22,478 | 22,246 | 22,199 | 22,266 |
| Union | 15,535 | 15,473 | 15,510 | 15,483 | 15,647 | 15,918 | 15,887 | 15,879 | 15,978 | 16,135 |
| Volusia | 494,593 | 495,400 | 497,145 | 498,978 | 503,851 | 510,494 | 517,411 | 523,643 | 529,436 | 534,932 |
| Wakulla | 30,776 | 30,877 | 30,771 | 30,869 | 31,285 | 31,283 | 31,599 | 32,027 | 32,461 | 32,896 |
| Walton | 55,043 | 55,450 | 56,965 | 57,779 | 59,793 | 60,687 | 62,943 | 65,223 | 67,109 | 68,778 |
| Washington | 24,896 | 24,638 | 24,922 | 24,793 | 24,959 | 24,975 | 24,888 | 24,909 | 25,049 | 25,256 |
| Florida | 18,801,332 | 18,905,070 | 19,074,434 | 19,259,543 | 19,507,369 | 19,815,183 | 20,148,654 | 20,474,715 | 20,798,816 | 21,120,553 |

*Projections begin in 2017.
Based on the results from the Florida Demographic Estimating Conference, February 2017 and UF, BEBR, Florida Population Studies, Volume 50, Bulletin 177, April 2017 medium county projections.

Exhibit 121: Population Projections for Sarasota County



Source: FNAI Project Evaluation Report section *Myakka Ranchlands* July 2017

**OATH AND CERTIFICATE**

  I, the undersigned Plaintiff John S. Barth do hereby certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. I further certify that on this date a copy of the foregoing document was served electronically via ECF on all counsel of record.

Date:  6/20/2025                 
                  John S. Barth, Plaintiff, pro se

      P.O. Box 88, Springvale, ME 04083 Jbarth@gwi.net   207-608-1741