# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN S. BARTH,<br><br>*Plaintiff,*<br><br>v.<br><br>MABRY CARLTON RANCH INC., et al.,<br><br>*Defendants.* | Case No. 1:25-cv-01136-DLF |

## ***PROPOSED*** ORDER GRANTING DEFENDANT BONNER'S MOTION TO DISMISS

Upon consideration of Defendant Kimberly Bonner's Motion to Dismiss Plaintiff's Complaint, it is hereby **ORDERED** that the Motion is **GRANTED**. Plaintiff's Complaint is **DISMISSED** without leave to amend as to Defendant Kimberly Bonner.

**DONE AND ORDERED** on ____ __, 2025.

_____
Dabney L. Friedrich
United States District Judge