IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| John S. Barth,<br><br>                 Plaintiff,<br><br>     v.<br><br>Mabry Carlton Ranch, Inc., et al.,<br><br>                 Defendants. | Civil Action No. 1:25-cv-01136-DLF |

## **MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Pursuant to Civil Local Rule 83.2(e), undersigned counsel moves for admission and appearance of attorney Catherine Recker *pro hac vice* in the above-captioned action. The motion is supported by the Declaration of Catherine Recker. As set forth in that declaration, she is admitted and active member in good standing in the following bars: Pennsylvania, New Jersey, and numerous federal district courts and courts of appeal, along with the United States Supreme Court.

This motion is supported and signed by Sara E. Kropf, an active and sponsoring member of the Bar of this Court.

Dated: July 3, 2025

                                        Respectfully submitted,

                                        /s/ Sara E. Kropf
                                        Sara E. Kropf (DC Bar No. 481501)
                                        Kropf Moseley Schmitt PLLC
                                        1100 H Street, NW
                                        Suite 1220
                                        Washington, DC 20005
                                        (202) 627-6900
                                        sara@kmlawfirm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of July 2025, the foregoing motion was served by electronic filing on all counsel and parties of record through the Court's ECF system. In addition, this notice was sent by first class mail to *pro se* plaintiff John S. Barth at the address listed on the complaint:

John S. Barth
P.O. Box 88, Springvale, ME 04083

/s/ Sara E. Kropf
Sara E. Kropf