

# CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA**
**EASTERN DISTRICT OF PENNSYLVANIA** }

    I, George Wylesol, Clerk of the United States District Court for the Eastern District of Pennsylvania, **DO HEREBY CERTIFY** that Catherine M. Recker, Bar# 56813, was duly admitted to practice in this Court on 02/14/1990, and is in good standing as a member of the bar of this Court.

CLERK'S OFFICE
Sworn to and Subscribed before me this day
Jul/2/2025

Deputy Clerk, U.S. District Court
Eastern District of Pennsylvania

*George Wylesol*
**GEORGE WYLESOL**
**Clerk of Court**

DATED at Philadelphia, Pennsylvania on 07/02/2025

BY: *Trevor McDermott*

**Deputy Clerk**

Rev. 1/20/17