**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| John S. Barth,<br><br>       Plaintiff,<br><br>   v.<br><br>Mabry Carlton Ranch, Inc., et al.,<br><br>       Defendants. | Civil Action No. 1:25-cv-01136-DLF |

## <u>NOTICE OF APPEARANCE</u>

  PLEASE TAKE NOTICE THAT Catherine M. Recker, of the law firm Welsh & Recker, P.C., 306 Walnut Street, Philadelphia, PA 19106, an attorney duly admitted *pro hac vice* in this Court, hereby appears on behalf of Defendants Michael Allen Walton, James J. Walton Trust, and Wyona June Walton Trust.

Dated: July 9, 2025      Respectfully submitted,

         BY:  /s/ *Catherine M. Recker*
             Catherine M. Recker
             **WELSH & RECKER, P.C.**
             306 Walnut Street
             Philadelphia, PA 19106
             Tel: (215) 972-6430
             Fax: 1-985-617-1021
             cmrecker@welshrecker.com

## CERTIFICATE OF SERVICE

I, Catherine M. Recker, hereby certify that a true and correct copy of the foregoing

Notice of Appearance was served by electronic filing on all counsel and parties of record through

the Court's ECF system. In addition, this notice was sent by first class mail to *pro se* plaintiff

John S. Barth at the address listed on the complaint:

John S. Barth
P.O. Box 88, Springvale, ME 04083

Dated: July 9, 2025                                      */s/ Catherine M. Recker*