RECEIVED
Mailroom

JUL 0 2 2025

Angela D. Caesar, Clerk of Clerk
U.S. District Court, District of Columbia

# District Court of the United States
## District of Columbia

---------------------------------------------

John S. Barth,
        Plaintiff    |

v.                |

United States, et al,      |
        Defendants  |

Case No. 1:25-cv-01136-DLF

**Certificate of Service
of Summons and Complaint**

The attached Sheriff Returns Of Service are provided as proof of service of Summons and Complaint in this action, upon these defendants:

     John Minton sr.
     Michael Allen Walton
     Julie Walton
     James J Walton Trust
     Wyona J Walton Trust
     MJW Ranch LLC

The original Returns Of Service from the Sheriffs will be sent to the clerk by certified mail. Due to variations in time to serve defendants, Certificates of Service for the remaining defendants will be provided as the remaining Returns Of Service are received.

Note that service delays were caused by unusual postal delays: the original summonses sent to the Plaintiff by mail 4/21/2025 did not arrive until 6/7/2025, a delay of 47 days (arrived at PO Box 5/21/2025, forwarded 6/2/2025). The Plaintiff therefore requested PDF summonses from the clerk, received 5/19/25 and sent with the required documents to the respective Sheriff offices 5/22/25 (Exhibit below).

Certificate

I, the undersigned Plaintiff John S. Barth do hereby certify under penalty of perjury that all facts herein stated are true and correct to the best of my knowledge and belief.

Date: 6/25/2025

John S. Barth, Plaintiff, pro se

# RETURN OF SERVICE

RECEIPT NUMBER: <u>0001388-25</u>
Date: <u>05/28/2025</u>

**PERSON TO BE SERVED:**
<u>JOHN L. MINTON SR</u>
2513 S INDIAN RIVER DR
FORT PIERCE

PLAINTIFF: <u>JOHN BARTH</u>
-VS-
DEFENDANT: <u>MABRY CARLTON RANCH INC, ET AL</u>

TYPE OF WRIT: <u>SUMMONS IN A CIVIL ACTION/COMPLAINT OF RACKETEERING, ABUSE</u>
<u>OF PUBLIC OFFICE, ETC.</u>

COURT: <u>UNITED STATES DISTRICT COURT- DISTRICT OF</u>    COURT
<u>COLUMBIA</u>    DATE: <u>/ /</u>
CASE #: <u>25-CV-01136-DLF</u>    COURT TIME: <u>:</u>

Received the above-named writ on May 28, 2025, at 2:02 PM, and served the same on June
10, 2025 at 12:31 PM, in ST. LUCIE County, Florida, as follows:

| OTHER |
|---|

HOUSE SITTER SAID MINTON FAMILY LIVES AT THIS ADDRESS, BUT DOESNT KNOW A
JOHN. SERVICE WAS MADE AT 7316 COMMERCIAL CIRCLE UNIT B.

SERVICE COST: 50.00    RICHARD R DEL TORO JR, SHERIFF
MARINOB,   CIVIL CLERK    ST. LUCIE COUNTY, FLORIDA

MAIL TO:    BY: _____
GREGG HAYFORD # 950 D/S

JOHN BARTH
4311 BRAZILNUT AVE
SARASOTA, FL34234

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.  1:25-cv-01136-DLF

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  John Minton Sr

was received by me on *(date)*  5-28-25  .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*  Tammy Gonzales  , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* 6-10-25 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  6-10-25

D/s G/C M #950

*Server's signature*

D/s G. Hayford #950

*Printed name and title*

4700 w Midway Rd
Ft Pierce, FL 34981

*Server's address*

Additional information regarding attempted service, etc:

2025 MAY 28  PM 2: 06
ST. LUCIE COUNTY
SHERIFF OFFICE
JUDICIAL
SERVICES

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| JOHN BARTH | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Plaintiff(s)_ | ) | |
| v. | ) | Civil Action No.  1:25-cv-01136-DLF |
| MABRY CARLTON RANCH INC., et al | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Defendant(s)_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_    John L. Minton Sr.
2513 S Indian River Dr.
Fort Pierce, FL 34950

