**District Court of the United States**
**District of Columbia**

---------------------------------------------

| Case No. 1:25-cv-01136-DLF

John S. Barth,
      Plaintiff
v.                                                                **Certificate of Service**
United States, et al,                                        **of Summons and Complaint**
      Defendants

---

    The attached Sheriff Returns Of Service are provided as proof of service of Summons and Complaint in this action, upon these defendants:

    Thomas Curry
    John Longino

Note that service delays were caused by unusual postal delays: the original summonses sent to the Plaintiff by mail 4/21/2025 did not arrive until 6/7/2025, a delay of 47 days (arrived at PO Box 5/21/2025, forwarded 6/2/2025). The Plaintiff therefore requested PDF summonses from the clerk, received 5/19/25 and sent with the required documents to the respective Sheriff offices 5/22/25 (Exhibit below).

    Further delays were caused by these defendants having changed addresses several times, which prevented completion of the original sheriff services and necessitated multiple sheriff service efforts.

    The oath of the Plaintiff follows the exhibits.



**RECEIVED**
JUL 10 2025
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

# AFFIDAVIT OF SERVICE

| Case: 1:25-CV-01136-DLF | Court: UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA | County: | Job: 13574401 |
|---|---|---|---|
| Plaintiff / Petitioner: JOHN BARTH | | Defendant / Respondent: MABRY CARLTON RANCH INC., et al | |
| Received by: NATURE COAST LEGAL SERVICES, LLC | | For: JOHN BARTH | |
| To be served upon: THOMAS L CURRY | | | |

I, David Dunham, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Mary Curry, 11920 West Fort Island Trail, Crystal River, FL 34429
**Manner of Service:** Substitute Service - Personal, Jun 26, 2025, 2:21 pm EDT
**Documents:** Summons and Complaint W/ DEMAND FOR JURY TRIAL (Received Jun 20, 2025 at 2:45pm EDT)

**Additional Comments:**
1) Successful Attempt: Jun 26, 2025, 2:21 pm EDT at 11920 West Fort Island Trail, Crystal River, FL 34429 received by Mary Curry. Age: 55-65; Ethnicity: Caucasian; Gender: Female; Weight: 130-1550; Height: 5'6"; Hair: Black; Relationship: Wife;
Substitute service accepted by female identifying her self as Mary Curry, spouse and coresident of subject, at address provided.

_____  6-27-25
David Dunham                Date
102221-1

NATURE COAST LEGAL SERVICES, LLC
2912 South Cygnet Terrace
Inverness, FL 34450
352-613-3180

AO 440 (Rev. 06/12) Summons in a Civil Action

☐ Date: 6-26-25
☐ Time: 2:21 pm
☐ Server Initials: DD
☐ Certification No.: 102221-1

# UNITED STATES DISTRICT COURT
for the
District of Columbia

JOHN BARTH )
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 1:25-cv-01136-DLF
MABRY CARLTON RANCH INC., et al )
)
)
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Thomas L Curry
11920 W. Fort Island Trail
Crystal River, Fl 34429

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   John Barth
P.O. Box 88
Springvale, ME 04083

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date: 5/14/2025
Type text here

/s/ Dwight Patterson

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:25-cv-01136-DLF

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Longino, John__
was received by me on *(date)* __7/3/2025__ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* __Nalini Adkarni, John's Spouse__ , a person of suitable age and discretion who resides there,
on *(date)* __7/8/2025__ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ __30.00__ for travel and $ __20.00__ for services, for a total of $ __50.00__ .

I declare under penalty of perjury that this information is true.

Date: __7/8/2025__

__BH31E__
*Server's signature*

__B. Hollberg - Deputy Sheriff__
*Printed name and title*

__3365 S 900 W, South Salt Lake UT 84119__
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| JOHN BARTH <br><br> *Plaintiff(s)* <br> v. <br> MABRY CARLTON RANCH INC., et al <br><br> *Defendant(s)* | Civil Action No. 1:25-cv-01136-DLF |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  John Longino
1177 E 1st Ave
Salt Lake City UT 84103

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   John Barth
P.O. Box 88
Springvale, ME 04083

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____   _____
*Signature of Clerk or Deputy Clerk*

**OATH AND CERTIFICATE**

I, the undersigned Plaintiff John S. Barth do hereby certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. I further certify that on this date a copy of the foregoing document was served electronically via ECF on all counsel of record.

Date:_____7/10/2025_____                              _____
                                                                                John S. Barth, Plaintiff, pro se
P.O. Box 88, Springvale, ME 04083 Jbarth@gwi.net   207-608-1741