# District Court of the United States
# District of Columbia

---

John S. Barth,
      Plaintiff
v.
United States, et al,
      Defendants

Case No. 1:25-cv-01136-DLF

**Certificate of Service
of Summons and Complaint**

    The attached Sheriff Returns Of Service are provided as proof of service of Summons and Complaint in this action, upon these defendants:

    Phillip Eric Sutton

Note that service delays were caused by unusual postal delays: the original summonses sent to the Plaintiff by mail 4/21/2025 did not arrive until 6/7/2025, a delay of 47 days (arrived at PO Box 5/21/2025, forwarded 6/2/2025). The Plaintiff therefore requested PDF summonses from the clerk, received 5/19/25 and sent with the required documents to the respective Sheriff offices 5/22/25 (Exhibit below).

    Further delays were caused by these defendants having changed addresses several times, which prevented completion of the original sheriff services and necessitated multiple sheriff service efforts.

    The oath of the Plaintiff follows the exhibits.



**RECEIVED**

JUL 14 2025

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

JUN 26 '25 8:20

JOHN BARTH )
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 1:25-cv-01136-DLF
)
MABRY CARLTON RANCH INC., et al )
)
)
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Phillip Eric Sutton
2914 Tyron Cir
Tallahassee, FL 32309

SERVED THIS 30th DAY OF Jun.
20 25 AT 10:20 A.M. ____ PM
WALT McNEIL SHERIFF OF LEON COUNTY FL
BY Mutthe 1502 ManRoy DS

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   John Barth
P.O. Box 88
Springvale, ME 04083

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 5/14/2025
Type text here

/s/ Dwight Patterson

*Signature of Clerk or Deputy Clerk*

## RETURN OF SERVICE

SHERIFF NUMBER: 25007920

PARTY TO BE SERVED
PHILLIP ERIC SUTTON
2914 TYRON CIRCLE
TALLAHASSEE, FL 32309

ATTORNEY / PETITIONER

PLAINTIFF: JOHN BARTH
-VS-
DEFENDANT: MABRY CARLTON RANCH INC, ETAL.

TYPE OF WRIT: SUMMONS, COMPLAINT OF RACKETEERING, WITH DEMAND FOR JURY TRIAL

COURT: UNITED STATES DISTRICT COURT           COURT DATE:           MIDDLE
DISTRICT /                                    COURT TIME:
CASE #: 125CV01136DLF

Received the above-named writ on June 26, 2025, at 8:30 AM, and SERVED the same on the 30th day of June 2025, at 10:20 AM. Service was completed at 2914 TYRON CIRCLE TALLAHASSEE, FL 32309 in LEON County, Florida, as follows:

INDIVIDUAL

By delivering a true copy of this writ together with a copy of the initial pleadings, if any, with the date and hour of service endorsed thereon by me to: PHILLIP ERIC SUTTON.
Served.

Attempts:
Attempt: 6/27/2025 @ 12:45 PM
Note: Not at Home Left Card

Attempt: 6/30/2025 @ 9:38 AM
Note: (850)570-1081px. Returned call from left card. Available for service.

SERVICE COST: $40.00                          WALT MCNEIL, SHERIFF
Falstromb, CIVIL CLERK                        LEON COUNTY, FLORIDA

COURT:

COUNTY CLERK OF COURT

BY: _____
Process Server Matthew Rogers, Badge # 1502

**OATH AND CERTIFICATE**

    I, the undersigned Plaintiff John S. Barth do hereby certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. I further certify that on this date a copy of the foregoing document was served electronically via ECF on all counsel of record.

Date:     7/10/2025                                                     _____
                                                                  John S. Barth, Plaintiff, pro se

P.O. Box 88, Springvale, ME 04083 Jbarth@gwi.net   207-608-1741