# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN BARTH,<br><br>    Plaintiff,<br><br>v.<br><br>MABRY CARLTON RANCH INC.; LONGINO RANCH INC.; BERRYMAN LONGINO JR; JOHN LONGINO; THOMAS L. CURRY; BARBARA CARLTON; LISA CARLTON; KIMBERLY (CARLTON) BONNER; JOHN MINTON JR.; JOHN MINTON SR.; MICHAEL ALLEN WALTON; JAMES J. WALTON TRUST; WYONA JUNE WALTON TRUST; ERIC SUTTON; AMY MEESE; UNITED STATES GOVERNMENT; JOHN DOES 1-10; JANE DOES 1-10,<br><br>    Defendants. | C.A. No. 25-CV-01136 (DLF) |

### DEFENDANTS THOMAS L. CURRY, JOHN LONGINO, AND JOHN MINTON, SR.'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, MOTION FOR MORE DEFINITE STATEMENT

Pursuant to Fed. R. Civ. P. 8(a)(2), 10(b), 12(b)(6) and 12(e), Defendants Thomas L. Curry, John Longino, and John Minton, Sr. (collectively the "Longino Defendants"), by and through undersigned counsel, hereby move that the Court enter an order dismissing the Complaint of Plaintiff John Barth ("Plaintiff") without prejudice, or, in the alternative, require Plaintiff to file an amended complaint. The Longino Defendants adopt and restate the arguments set forth in the motion to dismiss filed by Longino Ranch and John Minton Jr. on June 17, 2025. (*See* Dkt. 9). The grounds for this motion are set forth in the Longino Defendants' Memorandum of Law in Support submitted contemporaneously herewith.

69860/0001-50473112

2

Dated: July 17, 2025          Respectfully submitted,

/s/ *Jeffrey M. Saltman*
Jeffrey M. Saltman
D.C. Bar No. 978812
COLE SCHOTZ P.C.
1050 Connecticut Avenue, NW
Suite 500
Washington, DC 20036
Telephone: (202) 304-1611
jsaltman@coleschotz.com

**ATTORNEY FOR DEFENDANTS THOMAS L. CURRY, JOHN LONGINO, LONGINO RANCH, JOHN MINTON JR., AND JOHN MINTON, SR.**

69860/0001-50473112

## **CERTIFICATE OF SERVICE**

I certify that on July 17, 2025, a true and correct copy of foregoing document, Proposed Order, and Memorandum of Law in Support was served electronically via ECF on all counsel of record and served on Plaintiff via Certified Mail at P.O. Box 88, Springvale, ME 04083 and email at jbarth@gwi.net.

/s/ *Jeffrey M. Saltman*
Jeffrey M. Saltman

69860/0001-50473112