IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN BARTH,<br><br>    Plaintiff,<br><br>v.<br><br>MABRY CARLTON RANCH INC.; LONGINO RANCH INC.; BERRYMAN LONGINO JR; JOHN LONGINO; THOMAS L. CURRY; BARBARA CARLTON; LISA CARLTON; KIMBERLY (CARLTON) BONNER; JOHN MINTON JR.; JOHN MINTON SR.; MICHAEL ALLEN WALTON; JAMES J. WALTON TRUST; WYONA JUNE WALTON TRUST; ERIC SUTTON; AMY MEESE; UNITED STATES GOVERNMENT; JOHN DOES 1-10; JANE DOES 1-10,<br><br>    Defendants. | C.A. No. 25-CV-01136 (DLF) |

## **[PROPOSED] ORDER**

Having considered Defendants Thomas L. Curry, John Longino, and John Minton, Sr.'s Motion to Dismiss Plaintiff's Complaint, IT IS HEREBY ORDERED this _____ day of _____, 2025 that the Motion is GRANTED:

☐ In its entirety, and Plaintiff's Complaint is dismissed in its entirety as to Thomas L. Curry, John Longino, and John Minton, Sr.;

OR

☐ Plaintiff shall file an amended complaint within _____ days of the date of this Order, providing more specific details regarding the factual basis for the claims, the target of Plaintiff's claims, the damages sought, and the dates of alleged events.

69860/0001-50473246

IT IS HEREBY FURHER ORDERED that a copy of this Order shall be served on Plaintiff via Certified Mail at P.O. Box 88, Springvale, ME 04083 and via the Court's CM/ECF system.

_____
The Honorable Dabney L. Friedrich
District Judge for the District of Columbia