**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

JOHN S. BARTH,

*Plaintiff*,

v.                                                    Case No. 1:25-cv-01136-DLF

MABRY CARLTON RANCH
INC., et al.,

*Defendants*.

For Defendant Sutton:
2914 Tyron Circle
Tallahassee, Florida 32309

**DEFENDANT SUTTON'S MOTION FOR EXTENSION OF TIME TO
RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant Phillip Eric Sutton, in his individual capacity, respectfully moves to extend the

deadline to respond to Plaintiff's complaint to August 08, 2025, and as grounds therefore, states:

1.      On March 31, 2025, Plaintiff filed their complaint alleging various violations of

Federal and state laws including violations of the Racketeering act. DE 1.

2.      On July 10th, 2025, Plaintiff filed a Return of Service stating that Defendant Sutton

was served on June 30, 2025. DE 38 at 3

3.      Under Federal Rules of Civil Procedure, Defendant Sutton had until July 21, 2025,

to file a response.

4.      Federal Rule of Civil Procedure 6(b)(1)(B) provides that the Court may extend the

time to respond for good cause if a party makes the request after the original time expires for

excusable neglect.

5.      The governing legal standard for excusable-neglect determinations is a balancing

of five principal factors: (1) the danger of prejudice to the nonmoving party, (2) the length of the

delay and its potential impact on judicial proceedings, (3) the reason for the delay, (4) whether the delay was within the reasonable control of the moving party, and (5) whether the late-filing party acted in good faith Nafziger v. McDermott Int'l, Inc., 467 F.3d 514, 522 (6th Cir. 2006).

6.     Plaintiff will not be prejudiced by the requested extension of time to respond, as no scheduling order has been entered nor a trial date set for this matter.

7.     Defendant Sutton is a former employee of the Southwest Florida Water Management District, a public corporation of the State of Florida, during the times material to Plaintiff's allegations contained in their Complaint. The undersigned counsel was recently assigned to this case to represent Mr. Sutton on the basis of the Defendant's prior employment. Additionally, undersigned counsel is exploring the possibility of retaining outside counsel to handle this case or possibly consolidating with other branches of the State of Florida.

8.     These factors, combined with this Motion being filed one (1) week past the original deadline, should allow Defendant's motion of extension of time to be granted under the balancing test's five factors.

9.     Further, obligations of other cases and numerous allegations contained in the Plaintiff's complaint require the undersigned counsel for Defendant Sutton additional time to review Plaintiff's claims and prepare an adequate response.

10.     Defendant Sutton does not waive any defenses available to himself by filing this motion for extension of time to respond.

11.     This motion is entered for good cause and it is not intended to delay the proceedings. This Motion is timely as it is being brought under a statutory provision that allows an extension to the specified time for compliance.

WHEREFORE, Defendant Eric Sutton requests an extension of time to respond to the complaint until August 08, 2025.

## <u>LCvR 7(m) CERTIFICATION</u>

The Undersigned has conferred with Plaintiff, who does not oppose the relief sought.

Dated: July 28, 2025

SOUTHWEST FLORIDA WATER
MANAGEMENT DISTRICT

<u>/s/ Christopher A. Tumminia</u>
Christopher A. Tumminia, Esq. FBN:
7601 U.S. Highway 301 North
Tampa, Florida 33637-6759
Tel: (813)  445-6839
Fax: (813) 367-9776
E-mail: <u>Chris.Tumminia@swfwmd.state.fl.us</u>
Secondary: <u>Teri.Stearns@swfwmd.state.fl.us</u>

## <u>CERTIFICATE OF SERVICE</u>

Pursuant to Federal Rule of Civil Procedure 5(b)(2)(E), this document was filed electronical

and service shall be through the Court's transmission facilities on all registered users.

<u>/s/ Christopher A. Tumminia</u>
Christopher A. Tumminia, Esq.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

JOHN S. BARTH,

*Plaintiff*,

v.                                                    Case No. 1:25-cv-01136-DLF

MABRY CARLTON RANCH
INC., et al.,

*Defendants*.

For Defendant Sutton:
2914 Tyron Circle
Tallahassee, Florida 32309

---

## ***PROPOSED* ORDER GRANTING DEFENDANT SUTTON'S MOTION FOR EXTENSION OF TIME**

Before the Court is Defendant Phillip Eric Sutton's Motion for Extension of Time to Respond to Plaintiff's Complaint. For good cause shown, the Motion is **GRANTED**. The movants shall have up to and including August 8, 2025 to respond to Plaintiff's Complaint, DE 1.


**DONE AND ORDERED** on July ____, 2025.

cc:    John S. Barth
       P.O. Box 88
       Springvale, ME 04083

       Christopher Tumminia, Esq.
       7601 US 301 North
       Tampa, FL 33637
       Chris.tumminia@swfwmd.state.fl.us