UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN S. BARTH,<br><br>                Plaintiff,<br><br>    v.<br><br>MABRY CARLTON RANCH INC., et al.,<br><br>                Defendants. | Civil Action No. 25-CV-01136 (DLF) |

## **NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Mason D. Bracken on behalf of Defendant United States Government.

Dated: July 28, 2025
       Washington, DC

                                  Respectfully submitted,

                                  By:  */s/ Mason D. Bracken*
                                       MASON D. BRACKEN
                                       Assistant United States Attorney
                                       601 D Street, N.W.
                                       Washington, D.C. 20530
                                       Telephone: (202) 252-2550
                                       mason.bracken@usdoj.gov

                                       *Attorneys for the United States of America*