UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JOHN S. BARTH,<br><br>           Plaintiff,<br><br>      v.<br><br>MABRY CARLTON RANCH, *et al.*,<br><br>        Defendants. | Civil Action No. 25-1136 (DLF) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendant United States' Motion to Dismiss and any opposition thereto, it is this ___ day of ____, 2025, hereby

ORDERED that Defendant United States' Motion to Dismiss is hereby GRANTED; and it is further

ORDERED that all claims against the Federal Defendant in this case are hereby DISMISSED with prejudice.


SO ORDERED.


_____
United States District Judge