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    John Barth
P.O. Box 88
Springvale, ME 04083

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date: 5/14/2025

/s/ Dwight Patterson

_Signature of Clerk or Deputy Clerk_



# Carmine Marceno
### Sheriff

**State of Florida**
**County of Lee**

*"Proud to Serve"*

## Return of Service

John Barth vs Michael Allen Walton

**Sheriff Number:**    25009835

**Case Number:**    125CV01136D
LF

**Type of Process:** Summons, Complaint, Statement of Claim, Petition

Person to be served:

**Michael Allen Walton**
**27804 Hickory Boulevard**
**Bonita Springs FL**

**Received Date/Time:** 06/09/2025 12:16 PM

**Court:** United States District Court /

**Service Date:**    **06/10/2025**    **Time: 1:30 PM**    **Service Type:**    **Individual**

**Name of Served:**    Michael Allen Walton

**Address Served:**    27804 Hickory Boulevard  Bonita Springs FL

**Final Service Note:**

**Attempts:**

| Date | Time | Server Name | Badge # | Service Address | Service Note |
|------|------|-------------|---------|-----------------|--------------|
|      |      |             |         |                 |              |

By: _R. Errett_    01-174
R. Errett    ID#

RECEIVED
Mailroom

JUL 02 2025

Angela D. Caesar, Clerk of Clerk
U.S. District Court, District of Columbia



*"The Lee County Sheriff's Office is an Equal Opportunity Employer"*
**14750 Ben C. Pratt Six Mile Cypress Pkwy ● Fort Myers, FL ● 239-477-1000**

Printed By: keosmith 06/12/2025 11:58:46



# Carmine Marceno
### Sheriff

**State of Florida**
**County of Lee**

*"Proud to Serve"*

## Affidavit

BEFORE ME, the undersigned authority in and for said county and state, personally appeared R. Errett, the undersigned Deputy Sheriff of the County of Lee, State of Florida, who, being by me first duly sworn according to law, makes oath that he/she has this the 10th day of June 2025, delivered a copy of the following document(s) to Michael Allen Walton of Bonita Springs, Lee County, Florida.

   Sheriff's Number: 25009835

    Case Number: 125CV01136DLF

   Type of Process: Summons, Complaint, Statement of Claim, Petition

Issued out of the United States District Court Court in and for the State of Virginia with the Sheriff's return thereon.

Served By: _____

R. Errett 01-174

STATE OF FLORIDA
COUNTY OF LEE

Sworn to and subscribed before me by means of ☒ physical presence or ☐ online notarization, this 10th day of June, 2025 AD, by R. Errett, who is personally known to me.

_____

K. Smith - FL Notary Public



KEONA VICTORIA SMITH
Commission # HH 672368
Expires May 5, 2029



*"The Lee County Sheriff's Office is an Equal Opportunity Employer"*
**14750 Ben C. Pratt Six Mile Cypress Pkwy ● Fort Myers, FL ● 239-477-1000**

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
District of Columbia

| | |
|---|---|
| JOHN BARTH | ) |
| | ) |
| | ) |
| | ) |
| _Plaintiff(s)_ | ) |
| v. | ) Civil Action No. 1:25-cv-01136-DLF |
| MABRY CARLTON RANCH INC., et al | ) |
| | ) |
| | ) |
| | ) |
| _Defendant(s)_ | ) |

**SUMMONS IN A CIVIL ACTION**

To: _(Defendant's name and address)_  Michael Allen Walton
27790 Hickory Blvd.
Bonita Springs FL

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   John Barth
P.O. Box 88
Springvale, ME 04083

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date:  5/14/2025

/s/ Dwight Patterson

_Signature of Clerk or Deputy Clerk_



# Carmine Marceno
### Sheriff

**State of Florida**
**County of Lee**

*"Proud to Serve"*

## Return of Service

John Barth vs Julie M Walton

**Sheriff Number:**     25011132

**Case Number:**  125CV01136D
LF

**Type of Process:** Summons, Complaint, Statement of Claim, Petition

Person to be served:

**Julie M Walton**
**27804 Hickory Boulevard**
**Bonita Springs FL**

**Received Date/Time:** 06/09/2025 12:16 PM

**Court:** United States District Court /

**Service Date:**  **06/10/2025**    **Time: 1:30 PM**    **Service Type:**  **Individual**

**Name of Served:**   Julie M Walton

**Address Served:**   27804 Hickory Boulevard  Bonita Springs FL

**Final Service Note:**

**Attempts:**

| Date | Time | Server Name | Badge # | Service Address | Service Note |
|------|------|-------------|---------|-----------------|--------------|
|      |      |             |         |                 |              |

By: _R. Errett_                                      01-174
R. Errett                                             ID#

RECEIVED
Mailroom

JUL 0 2 2025

Angela D. Caesar, Clerk of Clerk
U.S. District Court, District of Columbia



*"The Lee County Sheriff's Office is an Equal Opportunity Employer"*
**14750 Ben C. Pratt Six Mile Cypress Pkwy ● Fort Myers, FL ● 239-477-1000**

Printed By: keosmith 06/12/2025 11:55:15

# Carmine Marceno
### Sheriff



**State of Florida**
**County of Lee**

*"Proud to Serve"*

## Affidavit

BEFORE ME, the undersigned authority in and for said county and state, personally appeared R. Errett, the undersigned Deputy Sheriff of the County of Lee, State of Florida, who, being by me first duly sworn according to law, makes oath that he/she has this the 10th day of June 2025, delivered a copy of the following document(s) to Julie M Walton of Bonita Springs, Lee County, Florida.

   Sheriff's Number: 25011132

    Case Number: 125CV01136DLF

  Type of Process: Summons, Complaint, Statement of Claim, Petition

Issued out of the United States District Court Court in and for the State of Virginia with the Sheriff's return thereon.

Served By: _R. Errett_ _____
               R. Errett 01-174

STATE OF FLORIDA
COUNTY OF LEE

Sworn to and subscribed before me by means of ☒ physical presence or ☐ online notarization, this 10th day of June, 2025 AD, by R. Errett, who is personally known to me.



KEONA VICTORIA SMITH
Commission # HH 672368
Expires May 5, 2029

_Keona Smith_ _____
K. Smith - FL Notary Public



*"The Lee County Sheriff's Office is an Equal Opportunity Employer"*
**14750 Ben C. Pratt Six Mile Cypress Pkwy ● Fort Myers, FL ● 239-477-1000**

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| JOHN BARTH | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Plaintiff(s)_ | ) | |
| v. | ) | Civil Action No.  1:25-cv-01136-DLF |
| MABRY CARLTON RANCH INC., et al | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Defendant(s)_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_          Julie M Walton

27790 Hickory Blvd.
Bonita Springs FL

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     John Barth
P.O. Box 88
Springvale, ME 04083

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                      CLERK OF COURT

Date:   5/14/2025                                     /s/ Dwight Patterson

                                                      _Signature of Clerk or Deputy Clerk_

# Carmine Marceno
### Sheriff



### State of Florida
### County of Lee

*"Proud to Serve"*

## Return of Service

John Barth vs James J Walton Trust

**Sheriff Number:**   25011089

**Case Number:** 125CV01136D
LF

**Type of Process:** Summons, Complaint

Person to be served:

**James J Walton Trust**
**27804 Hickory Boulevard**
**Bonita Springs FL 34134**

**Received Date/Time:** 06/09/2025 12:15 PM

**Court:** United States District Court /

| | | | | |
|---|---|---|---|---|
| **Service Date:** | **06/10/2025** | **Time: 1:30 PM** | **Service Type:** | **Substitute** |
| Name of Served: | Michael Walton | | Relationship/Title: | Relative |
| Address Served: | 27804 Hickory Boulevard | Bonita Springs FL 34134 | | |
| Final Service Note: | | | | |

**Attempts:**

| Date | Time | Server Name | Badge # | Service Address | Service Note |
|---|---|---|---|---|---|

By: _R. Errett_                 01-174

R. Errett                                ID#

RECEIVED
Mailroom

JUL 02 2025

Angela D. Caesar, Clerk of Clerk
U.S. District Court, District of Columbia



*"The Lee County Sheriff's Office is an Equal Opportunity Employer"*
**14750 Ben C. Pratt Six Mile Cypress Pkwy ● Fort Myers, FL ● 239-477-1000**

Printed By: keosmith 06/12/2025 11:54:25

# Carmine Marceno
### Sheriff



### State of Florida
### County of Lee

*"Proud to Serve"*

## Affidavit

BEFORE ME, the undersigned authority in and for said county and state, personally appeared R. Errett, the undersigned Deputy Sheriff of the County of Lee, State of Florida, who, being by me first duly sworn according to law, makes oath that he/she has this the 10th day of June 2025, delivered a copy of the following document(s) to Michael Walton of Bokeelia, Lee County, Florida.

   Sheriff's Number: 25011089

    Case Number: 125CV01136DLF

   Type of Process: Summons, Complaint

Issued out of the United States District Court Court in and for the State of Virginia with the Sheriff's return thereon.

Served By: _R. Errett 01-174_

STATE OF FLORIDA
COUNTY OF LEE

Sworn to and subscribed before me by means of ☒ physical presence or ☐ online notarization, this 10th day of June, 2025 AD, by R. Errett, who is personally known to me.



RYAN ALLEN
Commission # HH 394133
Expires May 23, 2027

_Ryan Allen_

R. Allen - FL Notary Public



AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

LCSO CIVIL DIVISION
2025 JUN 9 PM 12:1[?]

| | |
|---|---|
| JOHN BARTH | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 1:25-cv-01136-DLF |
| MABRY CARLTON RANCH INC., et al | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  MJW Ranch LLC, James J Walton Trust, Wyona June Walton Trust,
Manager and Trustee Michael Allen Walton
27790 Hickory Blvd.
Bonita Springs FL

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   John Barth
P.O. Box 88
Springvale, ME 04083

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  5/14/2025

/s/ Dwight Patterson

*Signature of Clerk or Deputy Clerk*

# Carmine Marceno
## Sheriff



**State of Florida**
**County of Lee**

*"Proud to Serve"*

## Return of Service

John Barth vs MJW Ranch LLC

**Sheriff Number:**    25009834
**Case Number:** 125CV01136D
LF

**Type of Process:** Summons, Complaint

Person to be served:

**MJW Ranch LLC**
**27804 Hickory Boulevard**
**Bonita Springs FL**

**Received Date/Time:** 06/09/2025 12:15 PM
**Court:** United States District Court /

| | | | |
|---|---|---|---|
| **Service Date:** | **06/10/2025** | **Time: 1:30 PM** | **Service Type:** **Substitute** |
| **Name of Served:** | Michael Walton | | **Relationship/Title:** Relative |
| **Address Served:** | 27804 Hickory Boulevard  Bonita Springs FL | | |
| **Final Service Note:** | | | |

**Attempts:**

| Date | Time | Server Name | Badge # | Service Address | Service Note |
|---|---|---|---|---|---|

By: _R. Errett_ _____    01-174
R. Errett                                        ID#



RECEIVED
Mailroom

JUL 0 2 2025

Angela D. Caesar, Clerk of Clerk
U.S. District Court, District of Columbia



*"The Lee County Sheriff's Office is an Equal Opportunity Employer"*
**14750 Ben C. Pratt Six Mile Cypress Pkwy ● Fort Myers, FL ● 239-477-1000**

Printed By: keosmith 06/12/2025 11:51:33

# Carmine Marceno
### Sheriff



**State of Florida**
**County of Lee**

*"Proud to Serve"*

## Affidavit

BEFORE ME, the undersigned authority in and for said county and state, personally appeared R. Errett, the undersigned Deputy Sheriff of the County of Lee, State of Florida, who, being by me first duly sworn according to law, makes oath that he/she has this the 10th day of June 2025, delivered a copy of the following document(s) to Michael Walton of Bonita Springs, Lee County, Florida.

   Sheriff's Number: 25009834

    Case Number: 125CV01136DLF

   Type of Process: Summons, Complaint

Issued out of the United States District Court Court in and for the State of Virginia with the Sheriff's return thereon.

Served By: _R. Errett_____

R. Errett 01-174

STATE OF FLORIDA
COUNTY OF LEE

Sworn to and subscribed before me by means of ☒ physical presence or ☐ online notarization, this 10th day of June, 2025 AD, by R. Errett, who is personally known to me.



_Ryan Allen_____

RYAN ALLEN
Commission # HH 394133
Expires May 23, 2027

R. Allen - FL Notary Public



*"The Lee County Sheriff's Office is an Equal Opportunity Employer"*
**14750 Ben C. Pratt Six Mile Cypress Pkwy ● Fort Myers, FL ● 239-477-1000**

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
District of Columbia

LCSO CIVIL DIVISION
2025 JUN 9 PM 12:16

| | |
|---|---|
| JOHN BARTH | ) |
| | ) |
| | ) |
| | ) |
| _Plaintiff(s)_ | ) |
| v. | ) Civil Action No.  1:25-cv-01136-DLF |
| MABRY CARLTON RANCH INC., et al | ) |
| | ) |
| | ) |
| | ) |
| _Defendant(s)_ | ) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  MJW Ranch LLC, James J Walton Trust, Wyona June Walton Trust,
Manager and Trustee Michael Allen Walton
27790 Hickory Blvd.
Bonita Springs FL

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   John Barth
P.O. Box 88
Springvale, ME 04083

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date:  5/14/2025                    /s/ Dwight Patterson

_Signature of Clerk or Deputy Clerk_



# Carmine Marceno
### Sheriff

*"Proud to Serve"*

**State of Florida**
**County of Lee**

## Return of Service

John Barth vs Wyona June Walton Trust

**Sheriff Number:**      25011087
**Case Number:** 125CV01136D
LF

**Type of Process:** Summons, Complaint

Person to be served:

**Wyona June Walton Trust**
**27804 Hickory Boulevard**
**Bonita Springs FL 34134**

**Received Date/Time:** 06/09/2025 12:14 PM

**Court:** United States District Court /

**Service Date:** **06/10/2025**   **Time: 1:30 PM**   **Service Type:** **Substitute**
**Name of Served:**  Michael Walton            **Relationship/Title:** Relative
**Address Served:**  27804 Hickory Boulevard  Bonita Springs FL 34134
**Final Service Note:**

**Attempts:**

| Date | Time | Server Name | Badge # | Service Address | Service Note |
|------|------|-------------|---------|-----------------|--------------|
|      |      |             |         |                 |              |

By: _R. Errett_                01-174
ID#

RECEIVED
Mailroom

JUL 0 2 2025

Angela D. Caesar, Clerk of Clerk
U.S. District Court, District of Columbia



*"The Lee County Sheriff's Office is an Equal Opportunity Employer"*
**14750 Ben C. Pratt Six Mile Cypress Pkwy ● Fort Myers, FL ● 239-477-1000**

Printed By: keosmith 06/12/2025 11:57:29

# Carmine Marceno
## Sheriff



*"Proud to Serve"*

**State of Florida**
**County of Lee**

## Affidavit

BEFORE ME, the undersigned authority in and for said county and state, personally appeared R. Errett, the undersigned Deputy Sheriff of the County of Lee, State of Florida, who, being by me first duly sworn according to law, makes oath that he/she has this the 10th day of June 2025, delivered a copy of the following document(s) to Michael Walton of Bonita Springs, Lee County, Florida.

    Sheriff's Number: 25011087

     Case Number: 125CV01136DLF

    Type of Process: Summons, Complaint

Issued out of the United States District Court Court in and for the State of Virginia with the Sheriff's return thereon.

Served By: 

R. Errett 01-174

STATE OF FLORIDA
COUNTY OF LEE

Sworn to and subscribed before me by means of ☒ physical presence or ☐ online notarization, this 10th day of June, 2025 AD, by R. Errett, who is personally known to me.



RYAN ALLEN
Commission # HH 394133
Expires May 23, 2027

R. Allen - FL Notary Public

*"The Lee County Sheriff's Office is an Equal Opportunity Employer"*
**14750 Ben C. Pratt Six Mile Cypress Pkwy • Fort Myers, FL • 239-477-1000**

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

LCSO CIVIL DIVISION
2025 JUN 9 PM 12:14

| | |
|---|---|
| JOHN BARTH | ) |
| | ) |
| | ) |
| | ) |
| _Plaintiff(s)_ | ) |
| v. | ) Civil Action No.  1:25-cv-01136-DLF |
| MABRY CARLTON RANCH INC., et al | ) |
| | ) |
| | ) |
| | ) |
| _Defendant(s)_ | ) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  MJW Ranch LLC, James J Walton Trust, Wyona June Walton Trust,
Manager and Trustee Michael Allen Walton
27790 Hickory Blvd.
Bonita Springs FL

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    John Barth
P.O. Box 88
Springvale, ME 04083

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  5/14/2025

/s/ Dwight Patterson

_Signature of Clerk or Deputy Clerk_

**District Court of the United States**
**District of Columbia**

```
---------------------------------------------
                                        |
John S. Barth,                          |         Case No. 1:25-cv-01136-DLF
          Plaintiff                     |
v.                                      |         Certificate of Service
United States, et al,                   |         of Summons and Complaint
          Defendants                    |
                                        |
---------------------------------------------
```

The attached Service Receipts are provided as proof of service of Summons and Complaint in this action, upon these parties:

U.S. Department of Justice

U.S. Attorney for the District of Columbia

The United States is liable to the Plaintiff for injuries caused by any collusion of agency factions, and the resulting denial of evidence to ensure proper and complete charging of other defendants. The Complaint seeks to remove rogue factions within these agencies, and does not apply to the entirety of these agencies. The DOJ and US Attorney are presumed to have declined to appear in this action to date based upon their role herein.

If the Court prefers further proof of service, the Plaintiff will do so.

Certificate

I, the undersigned Plaintiff John S. Barth do hereby certify under penalty of perjury that all facts herein stated are true and correct to the best of my knowledge and belief.

Date: 6/23/2025

John S. Barth, Plaintiff, pro se

RECEIVED
Mailroom

JUL 0 2 2025

Angela D. Caesar, Clerk of Clerk
U.S. District Court, District of Columbia



## U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

**For delivery information, visit our website at www.usps.com®.**

Washington, DC 20530

Certified Mail Fee   $4.85
$                                                 0327   08
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $ $0.00
☐ Return Receipt (electronic)      $ $0.00       Postmark
☐ Certified Mail Restricted Delivery $ $0.00      Here
☐ Adult Signature Required         $ $0.00
☐ Adult Signature Restricted Delivery $ $0.00
Postage                            $3.43
$
Total Postage and Fees
$8.28
Sent To
Street and Apt. No., or PO Box No.    U.S., Dept of Justice
                                      950 Pennsylvania Ave.
City, State, ZIP+4®                   Washington, DC 20530-0001

**PS Form 3800, January 2023** PSN 7530-02-000-9047    See Reverse for Instructions

9589 0710 5270 2973 6348 83

---

https://tools.usps.com/go/TrackConfirmAction?qtc_tLabels1=9589071052702973634883

# USPS Tracking®

Tracking        /        FAQs ›



Track Packages Anytime, Anywhere    Get the free Informed Delivery® feature to receive automated notifications on your packages    Learn More

**Tracking Number:**
9589071052702973634883

Copy    Add to Informed Delivery



### Latest Update
Your item was picked up at a postal facility at 5:03 am on May 28, 2025 in WASHINGTON, DC 20530.

Get More Out of USPS Tracking:
USPS Tracking Plus®

☑ **Delivered**
**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20530
May 28, 2025, 5:03 am

See All Tracking History

What Do USPS Tracking Statuses Mean?

Remove ✕



