1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

———————————————————

John S. Barth,

            Plaintiff

v.

Mabry Carlton Ranch, Inc., et al.,

            Defendants

———————————————————

Case No. 1:25-cv-01136-DLF

**<u>Fact Appendix H</u>**

**<u>Investigation Requests And FOIA Exhibits</u>**

# CONTENTS

EXHIBITS OF POLITICAL RACKETEERING ACTION ..................................................................3
    Exhibit A-1: 2018 Online Letter to DOJ.................................................................................3
    Exhibit B-1: 2/16/2018 Letter to DOJ Tampa and Tallahassee ............................................4
    Exhibit B-2: 11/28/2019 Letter to DOJ Tampa and Tallahassee ..........................................5
    Exhibit B-3: 12/8/2019 Letter to DOJ Public Integrity Section............................................6
    Exhibit C-1: 2020-6-14 Letter With CD to DOJ DC and Tampa Offices...............................7
    Exhibit C-2: 2020-6-14 Letter With CD to FBI DC and Tampa Offices.................................8
    Exhibit C-3: 2020-6-14 Letter With CD to HSI Arlington VA and Tampa Offices................9
    Exhibit C-4: 2020-6-14 Letter With CD to IRS Investigations Fresno CA Fffice.................10
    Exhibit C-5: 2020-6-14 IRS Report Form to IRS Investigations Fresno CA Office .............11
    Exhibit D-1: 2020-7-16 Online Report to DOJ-FBI Office of Inspector General ................12
    Exhibit D-2: 2020-7-16 Online Report to HSI Office of Inspector General .........................13
    Exhibit E-1: 2020-8-24 Letter With CD to FBI DC and Tampa Offices ...............................14
    Exhibit E-2: 2020-8-24 Letter With CD to HSI Legal Advisor and Tampa Offices ..............15
    Exhibit E-3: 2020-8-24 Letter With CD to IRS Investigations in Fresno CA .......................16
    Exhibit E-4: 2020-8-24 Notification Tracking Numbers For USPS Website .........................17
    Exhibit F-1: 2020-12-15 Letter With CD to DOJ OIG and DOJ/FBI DC/Tampa Offices .......18
    Exhibit G-1: 2021-2-9 Letter With CD to DOJ Office Of Inspector General ........................19
    Exhibit G-2: 2021-2-9 Letter With CD to DOJ PIS and DOJ/FBI DC/Tampa Offices ...........20
    Exhibit G-3: 2021-2-9 Letter With CD to FBI DC and Tampa Offices .................................21
    Exhibit G-4: 2021-2-9 Letter With CD to HSI Arlington VA and Tampa Offices..................22
    Exhibit G-5: 2021-2-9 Letter With CD to IRS Investigations Fresno CA Office ...................23
    Exhibit G-6: 2021-2-9 Letter With CD to DOJ OIG and DOJ/FBI DC/Tampa Offices...........24
    Exhibit H-1: 2021-3-1 Response of DOJ To FOIA Request ................................................25
    Exhibit H-2: 2021-7-16 Letter from DOJ Office Of Inspector General.................................26
    Exhibit H-3: 2021-7-31 Response Letter to DOJ Office Of Inspector General ....................27
EXHIBITS OF FOIA ACTION .............................................................................................28
    Timeline....................................................................................................................28
    Exhibit 1A: National FOIA Portal Filing 197391 On 2/25/21 .............................................29
    Exhibit 1B: National FOIA Portal Filing 197391 On 2/25/21 .............................................30
    Exhibit 1C: National FOIA Portal Filing 197391 On 2/25/21 .............................................31
    Exhibit 1D: National FOIA Portal Filing 197391 On 2/25/21 .............................................32
    Exhibit 2: FOIA Requester Certification .........................................................................33
    Exhibit 3: DOJ Letter 3/1/21 Refers FOIA Decision To CRM Section.................................34
    Exhibit 4: Criminal Division Response 3/3/21 .................................................................35
    Exhibit 5: DOJ OIP Denies Appeal 6/9/21 Of CRM Determination Delays .........................36
    Exhibit 6: DOJ OIG Refuses Request 7/16/21 As Beyond Its Mandate ..............................37
    Exhibit 10A: National FOIA Portal Shows Subject Appeals 9/20/23 ..................................38
    Exhibit 10B: National FOIA Portal Has Deleted FOIA Requests 9/20/23 ............................39
EXHIBITS OF FOIA REQUESTS DURING PRIOR ACTION .....................................................40
    Exhibit 11A: FBI National FOIA Portal Filing 1647666 On 10/21/2024................................40
    Exhibit 11B: FBI National FOIA Portal Filing 1647666 On 10/21/2024................................41
    Exhibit 11C: FBI National FOIA Portal Filing 1647666 On 10/21/2024................................42
    Exhibit 11D: FBI National FOIA Portal Filing 1647666 On 10/21/2024................................43
    Exhibit 11E: FBI National FOIA Portal Filing 1647666 On 10/21/2024................................44
    Exhibit 12A: HSA National FOIA Portal Filing 1647711 On 10/21/2024..............................45
    Exhibit 12B: HSA National FOIA Portal Filing 1647711 On 10/21/2024..............................46
    Exhibit 12C: HSA National FOIA Portal Filing 1647711 On 10/21/2024..............................47
    Exhibit 12D: HSA National FOIA Portal Filing 1647711 On 10/21/2024..............................48

**EXHIBITS OF POLITICAL RACKETEERING ACTION**

**Exhibit A-1: 2018 Online Letter to DOJ**

Federal Procurement Fraud Unit
Fraud Section, Criminal Division

Hello,

I am investigating corruption of Florida public officials in use of public conservation funds to purchase land of little or no conservation value from public officials and political insiders.

One area of concern is commingling with federal funds, possibly in violation of the Anti-Kickback Act of 1986, 41 U.S.C. § 51 et seq. or other federal law. This may support DOJ intervention in a Qui Tam action, or FBI investigative assistance.

One question is whether federal conservation funding (e.g. the Farm Bill's Conservation Reserve Program or Wetlands Reserve Program, or Clean Water Act mitigation funds) in programs related to fraudulent state-bond purchases of insider land, would constitute violations of this or other laws.

Another question is whether the DOJ wishes to get involved, so that financial dealings obscure to private plaintiffs may be investigated. For example, public officials of the same political party arranged purchases of land owned by the family of the president of the Florida Senate, expecting political donations and promotions to be funded by such purchases.

Another question is whether the DOJ wishes to investigate more recent corruption by the same parties (my evidence dates from 2007-8) so that a civil or criminal racketeering case can be made, requiring more recent incident(s).

Also I wish to avoid any conflict with any ongoing investigation or litigation of which I am unaware.

You may contact me as follows:
John Barth, jbarth@gwi.net, 207-608-1741
4311 Brazilnut Ave., Sarasota, FL 34234

**Exhibit B-1: 2/16/2018 Letter to DOJ Tampa and Tallahassee**

**CONFIDENTIAL**                              John Barth, jr.
                                             4311 Brazilnut Ave.
U.S. Attorney's Office                       Sarasota, FL 34234
400 North Tampa Street                       Jbarth@gwi.net
Suite 3200                                   207-608-1741
Tampa, Fl. 33602                             2/16/2018
                          Re: Cooperation in RICO action in Florida
Hello,

    I am investigating and preparing a Civil RICO action against Florida public officials and others in the willful use of state conservation funds to purchase land of little or no conservation value from public officials and political insiders.

    I expect that the evidence available to me will be limited to such proof as this:

1. Insider lands of the lowest-possible conservation value (as ranked by the state FNAI and known to the state committee) were chosen, including lands of the then-president of the Florida Senate ($51 million), while land of highest-possible value was not chosen;

2. The state and county accepted private insider appraisals of insider lands of several times their known fair market value as determined and sworn by county appraisers;

3. All members of the committees that recommend and choose such lands are of the same political party as the insider owners, which likely serves as a racketeering enterprise;

4. Lowest-value lands chosen were owned by members of the same political party who were major donors thereto, while highest-value lands not chosen were owned by members of an opposing political party (not yet confirmed);

5. Some donations were made to the political party involved, by insider landowners.

    Such evidence may be marginal even in Civil RICO action, because I am limited in obtaining evidence of cashflows, and cannot obtain recordings of solicitation or acceptance of benefits for violations of public duty. Therefore I have inquired of the FBI and DOJ whether there may be interest in assisting the investigation.

    Meanwhile the recent dismissal of a DOJ Criminal RICO case in NJ (US v. former NJ senator Menendez et al) was dismissed for lack of sufficient evidence of a quid pro quo agreement between conspirators, despite large payments and favors between them. It appears that such evidence would easily have met the Civil RICO standard.

    Therefore I suggest cooperation so that evidence in such cases can be used in support of a Civil RICO case, where insufficient for a Criminal RICO judgment.

    For example, if the FBI has or obtains evidence of likely quid pro quo in the case I am investigating, but perhaps not beyond reasonable doubt, then I can proceed with my Civil RICO case on such evidence, thereby avoiding a Criminal RICO dismissal.

    The DOJ may wish to investigate more recent corruption by the same parties (my evidence dates from 2007-8) so that a racketeering case can be made.

    Also I wish to avoid any conflict with any ongoing investigation or litigation of which I am unaware. Substantial and increasing documentation is available for your use.


                                             Sincerely,
Cc: Tallahassee DOJ Office                   John Barth jr.

**Exhibit B-2: 11/28/2019 Letter to DOJ Tampa and Tallahassee**

**CONFIDENTIAL**                                John Barth, jr.
                                                4311 Brazilnut Ave.
U.S. Attorney's Office                          Sarasota, FL 34234
400 North Tampa Street                          Jbarth@gwi.net
Suite 3200                                      207-608-1741
Tampa, Fl. 33602                                11/28/2019

                            Re: Cooperation in RICO action in Florida

Hello,

    As noted in my earlier letter to you (2/16/2018) attached, I am investigating and
preparing a Civil RICO action against Florida public officials and others for willful use of state
conservation funds to purchase land already determined to have no conservation value, from
public officials and political insiders. I have volumes of evidence, and need mainly that which
only you can obtain: financial quid pro quo to the public officials.

    I received your reply that you only investigate criminal offenses. These RICO crimes
may be prosecuted either as criminal or civil offenses, with different standards of evidence. I will
prosecute these crimes under seal as a civil RICO case, but I need your help in finding evidence
of financial quid pro quo to public officials. If you feel that the facts support the criminal
standard, you are welcome to proceed with such a case.

    Although DOJ has prosecuted some criminal RICO cases that were found not to meet the
more difficult criminal standard of evidence (beyond reasonable doubt), you may be able to
assist civil RICO cases in meeting the civil standard (preponderance of the evidence). In this case
I simply need financial cashflows from beneficiaries to public officials, which we cannot expect
to be recorded in public "sunshine law" records.

    You are very welcome to see the evidence that I have, and I will be pleased to discuss the
case or present the evidence to you for rapid comprehension. Because the case is large and I am a
full-time engineer, case preparation has been slowed, but I hope to file the case under seal early
next year, in a federal district court in Florida.

    Please let me know fairly soon how you wish to proceed (evidence by email, discussion,
presentation, etc.). You may contact me as above or at my northern address: PO Box 88,
Springvale, ME 04083 where I presently reside.

                            Sincerely,


                            John Barth jr.

Cc: Tallahassee DOJ Office

**Exhibit B-3: 12/8/2019 Letter to DOJ Public Integrity Section**

CONFIDENTIAL                         John Barth, jr.
Corey R. Amundson                    4311 Brazilnut Ave., Sarasota, FL 34234
Chief, Public Integrity Section      PO Box 88, Springvale, ME 04083
Criminal Division, Dept. of Justice  jbarth@gwi.net 207-608-1741 (intermittent)
950 Pennsylvania Avenue, NW          12/8/2019
Washington, DC 20530-0001
                                     Re: Cooperation in RICO action in Florida
Hello,

     As noted in my earlier letters to the DOJ offices in Tampa and Tallahassee, I am investigating and preparing a Civil RICO action against Florida public officials and others for willful use of state conservation funds to purchase land already determined to have no conservation value, from public officials and political insiders. I have volumes of conclusive evidence for amounts between $40 million and $120 million, six appendices of fact, and six memoranda of law, but need more of that which only you can obtain: financial quid pro quo to the public officials.

     This is a federal matter in affecting interstate commerce by taxation of properties owned by out-of-state parties, to pay bonds issued to make unlawful payments. Some federal funds may be involved. Interstate payments of stolen funds are likely to be found by means not available to me.

     In addition to these schemes, I have uncovered corruption in funding political campaigns, such as fraudulent packaging and misrepresentation of political campaign contributions. I have found two major conduit or "bagman" operations involving dozens of fake corporations, directly involved in the conservation frauds. It is very likely that the same persons are involved in such campaign finance violations at the federal level, but I cannot trace that myself.

     I received one reply that DOJ only investigates criminal offenses. These RICO crimes may be prosecuted either as criminal or civil offenses, with different standards of evidence. I will prosecute these crimes under seal as a civil RICO case, but I need your help in finding evidence.

     Although DOJ has prosecuted some criminal RICO cases that were found not to meet the more difficult criminal standard of evidence (beyond reasonable doubt), you may be able to assist civil RICO cases in meeting the civil standard (preponderance of the evidence). In this case I simply need larger cashflows from beneficiaries to public officials, which we cannot expect to be recorded in public "sunshine law" records. You are very welcome to see the evidence that I have, and I will be pleased to discuss the case or present the evidence to you for rapid comprehension.

     Please let me know fairly soon how you wish to proceed (evidence by email, discussion, presentation, etc.). You may contact me as above, the address depending upon vacation schedule.

               Sincerely,
               John Barth jr.

**Exhibit C-1: 2020-6-14 Letter With CD to DOJ DC and Tampa Offices**

**CONFIDENTIAL**                                    John Barth, jr
U.S. Department of Justice                          PO Box 88, Springvale, ME 04083
950 Pennsylvania Avenue, NW                         Jbarth@gwi.net 207-608-1741
Washington, DC 20530-0001                           8/24/2020

                              Re:    RICO action in Florida:
                                     Need for investigation or cooperation

Hello,

        As noted in my earlier letters to you (2/16/2018, 11/28/2019, 6/14/2020), I am investigating and preparing a Civil RICO action against Florida public officials and others for willful use of state conservation funds to purchase land and "easements" already determined to have no conservation value, from public officials and political insiders.  I have conclusive evidence for amounts between $90 million and $120 million, six appendices of fact, and seven memoranda of law, but need more of that which only you can obtain: witnesses and financial quid pro quo to the public officials.

        I have also uncovered corruption in funding political campaigns, such as fraudulent packaging of contributions. I have found two major conduit operations involving dozens of fake corporations, also involved in the conservation frauds. The same persons are likely do such things at the federal level, but I cannot trace that myself.

        These are federal matters in affecting interstate commerce by taxation of properties owned by out-of-state parties, to pay bonds issued to make unlawful payments. Interstate payments are very likely to be found. Some federal funds may be involved.

        I will prosecute these crimes under seal as a civil RICO case, but I need your help in finding evidence of financial quid pro quo to public officials. If you feel that the facts support the criminal standard of evidence, you are welcome to proceed without my help.

        I have asked the Florida Middle District court to permit filing under seal and to request your assistance, but they refused to do so: one of the judges is directly involved. The Hawaii and Oregon districts deny jurisdiction despite the stolen funds being derived from bonds paid by taxes on Florida property of owners in their states. Therefore your completion of the investigation is necessary before filing the case.

        A friend retired from DOJ advises me that you do not discuss cases when taken, but here you need my substantial evidence, not fully organized yet in the enclosed CD. The enclosed Complaint includes a few exhibits to clarify issues.  Please contact me soon as above to avoid the appearance of neglect of the mandated role of your agency.

                                     Sincerely,
                                     John Barth jr.
Cc: U.S. Attorney's Office, 400 North Tampa Street Suite 3200, Tampa, FL 33602

**Exhibit C-2: 2020-6-14 Letter With CD to FBI DC and Tampa Offices**

**CONFIDENTIAL**                                            John Barth, jr.
                                                           4311 Brazilnut Ave.
FBI Headquarters                                           Sarasota, FL 34234
935 Pennsylvania Avenue, NW                                Jbarth@gwi.net
Washington, D.C. 20535-0001                                207-608-1741
                                                           6/14/2020

                              Re: Cooperation in RICO action in Florida

Hello,

        As noted in my earlier online tips to you (2/7/2018, 11/28/2019) attached, I am
investigating and preparing a Civil RICO action against Florida public officials and others for
willful use of state conservation funds to purchase land and "easements" already determined to
have no conservation value, from public officials and political insiders.  I have volumes of
conclusive evidence for amounts between $90 million and $120 million, six appendices of fact,
and six memoranda of law, but need more of that which only you can obtain: financial quid pro
quo to the public officials.

        This is a federal matter in affecting interstate commerce by taxation of properties owned
by out-of-state parties, to pay bonds issued to make unlawful payments. Some federal funds may
be involved. Interstate payments of stolen funds are likely to be found.

        In addition to these schemes, I have uncovered corruption in funding political campaigns,
such as fraudulent packaging of political campaign contributions. I have found two major
conduit or "bagman" operations involving dozens of fake corporations, directly involved in the
conservation frauds. The same persons are likely involved in such campaign finance violations at
the federal level, but I cannot trace that myself.

        I will prosecute these crimes under seal as a civil RICO case, but I need your help in
finding evidence of financial quid pro quo to public officials. If you feel that the facts support the
criminal standard, you are welcome to proceed with such a case.

        As your office has not replied in more than two years, should you not reply this time, this
becomes neglect or violation of the mandated role of your agency. Agencies acting as
components of the racketeering enterprise may become defendants later.

        Please let me know soon how you wish to proceed (evidence by email, discussion,
presentation, etc.). You may contact me as above or at my northern address: PO Box 88,
Springvale, ME 04083 where I presently reside.

                              Sincerely,
                              John Barth jr.
Cc: Tampa FBI Office, 5525 West Gray Street, Tampa, FL 33609

**Exhibit C-3: 2020-6-14 Letter With CD to HSI Arlington VA and Tampa Offices**

**CONFIDENTIAL**                                       John Barth, jr.
                                                       4311 Brazilnut Ave.
Office of the Principal Legal Advisor                  Sarasota, FL 34234
Homeland Security Investigations                       Jbarth@gwi.net
1901 S. Bell Street, Suite 900                         207-608-1741
Arlington, VA, 22202                                   6/14/2020

                              Re: Cooperation in RICO action in Florida

Hello,

    As noted in my online tip to HSI, I am investigating and preparing a Civil RICO action against Florida public officials and others for willful use of state conservation funds to purchase land and "easements" already determined to have no conservation value, from public officials and political insiders.  I have volumes of conclusive evidence for amounts between $90 million and $120 million, six appendices of fact, and six memoranda of law, but need more of that which only you can obtain: financial quid pro quo to the public officials.

    This is a federal matter in affecting interstate commerce by taxation of properties owned by out-of-state parties, to pay bonds issued to make unlawful payments. Some federal funds may be involved. Interstate payments of stolen funds are likely to be found.

    In addition to these schemes, I have uncovered corruption in funding political campaigns, such as fraudulent packaging of political campaign contributions. I have found two major conduit or "bagman" operations involving dozens of fake corporations, directly involved in the conservation frauds. The same persons are likely involved in such campaign finance violations at the federal level, but I cannot trace that myself.

    I will prosecute these crimes under seal as a civil RICO case, but I need your help in finding evidence of financial quid pro quo to public officials. If you feel that the facts support the criminal standard, you are welcome to proceed with such a case. I expect that many of the transactions will be international, requiring your investigative assistance.

    Please let me know soon how you wish to proceed (evidence by email, discussion, presentation, etc.). You may contact me as above or at my northern address: PO Box 88, Springvale, ME 04083 where I presently reside.

                              Sincerely,

                              John Barth jr.

CC: SAC Tampa, HSI, 2203 North Lois Avenue Suite 600, Tampa, FL, 33607

**Exhibit C-4: 2020-6-14 Letter With CD to IRS Investigations Fresno CA Fffice**

**CONFIDENTIAL**                                                     John Barth, jr.
                                                                     4311 Brazilnut Ave.
Internal Revenue Service,                                            Sarasota, FL 34234
Stop 31313                                                           Jbarth@gwi.net
Fresno, CA 93888                                                     207-608-1741
                                                                     6/14/2020

Re: Cooperation in RICO action in Florida

Hello,

        As noted in my earlier online tips to you, I am investigating and preparing a Civil RICO action against Florida public officials and others for willful use of state conservation funds to purchase land and "easements" already determined to have no conservation value, from public officials and political insiders.  I have volumes of conclusive evidence for amounts between $90 million and $120 million, six appendices of fact, and six memoranda of law, but need more of that which only you can obtain: financial quid pro quo to the public officials.

        This is a federal matter in affecting interstate commerce by taxation of properties owned by out-of-state parties, to pay bonds issued to make unlawful payments. Some federal funds may be involved. Interstate payments of stolen funds are likely to be found.

        In addition to these schemes, I have uncovered corruption in funding political campaigns, such as fraudulent packaging of political campaign contributions. I have found two major conduit or "bagman" operations involving dozens of fake corporations, directly involved in the conservation frauds. The same persons are likely involved in such campaign finance violations at the federal level, but I cannot trace that myself.

        I will prosecute these crimes under seal as a civil RICO case, but I need your help in finding evidence of financial quid pro quo to public officials. If you feel that the facts support the criminal standard, you are welcome to proceed with such a case.

        Please let me know soon how you wish to proceed (evidence by email, discussion, presentation, etc.). You may contact me as above or at my northern address: PO Box 88, Springvale, ME 04083 where I presently reside.


                                                Sincerely,


                                                John Barth jr.

1    **Exhibit C-5: 2020-6-14 IRS Report Form to IRS Investigations Fresno CA Office**
2



3

**Exhibit D-1: 2020-7-16 Online Report to DOJ-FBI Office of Inspector General**

at https://oig.justice.gov/hotline/contact-doj.htm

Hello,

As noted in my earlier letters to DOJ, FBI, and HSI (2/16/2018, 11/28/2019, 6/14/2020), I am investigating and preparing a Civil RICO action against Florida public officials and others for willful use of state conservation funds to purchase land and "easements" already determined to have no conservation value, from public officials and political insiders. I have volumes of conclusive evidence for amounts between $90 million and $120 million, six appendices of fact, and six memoranda of law, but need more of that which only you can obtain: financial quid pro quo to the public officials.

This is a federal matter in affecting interstate commerce by taxation of properties owned by out-of-state parties, to pay bonds issued to make unlawful payments. Some federal funds may be involved. Interstate payments of stolen funds are likely to be found.

In addition to these schemes, I have uncovered corruption in funding political campaigns, such as fraudulent packaging of political campaign contributions. I have found two major conduit or "bagman" operations involving dozens of fake corporations, directly involved in the conservation frauds. The same persons are likely involved in such campaign finance violations at the federal level, but I cannot trace that myself.

I will prosecute these crimes under seal as a civil RICO case, but I need your help in finding evidence of financial quid pro quo to public officials. If you feel that the facts support the criminal standard, you are welcome to proceed with such a case.

It appears that federal judicial corruption may be an impediment to the case, as a federal judge in Tampa, and another in Hawaii, have sought to reject the case, and a federal judge in Tampa is indirectly involved; a prominent state judge is directly involved.

As your office has not replied in more than two years, should you not reply this time, this becomes neglect or violation of the mandated role of your agency. Agencies acting as components of the racketeering enterprise may become defendants later.

Please let me know soon how you wish to proceed (evidence by email, discussion, presentation, etc.). You may contact me as above or at my northern address: PO Box 88, Springvale, ME 04083 where I presently reside.

Sincerely,
John Barth jr.

1    **Exhibit D-2: 2020-7-16 Online Report to HSI Office of Inspector General**
2
3    (Sent via web report form to https://hotline.oig.dhs.gov)
4
5    Reference Number: HLCN1594911687053

**Exhibit E-1: 2020-8-24 Letter With CD to FBI DC and Tampa Offices**

**CONFIDENTIAL**                          John Barth, jr.
FBI Headquarters                          PO Box 88, Springvale, ME 04083
935 Pennsylvania Avenue, NW               Jbarth@gwi.net 207-608-1741
Washington, D.C. 20535-0001               8/24/2020

                              Re:    RICO action in Florida:
                                     Need for investigation or cooperation

Hello,

        As noted in my earlier letters to you (2/16/2018, 11/28/2019, 6/14/2020), I am investigating and preparing a Civil RICO action against Florida public officials and others for willful use of state conservation funds to purchase land and "easements" already determined to have no conservation value, from public officials and political insiders.  I have conclusive evidence for amounts between $90 million and $120 million, six appendices of fact, and seven memoranda of law, but need more of that which only you can obtain: witnesses and financial quid pro quo to the public officials.

        I have also uncovered corruption in funding political campaigns, such as fraudulent packaging of contributions. I have found two major conduit operations involving dozens of fake corporations, also involved in the conservation frauds. The same persons are likely do such things at the federal level, but I cannot trace that myself.

        These are federal matters in affecting interstate commerce by taxation of properties owned by out-of-state parties, to pay bonds issued to make unlawful payments. Interstate payments are very likely to be found. Some federal funds may be involved.

        I will prosecute these crimes under seal as a civil RICO case, but I need your help in finding evidence of financial quid pro quo to public officials. If you feel that the facts support the criminal standard of evidence, you are welcome to proceed without my help.

        I have asked the Florida Middle District court to permit filing under seal and to request your assistance, but they refused to do so: one of the judges is directly involved. The Hawaii and Oregon districts deny jurisdiction despite the stolen funds being derived from bonds paid by taxes on Florida property of owners in their states. Therefore your completion of the investigation is necessary before filing the case.

        A friend retired from DOJ advises me that you do not discuss cases when taken, but here you need my substantial evidence, not fully organized yet in the enclosed CD. The enclosed Complaint includes a few exhibits to clarify issues.  Please contact me soon as above to avoid the appearance of neglect of the mandated role of your agency.

                              Sincerely,
                              John Barth jr.
Cc: Tampa FBI Office, 5525 West Gray Street, Tampa, FL 33609

**Exhibit E-2: 2020-8-24 Letter With CD to HSI Legal Advisor and Tampa Offices**

**CONFIDENTIAL**                              John Barth, jr.
Office of the Principal Legal Advisor        PO Box 88, Springvale, ME 04083
Homeland Security Investigations             Jbarth@gwi.net 207-608-1741
1901 S. Bell Street, Suite 900               8/24/2020
Arlington, VA, 22202

                            Re:    RICO action in Florida:
                                   Need for investigation or cooperation

Hello,

    As noted in my earlier letters to you (2/16/2018, 11/28/2019, 6/14/2020), I am investigating and preparing a Civil RICO action against Florida public officials and others for willful use of state conservation funds to purchase land and "easements" already determined to have no conservation value, from public officials and political insiders.  I have conclusive evidence for amounts between $90 million and $120 million, six appendices of fact, and seven memoranda of law, but need more of that which only you can obtain: witnesses and financial quid pro quo to the public officials.

    I have also uncovered corruption in funding political campaigns, such as fraudulent packaging of contributions. I have found two major conduit operations involving dozens of fake corporations, also involved in the conservation frauds. The same persons are likely do such things at the federal level, but I cannot trace that myself.

    These are federal matters in affecting interstate commerce by taxation of properties owned by out-of-state parties, to pay bonds issued to make unlawful payments. Interstate payments are very likely to be found. Some federal funds may be involved.

    I will prosecute these crimes under seal as a civil RICO case, but I need your help in finding evidence of financial quid pro quo to public officials. If you feel that the facts support the criminal standard of evidence, you are welcome to proceed without my help.

    I have asked the Florida Middle District court to permit filing under seal and to request your assistance, but they refused to do so: one of the judges is directly involved. The Hawaii and Oregon districts deny jurisdiction despite the stolen funds being derived from bonds paid by taxes on Florida property of owners in their states. Therefore your completion of the investigation is necessary before filing the case.

    A friend retired from DOJ advises me that you do not discuss cases when taken, but here you need my substantial evidence, not fully organized yet in the enclosed CD. The enclosed Complaint includes a few exhibits to clarify issues.  Please contact me soon as above to avoid the appearance of neglect of the mandated role of your agency.

                            Sincerely,
                            John Barth jr.
CC: SAC Tampa, HSI, 2203 North Lois Avenue Suite 600, Tampa, FL, 33607

**Exhibit E-3: 2020-8-24 Letter With CD to IRS Investigations in Fresno CA**

**CONFIDENTIAL**                                     John Barth, jr.
Internal Revenue Service                        PO Box 88, Springvale, ME 04083
Stop 31313                                             Jbarth@gwi.net 207-608-1741
Fresno, CA 93888                                   8/24/2020

                                   Re:    RICO action in Florida:
                                          Need for investigation or cooperation

Hello,

    As noted in my earlier letters to you (2/16/2018, 11/28/2019, 6/14/2020), I am investigating and preparing a Civil RICO action against Florida public officials and others for willful use of state conservation funds to purchase land and "easements" already determined to have no conservation value, from public officials and political insiders.  I have conclusive evidence for amounts between $90 million and $120 million, six appendices of fact, and seven memoranda of law, but need more of that which only you can obtain: witnesses and financial quid pro quo to the public officials.

    I have also uncovered corruption in funding political campaigns, such as fraudulent packaging of contributions. I have found two major conduit operations involving dozens of fake corporations, also involved in the conservation frauds. The same persons are likely do such things at the federal level, but I cannot trace that myself.

    These are federal matters in affecting interstate commerce by taxation of properties owned by out-of-state parties, to pay bonds issued to make unlawful payments. Interstate payments are very likely to be found. Some federal funds may be involved.

    I will prosecute these crimes under seal as a civil RICO case, but I need your help in finding evidence of financial quid pro quo to public officials. If you feel that the facts support the criminal standard of evidence, you are welcome to proceed without my help.

    I have asked the Florida Middle District court to permit filing under seal and to request your assistance, but they refused to do so: one of the judges is directly involved. The Hawaii and Oregon districts deny jurisdiction despite the stolen funds being derived from bonds paid by taxes on Florida property of owners in their states. Therefore your completion of the investigation is necessary before filing the case.

    A friend retired from DOJ advises me that you do not discuss cases when taken, but here you need my substantial evidence, not fully organized yet in the enclosed CD. The enclosed Complaint includes a few exhibits to clarify issues.  Please contact me soon as above to avoid the appearance of neglect of the mandated role of your agency.

                                   Sincerely,
                                   John Barth jr.

**Exhibit E-4: 2020-8-24 Notification Tracking Numbers For USPS Website**

**https://www.usps.com/**

|  |  | Status | Delivered |
|---|---|---|---|
| **FBI:** | | | |
| DC: | 70200090000148936762 | | Delivered 9/2/20 at 5:06 am |
| Receipt: | 9590940258060034718802 | pre-shipment 9/2/20, 9/8/20, refund 9/15/20 | |
| Tampa: | 70200090000148935697 | | Delivered 8/27/20 1:22 pm |
| Receipt: | 9590940258060034718796 | | Received 9/1/20 |
| **HSI** | | | |
| Tampa: | 70200090000148935666 | | Notice Left |
| | | | (No Authorized Recipient Available) |
| Receipt: | 9590940258060034718833 | (will not allow to reschedule delivery) | |
| Arlington: | 70200090000148935659 | | Delivered 8/31/20 |
| Receipt: | 9590940258060034719687 | pre-shipment 9/2/20, 9/8/20, refund 9/15/20 | |
| **DOJ:** | | | |
| DC: | 70200090000148935680 | | Delivered 8/31/20 5:12 am |
| Receipt: | 9590940258060034718819 | pre-shipment 9/2/20 expected late 9/8/20 | |
| Tampa: | 70200090000148936779 | | Delivered 8/27/20 8:37 am |
| Receipt: | 9590940258060034718789 | | Received 9/1/20 |
| **IRS:** | | | |
| Fresno: | 70200090000148935673 | | Delivered 8/31/20 1:24 pm |
| Receipt: | 9590940258060034718826 | pre-shipment 9/2/20, 9/8/20, refund 9/15/20 | |

**Exhibit F-1: 2020-12-15 Letter With CD to DOJ OIG and DOJ/FBI DC/Tampa Offices**

**CONFIDENTIAL**                                    12/15/2020
Office of Inspector General                  John Barth, jr.
U.S. Department of Justice                   4311 Brazilnut Ave, Sarasota, FL 34234
950 Pennsylvania Avenue, NW                  PO Box 88, Springvale, ME 04083
Washington, D.C. 20530-0001                  Jbarth@gwi.net 207-608-1741

Re: RICO action in Florida: Need for investigation or cooperation

Hello,

     As noted in my earlier letters to FBI/DOJ (2/16/18, 11/28/19, 6/14/20, 8/24/20), I am investigating and preparing a Civil RICO action against Florida public officials and others for willful use of state conservation funds to purchase land and "easements" already determined to have no conservation value, from public officials and political insiders. Enclosed is conclusive evidence for amounts between $90 million and $120 million, six appendices of fact, and seven memoranda of law, but I need more of that which only you can obtain: witnesses and financial quid pro quo to some defendants.

     I have also uncovered corruption in funding political campaigns, such as fraudulent packaging of contributions by two major operators with dozens of fake LLCs.
These are federal matters in affecting interstate commerce by taxation of properties owned by out-of-state parties, to pay bonds issued to make unlawful payments. Other interstate payments are very likely to be found. Federal funds are indirectly involved.

     I will prosecute these crimes under seal as a civil RICO case, but I need your help in finding evidence of financial quid pro quo to public officials. If you feel that the facts support the criminal standard of evidence, you are welcome to proceed without my help.

     I have asked the Florida Middle District court to permit filing under seal and to request your assistance, but they refused to do so. Judges of the defendants' political party in the Hawaii and Oregon districts also intercepted the case and denied jurisdiction claiming insignificant amounts, despite many times the felony theft amount having been stolen from owners in their states of Florida property, via taxes to pay the bonds issued. Therefore your completion of the investigation is necessary before filing the case.

     I understand that you do not discuss cases when taken, but here you need my substantial evidence, not fully organized yet in the enclosed CD. The enclosed Complaint includes a few exhibits to clarify issues. Please contact me now. I am neutral as to the major political parties, but can allow extra months for you to become confident that your jobs are safer under a new administration, should you fear prosecution of opposing politicians. If there is no response in three years, I would be forced to conclude that political motives control investigations, in violation of the mandate of federal agencies.

                    Sincerely,
                    John Barth jr.
cc: DOJ and FBI offices in Washington, DC and Tampa, FL.

**Exhibit G-1: 2021-2-9 Letter With CD to DOJ Office Of Inspector General**

**CONFIDENTIAL**                        John Barth, jr.
U.S. Department of Justice OIG          4311 Brazilnut Ave, Sarasota, FL 34234
950 Pennsylvania Avenue, NW             PO Box 88, Springvale, ME 04083
Washington, D.C. 20530-0001             Jbarth@gwi.net 207-608-1741

                    Re:    RICO action in Florida: Need for investigation or cooperation

Hello,

        As noted in my earlier letters to you (2/16/18, 11/28/19, 6/14/20, 8/24/20), I am
investigating and preparing a Civil RICO action against Florida public officials and others for
willful use of state conservation funds to purchase land and "easements" already determined to
have no conservation value, from public officials and political insiders.  Enclosed is conclusive
evidence for amounts between $90 million and $120 million, six appendices of fact, and seven
memoranda of law, but I need more of that which only you can obtain: witnesses and financial
quid pro quo to the public officials.

        I have also uncovered corruption in funding political campaigns, such as fraudulent
packaging of contributions by two major operators with dozens of fake LLCs.
These are federal matters in affecting interstate commerce by taxation of properties owned by
out-of-state parties, to pay bonds issued to make unlawful payments. Interstate payments are
very likely to be found. Some federal funds may be involved.

        I will prosecute these crimes under seal as a civil RICO case, but I need your help in
finding evidence of financial quid pro quo to public officials. If you feel that the facts support the
criminal standard of evidence, you are welcome to proceed without my help.

        I have asked the Florida Middle District court to permit filing under seal and to request
your assistance, but they refused to do so. Judges of the defendants' political party in the Hawaii
and Oregon districts intercepted the case and denied jurisdiction claiming insignificant amounts,
despite many times the felony theft amount having been stolen from owners in their states of
Florida property, via taxes to pay the bonds issued. Therefore your completion of the
investigation is necessary before filing the case.

        I understand that you do not discuss cases when taken, but here you need my substantial
evidence, not fully organized yet in the enclosed CD. The enclosed Complaint includes a few
exhibits to clarify issues. Please contact me now. I am neutral as to the major political parties,
but I have allowed extra time for you to become confident that your jobs are now safe under a
new administration, should you fear adverse action by politicians. Please delete any falsified
dossier entries made to disrupt my public-interest activities. If there is no response in three years,
I would be forced to conclude that staff members are complicit in these matters, in violation of
the mandate of their agencies.

                    Sincerely,
                    John Barth jr.

**Exhibit G-2: 2021-2-9 Letter With CD to DOJ PIS and DOJ/FBI DC/Tampa Offices**

CONFIDENTIAL

Chief, Public Integrity Section          John Barth, jr.
U.S. Department of Justice               4311 Brazilnut Ave, Sarasota, FL 34234
1331 F Street NW                         PO Box 88, Springvale, ME 04083
Washington, D.C. 20005                   Jbarth@gwi.net 207-608-1741

Re: RICO action in Florida: Need for investigation or cooperation

Hello,

     As noted in my earlier letters to FBI/DOJ (2/16/18, 11/28/19, 6/14/20, 8/24/20), I am investigating and preparing a Civil RICO action against Florida public officials and others for willful use of state conservation funds to purchase land and "easements" already determined to have no conservation value, from public officials and political insiders.  Enclosed is conclusive evidence for amounts between $90 million and $120 million, six appendices of fact, and seven memoranda of law, but I need more of that which only you can obtain: witnesses and financial quid pro quo to some defendants.

     I have also uncovered corruption in funding political campaigns, such as fraudulent packaging of contributions by two major operators with dozens of fake LLCs.
These are federal matters in affecting interstate commerce by taxation of properties owned by out-of-state parties, to pay bonds issued to make unlawful payments. Other interstate payments are very likely to be found. Federal funds are indirectly involved.

     I will prosecute these crimes under seal as a civil RICO case, but I need your help in finding evidence of financial quid pro quo to public officials. If you feel that the facts support the criminal standard of evidence, you are welcome to proceed without my help.

     I have asked the Florida Middle District court to permit filing under seal and to request your assistance, but they refused to do so. Judges of the defendants' political party in the Hawaii and Oregon districts also intercepted the case and denied jurisdiction claiming insignificant amounts, despite many times the felony theft amount having been stolen from owners in their states of Florida property, via taxes to pay the bonds issued. Therefore your completion of the investigation is necessary before filing the case.

     I understand that you do not discuss cases when taken, but here you need my substantial evidence, not fully organized yet in the enclosed CD. The enclosed Complaint includes a few exhibits to clarify issues.  Please contact me now. I am neutral as to the major political parties, but have allowed extra months for you to become confident that your jobs are now safe under a new administration, should you fear prosecution of politicians. If there is no response in three years, I would be forced to conclude that appointees are complicit in these matters, in violation of the mandate of their agencies.

Sincerely,

John Barth jr.

cc: DOJ and FBI offices in Washington, DC and Tampa, FL.

**Exhibit G-3: 2021-2-9 Letter With CD to FBI DC and Tampa Offices**

**CONFIDENTIAL**                         John Barth, jr.
FBI Headquarters; Tampa Office          4311 Brazilnut Ave, Sarasota, FL 34234
935 Pennsylvania Avenue, NW             PO Box 88, Springvale, ME 04083
Washington, D.C. 20535-0001             Jbarth@gwi.net 207-608-1741

Re: RICO action in Florida: Need for investigation or cooperation

Hello,

As noted in my earlier letters to FBI (2/16/18, 11/28/19, 6/14/20, 8/24/20), I am investigating and preparing a Civil RICO action against Florida public officials and others for willful use of state conservation funds to purchase land and "easements" already determined to have no conservation value, from public officials and political insiders.  Enclosed is conclusive evidence for amounts between $90 million and $120 million, six appendices of fact, and seven memoranda of law, but I need more of that which only you can obtain: witnesses and financial quid pro quo to the public officials.

I have also uncovered corruption in funding political campaigns, such as fraudulent packaging of contributions by two major operators with dozens of fake LLCs.
These are federal matters in affecting interstate commerce by taxation of properties owned by out-of-state parties, to pay bonds issued to make unlawful payments. Interstate payments are very likely to be found. Some federal funds may be involved.

I will prosecute these crimes under seal as a civil RICO case, but I need your help in finding <u>evidence of financial quid pro quo to public officials</u>. If you feel that the facts support the criminal standard of evidence, you are welcome to proceed without my help.

I have asked the Florida Middle District court to permit filing under seal and to request your assistance, but they refused to do so. Judges of the defendants' political party in the HI, OR and CA districts intercepted the case and denied venue claiming insignificant amounts, despite hundreds of times the felony theft amount having been stolen from owners in their states of Florida property, via taxes to pay the bonds issued.
Venue is on appeal, but your completion of the investigation is necessary in any venue.

I understand that you do not discuss cases when taken, but here you need my substantial evidence, not yet fully organized in the enclosed CD. The enclosed Complaint includes a few exhibits to clarify issues.  <u>Please contact me now</u>. I am neutral as to the major political parties, but I have allowed extra time for you to become confident that your jobs are now safe under a new administration, should you fear adverse action by politicians. Please delete any falsified dossier entries made to disrupt my public-interest activities. If there is no response in three years, I would be forced to conclude that staff members are complicit in these matters, in violation of the mandate of their agencies.

Sincerely,
John Barth jr.

**Exhibit G-4: 2021-2-9 Letter With CD to HSI Arlington VA and Tampa Offices**

**CONFIDENTIAL**                          John Barth, jr.
Office of Principal Legal Advisor; Tampa    4311 Brazilnut Ave, Sarasota, FL 34234
Homeland Security Investigations          PO Box 88, Springvale, ME 04083
1901 S. Bell Street, Suite 900            Jbarth@gwi.net 207-608-1741
Arlington, VA, 22202
RAC Sarasota: 1401 Manatee Ave. W Suite 320, Bradenton, FL 34205
                    Re:    RICO action in Florida: Need for investigation or cooperation
Hello,

        As noted in my earlier letters to you (2/16/18, 11/28/19, 6/14/20, 8/24/20), I am
investigating and preparing a Civil RICO action against Florida public officials and others for
willful use of state conservation funds to purchase land and "easements" already determined to
have no conservation value, from public officials and political insiders.  Enclosed is conclusive
evidence for amounts between $90 million and $120 million, six appendices of fact, and seven
memoranda of law, but I need more of that which only you can obtain: witnesses and financial
quid pro quo to the public officials.

        I have also uncovered corruption in funding political campaigns, such as fraudulent
packaging of contributions by two major operators with dozens of fake LLCs.
These are federal matters in affecting interstate commerce by taxation of properties owned by
out-of-state parties, to pay bonds issued to make unlawful payments. Interstate and underlined
international payments are likely to be found. Some federal funds may be involved.

        I will prosecute these crimes under seal as a civil RICO case, but I need your help in
finding evidence of financial quid pro quo to public officials. If you feel that the facts support the
criminal standard of evidence, you are welcome to proceed without my help.

        I have asked the Florida Middle District court to permit filing under seal and to request
your assistance, but they refused to do so. Judges of the defendants' political party in the Hawaii
and Oregon districts intercepted the case and denied jurisdiction claiming insignificant amounts,
despite many times the felony theft amount having been stolen from owners in their states of
Florida property, via taxes to pay the bonds issued. Therefore your completion of the
investigation is necessary before filing the case.

        I understand that you do not discuss cases when taken, but here you need my substantial
evidence, not fully organized yet in the enclosed CD. The enclosed Complaint includes a few
exhibits to clarify issues. Please contact me now. I am neutral as to the major political parties,
but I have allowed extra time for you to become confident that your jobs are now safe under a
new administration, should you fear adverse action by politicians. Please delete any falsified
dossier entries made to disrupt my public-interest activities. If there is no response in three years,
I would be forced to conclude that staff members are complicit in these matters, in violation of
the mandate of their agencies.
                                    Sincerely,
                                    John Barth jr

**Exhibit G-5: 2021-2-9 Letter With CD to IRS Investigations Fresno CA Office**

**CONFIDENTIAL**                      John Barth, jr.
Internal Revenue Service             4311 Brazilnut Ave, Sarasota, FL 34234
Stop 31313                           PO Box 88, Springvale, ME 04083
Fresno, CA 93888                     Jbarth@gwi.net 207-608-1741
                  Re: RICO action in Florida: need for investigation or cooperation

Hello,

        As noted in my earlier letters to you (2/16/2018, 11/28/2019, 6/14/2020), I am
investigating and preparing a Civil RICO action against Florida public officials and others for
willful use of state conservation funds to purchase land and "easements" already determined to
have no conservation value, from public officials and political insiders.  I have conclusive
evidence for amounts between $90 million and $120 million, six appendices of fact, and seven
memoranda of law, but need more of that which only you can obtain: witnesses and financial
quid pro quo to the public officials.

        I have also uncovered corruption in funding political campaigns, such as fraudulent
packaging of contributions. I have found two major conduit operations involving dozens of fake
corporations, also involved in the conservation frauds. The same persons are likely do such
things at the federal level, but I cannot trace that myself.

        These are federal matters in affecting interstate commerce by taxation of properties
owned by out-of-state parties, to pay bonds issued to make unlawful payments. Interstate
payments are very likely to be found. Some federal funds may be involved.

        I will prosecute these crimes under seal as a civil RICO case, but I need your help in
finding evidence of financial quid pro quo to public officials. If you feel that the facts support the
criminal standard of evidence, you are welcome to proceed without my help.

        I have asked the Florida Middle District court to permit filing under seal and to request
your assistance, but they refused to do so: one of the judges is directly involved. The Hawaii and
Oregon districts deny jurisdiction despite the stolen funds being derived from bonds paid by
taxes on Florida property of owners in their states. This is under appeal, but your completion of
the investigation is necessary before filing the case.

        A friend retired from DOJ advises me that you do not discuss cases when taken, but here
you need my substantial evidence, not fully organized yet in the enclosed CD. Some exhibits are
enclosed to clarify issues. Please contact me now. I am neutral as to the major political parties,
but I have allowed extra time for you to become confident that your jobs are now safe under a
new administration, should you fear adverse action by politicians. Please delete any falsified
dossier entries made to disrupt my public-interest activities. If there is no response in three years,
I would be forced to conclude that staff members are complicit in these matters, in violation of
the mandate of their agencies.

                                  Sincerely,
                                  John Barth jr.

**Exhibit G-6: 2021-2-9 Letter With CD to DOJ OIG and DOJ/FBI DC/Tampa Offices**

**CONFIDENTIAL**

Office of Inspector General                    John Barth, jr.
U.S. Department of Justice                     4311 Brazilnut Ave, Sarasota, FL 34234
950 Pennsylvania Avenue, NW                    PO Box 88, Springvale, ME 04083
Washington, D.C. 20530-0001                    Jbarth@gwi.net 207-608-1741

Re: RICO action in Florida: Need for investigation or cooperation

Hello,

    As noted in my earlier letters to FBI/DOJ (2/16/18, 11/28/19, 6/14/20, 8/24/20), I am investigating and preparing a Civil RICO action against Florida public officials and others for willful use of state conservation funds to purchase land and "easements" already determined to have no conservation value, from public officials and political insiders. Enclosed is conclusive evidence for amounts between $90 million and $120 million, six appendices of fact, and seven memoranda of law, but I need more of that which only you can obtain: witnesses and financial quid pro quo to some defendants.

    I have also uncovered corruption in funding political campaigns, such as fraudulent packaging of contributions by two major operators with dozens of fake LLCs.
These are federal matters in affecting interstate commerce by taxation of properties owned by out-of-state parties, to pay bonds issued to make unlawful payments. Other interstate payments are very likely to be found. Federal funds are indirectly involved.

    I will prosecute these crimes under seal as a civil RICO case, but I need your help in finding evidence of financial quid pro quo to public officials. If you feel that the facts support the criminal standard of evidence, you are welcome to proceed without my help.

    I have asked the Florida Middle District court to permit filing under seal and to request your assistance, but they refused to do so. Judges of the defendants' political party in the Hawaii and Oregon districts also intercepted the case and denied jurisdiction claiming insignificant amounts, despite many times the felony theft amount having been stolen from owners in their states of Florida property, via taxes to pay the bonds issued. Therefore your completion of the investigation is necessary before filing the case.

    I understand that you do not discuss cases when taken, but here you need my substantial evidence, not fully organized yet in the enclosed CD. The enclosed Complaint includes a few exhibits to clarify issues. Please contact me now. I am neutral as to the major political parties, but have allowed extra months for you to become confident that your jobs are now safe under a new administration, should you fear prosecution of politicians. If there is no response in three years, I would be forced to conclude that appointees are complicit in these matters, in violation of the mandate of their agencies.

                        Sincerely,
                        John Barth jr.
cc: DOJ and FBI offices in Washington, DC and Tampa, FL.

1  **Exhibit H-1: 2021-3-1 Response of DOJ To FOIA Request**
2



**U.S. Department of Justice**
Office of Information Policy
*Sixth Floor*
*441 G Street, NW*
*Washington, DC  20530-0001*

*Telephone: (202) 514-3642*

March 1, 2021

John Barth
P.O. Box 88
Springvale, ME 04083
jbarth@gwi.net

Re:    FOIA-2021-00820
       DRH:VAV:ERH

Dear John Barth:

     This responds to your Freedom of Information Act (FOIA) request dated and received in this Office on February 25, 2021 for records pertaining to yourself.

     Please be advised that a search has been conducted of the electronic database of the Departmental Executive Secretariat, which is the official records repository for the Offices of the Attorney General, Deputy Attorney General, and Associate Attorney General, and twenty-six pages were located that contain records responsive to your request.

     Because this material originated with or is of primary interest to the Criminal Division (CRM), we have referred that material to CRM for processing and direct response to you. Contact information for CRM may be found at www.FOIA.gov.

     For your information, Congress excluded three discrete categories of law enforcement and national security records from the requirements of the FOIA.  *See* 5 U.S.C. § 552(c) (2018).  This response is limited to those records that are subject to the requirements of the FOIA.  This is a standard notification that is given to all our requesters and should not be taken as an indication that excluded records do, or do not, exist.

**[remainder is immaterial and is not shown]**

Sincerely,

Valeria L. Villanueva for

Douglas R. Hibbard
Chief, Initial Request Staff

3

1  **Exhibit H-2: 2021-7-16 Letter from DOJ Office Of Inspector General**
2

 **DEPARTMENT OF JUSTICE** | OFFICE OF THE INSPECTOR GENERAL

July 16, 2021

John Barth, Jr.
4311 Brazilnut Avenue
Sarasota, FL 34234

Dear Mr. Barth:

Thank you for your recent correspondence. The U.S. Department of Justice (DOJ), Office of the Inspector General, investigates allegations of misconduct by employees and contractors of DOJ, as well as waste, fraud and abuse affecting DOJ programs or operations.

The matters you raised are outside our investigative jurisdiction, therefore no action can be taken by our Office. You may wish to consult the following web page for information on where to submit certain complaints that do not fall within the DOJ OIG's investigative authority: https://oig.justice.gov/hotline/non_doj_complaints.

Please be advised that this is the only correspondence you will receive from our Office regarding this matter. Of course, if you obtain new information that involves other allegations or issues regarding DOJ employees, contractors, programs or operations, please feel free to submit that information to us.

Thank you for giving us the opportunity to review your concerns.

Sincerely,

Office of the Inspector General
Investigations Division

950 Pennsylvania Avenue, NW, Washington, DC 20530-0001

3

**Exhibit H-3: 2021-7-31 Response Letter to DOJ Office Of Inspector General**

**CONFIDENTIAL**

Office of Inspector General          John Barth, jr.
U.S. Department of Justice           4311 Brazilnut Ave, Sarasota, FL 34234
950 Pennsylvania Avenue, NW          PO Box 88, Springvale, ME 04083
Washington, D.C. 20530-0001          Jbarth@gwi.net 207-608-1741

                    Re: RICO action in Florida: Need for investigation or cooperation

Hello,

        In reference to your letter of 7/16/2021 and my letter of 2/9/2021 attached, your office stated only that the refusal of DOJ to investigate massive political and financial corruption is magically not within the "allegations of misconduct by employees or contractors" of DOJ. Thank you for this clear evidence of outright corruption in your office, in collusion with the racketeering enterprise.

        I stated in my letter that "If there is no response in three years, I would be forced to conclude that appointees are complicit in these matters, in violation of the mandate of their agencies." That is now clearly the case.

        If you do not investigate this matter immediately and thoroughly, and make regular reports of your progress to me, you and the DOJ will be prosecuted for:

        1. Collusion with the political racketeering enterprise;
        2. Knowing, willful, and extreme abuse of office; and
        3. Subversion of the Constitution and laws of the United States.

No excuses will be accepted.


                                        Sincerely,

                                        John Barth jr.

27

**EXHIBITS OF FOIA ACTION**

**Timeline**

| Date | Exhibit | Description | Page |
|------|---------|-------------|------|
| 1/2021 | | Filed FOIA requests on FBI, HSI, and IRS websites | |
| 2/25/21 | 1A - 2 | Filed FOIA request 197391 via National FOIA Portal with forms. | 6-10 |
| 3/01/21 | 3 | DOJ letter: "twenty-six pages were located... originated with … | 11 |
| | | Criminal Division (CRM)… referred… to CRM for processing." | |
| 3/03/21 | 4 | Criminal Division letter: "will disclose… as soon as practicable" | 12 |
| 5/20/21 | 10A | Filed appeal A-2021-01803 for "expedited determination" | 15 |
| 5/25/21 | | Expedited Determination denied for "insufficient cause" | |
| 6/09/21 | 5 | DOJ OIG denies appeal until determination despite no action. | 13 |
| 7/16/21 | 6 | DOJ OIG claims that FOIA compliance is not their mandate. | 14 |
| 8/24/22 | | 18 months since application with no determination. | |
| 2/24/23 | | 24 months since application with no determination. | |
| 8/24/23 | | 30 months since application with no determination. | |
| | 10B | DOJ deleted the FOIA request despite noting two appeals thereof. | 16 |

1    **Exhibit 1A: National FOIA Portal Filing 197391 On 2/25/21**

2


An official website of the United States government
Here's how you know


UNITED STATES DEPARTMENT of JUSTICE

MENU


**FOIA.gov**

Thank you for visiting FOIA.gov, the government's central website for FOIA. We'll continue to make improvements to the site and look forward to your input. Please submit feedback to National.FOIAPortal@usdoj.gov.

**Submission ID:** 197391

# Success!

## Contact information

**Name**
John Barth

**Mailing address**
PO Box 88
Springvale, ME 04083
United States

**Phone number**
2076081741

**Email**
jbarth@gwi.net

3

1

2    **Exhibit 1B: National FOIA Portal Filing 197391 On 2/25/21**

3

## Your FOIA request has been created and is being sent to the Office of the Attorney General.

You'll hear back from the agency confirming receipt in the coming weeks using the contact information you provided. If you have questions about your request, feel free to reach out to the agency FOIA personnel using the information provided below.

**Contact the agency**

FOIA Requester Service Center

202-514-3642

Valeree Villanueva, FOIA Public Liaison

202-514-3642

Douglas Hibbard, Chief, Initial Request Staff, 6th Floor
441 G St, NW
Washington, DC 20530-0001

-------------------------------------------------

## Request summary

Request submitted on **February 25, 2021**.

The confirmation ID for your request is **197391**.

4

1
2  **Exhibit 1C: National FOIA Portal Filing 197391 On 2/25/21**
3

## Your request

Hello, Please provide all information of DOJ related to myself: John Barth (John S Barth, John Strickland Barth) PO Box 88, Springvale, ME 04083 4311 Brazilnut Ave., Sarasota, FL 34234 (formerly of Massachusetts) 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 207-608-1741 This should include, but not be limited to, all information regarding personal history, business, activities, relationships, communications, charitable and public service activities, legal matters, politics, reports by individuals or private organizations, or reports by federal, state, and local agencies, contractors, or employees, etc. Matters of special concern include any and all negative reports or information that might raise concerns or discourage cooperation of Federal or state agencies with public service activities, investigation, or legal process by John Barth. I would expect that the information would be of considerable volume, due to false reports known to have been made at the local and state level against myself to obstruct charitable activities and public service/legal actions. Thank you very much, John S. Barth

**CONTACT**

Office of Information Policy (OIP)
U.S. Department of Justice
441 G St, NW, 6th Floor
Washington, DC 20530

E-mail: National.FOIAPortal@usdoj.gov

## Additional information

DEVELOPER RESOURCES, FOIA API & FOIA CONTACT LIST
Maine License 2015-22.jpg

| ACCESSIBILITY

| PRIVACY POLICY

| POLICIES & DISCLAIMERS

| JUSTICE.GOV

| USA.GOV

1

2    **Exhibit 1D: National FOIA Portal Filing 197391 On 2/25/21**

3

## Fees

**What type of requester are you?**
other

**Fee waiver**
no

**The amount of money you're willing to pay in fees, if any**
$10.00

_____

## Request expedited processing

**Expedited processing**
yes

**Justification for expedited processing**
This information is necessary to plan public-interest prosecution
in a racketeering case that I am prosecuting.

4

1  **Exhibit 2: FOIA Requester Certification**
2

U.S Department of Justice    **Certification of Identity**    

FORM APPROVED OMB NO. 1103-0016
EXPIRES 05/31/2023

**Privacy Act Statement.** In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Requests will not be processed if this information is not furnished. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 552a(i)(3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester [1]     _JOHN   STRICKLAND   BARTH_

Citizenship Status [2]   _CITIZEN OF THE U.S._     Social Security Number [3]   _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_

Current Address   _4311 BRAZILIAN AVE, SARASOTA, FL 34234_

Date of Birth    _10/14/1952_    Place of Birth   _BALTIMORE, MD_

**OPTIONAL: Authorization to Release Information to Another Person**

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. Section 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

_JOHN BARTH_

**Print or Type Name**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

**Signature** [4]   _John Barth_    **Date** _2/25/2021_

[1] Name of individual who is the subject of the record(s) sought.

[2] Individual submitting a request under the Privacy Act of 1974 must be either "a citizen of the United States or an alien lawfully admitted for permanent residence," pursuant to 5 U.S.C. Section 552a(a)(2). Requests will be processed as Freedom of Information Act requests pursuant to 5 U.S.C. Section 552, rather than Privacy Act requests, for individuals who are not United States citizens or aliens lawfully admitted for permanent residence.

[3] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.

[4] Signature of individual who is the subject of the record sought.

3

1
2 **Exhibit 3: DOJ Letter 3/1/21 Refers FOIA Decision To CRM Section**
3



**U.S. Department of Justice**
Office of Information Policy
*Sixth Floor*
*441 G Street, NW*
*Washington, DC 20530-0001*

*Telephone: (202) 514-3642*

March 1, 2021

John Barth
P.O. Box 88
Springvale, ME 04083          Re:   FOIA-2021-00820
jbarth@gwi.net                      DRH:VAV:ERH

Dear John Barth:

    This responds to your Freedom of Information Act (FOIA) request dated and received in this Office on February 25, 2021 for records pertaining to yourself.

    Please be advised that a search has been conducted of the electronic database of the Departmental Executive Secretariat, which is the official records repository for the Offices of the Attorney General, Deputy Attorney General, and Associate Attorney General, and twenty-six pages were located that contain records responsive to your request.

    Because this material originated with or is of primary interest to the Criminal Division (CRM), we have referred that material to CRM for processing and direct response to you. Contact information for CRM may be found at www.FOIA.gov.

    For your information, Congress excluded three discrete categories of law enforcement and national security records from the requirements of the FOIA. *See* 5 U.S.C. § 552(c) (2018). This response is limited to those records that are subject to the requirements of the FOIA. This is a standard notification that is given to all our requesters and should not be taken as an indication that excluded records do, or do not, exist.

    You may contact our FOIA Public Liaison, Valeree Villanueva, for any further assistance and to discuss any aspect of your request at: Office of Information Policy, United States Department of Justice, Sixth Floor, 441 G Street, NW, Washington, DC 20530-0001; telephone at 202-514-3642.

    Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, MD 20740-6001; e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

    If you are not satisfied with this Office's determination in response to this request, you may administratively appeal by writing to the Director, Office of Information Policy, United States Department of Justice, Sixth Floor, 441 G Street, NW, Washington, DC 20530-0001, or you may submit an appeal through OIP's FOIA STAR portal by creating an account following the instructions on OIP's website: https://www.justice.gov/oip/submit-and-track-request-or-appeal. Your appeal must be postmarked or electronically submitted within ninety days of the date of my response to your request. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."

Sincerely,

Douglas R. Hibbard
Chief, Initial Request Staff

4

34

1    **Exhibit 4: Criminal Division Response 3/3/21**
2



**U.S. Department of Justice**

Criminal Division

---

*Office of Enforcement Operations*                    *Washington, D.C. 20530*

**VIA Electronic Mail**                    March 3, 2021

Mr. John Barth
P.O. Box 88                        Referring Agency No. FOIA-2021-00820
Springvale, ME 04083                    Request No. CRM-301637928
jbarth@gwi.net                        Subject: Yourself

Dear Mr. Barth:

The Criminal Division has received a referral of records from the Office of Information Policy related to your request for information concerning the above-mentioned subject. Your request was received in this Office on March 1, 2021. The request number listed above has been assigned to this referral. Please use this number in all correspondence concerning this matter.

☒ A Government Information Specialist is reviewing the referred records and we will disclose all non-exempt information to you as soon as practicable.

If you have any questions regarding this referral of records, you may contact the Office by telephone at (202) 616-0307, by email at crm.foia@usdoj.gov, or by mail at the Criminal Division, U.S. Department of Justice, Room 803, Keeney Building, Washington, DC 20530-0001.

Please be advised that due to necessary operational changes as a result of the national emergency concerning the novel coronavirus disease (COVID-19) outbreak, there may be some delay in the processing of your request.

You may contact our FOIA Public Liaison at the telephone number listed above for any further assistance and to discuss any aspect of your request. Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, Maryland 20740-6001; e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

Sincerely,

FOIA/PA Unit
Criminal Division
U.S. Department of Justice

3

1
2    **Exhibit 5: DOJ OIP Denies Appeal 6/9/21 Of CRM Determination Delays**
3



**U.S. Department of Justice**
Office of Information Policy
*Sixth Floor*
*441 G Street, NW*
*Washington, DC 20530-0001*

*Telephone: (202) 514-3642*

John Barth

Re:    Appeal No. A-2021-01803
          Request No. CRM-301637928
          CDT:KHK

jbarth@gwi.net

**VIA: Online Portal - 6/9/2021**

Dear John Barth:

    You attempted to appeal from the failure of the Criminal Division of the United States Department of Justice to respond to records referred to it by the Initial Request Staff (IR Staff) of the Office of Information Policy pertaining to your Freedom of Information Act request for access to records concerning yourself.

    Department of Justice regulations provide for an administrative appeal to the Office of Information Policy only after there has been an adverse determination by a component. See 28 C.F.R. § 16.8(a) (2020). As no adverse determination has yet been made by the Criminal Division, there is no action for this Office to consider on appeal.

    As you may know, the FOIA authorizes requesters to file a lawsuit when an agency takes longer than the statutory time period to respond. See 5 U.S.C. § 552(a)(6)(C)(i). However, I can assure you that this Office has contacted the Criminal Division and has been advised that the referred records are currently being processed. If you are dissatisfied with the Criminal Division's final response, you may appeal again to this Office.

    This Office has forwarded a copy of your letter to the Criminal Division. You should contact the Criminal Division's Requester Service Center at (202) 616-0307 for further updates regarding the status of your request.

    If you have any questions regarding the action this Office has taken on your appeal, you may contact this Office's FOIA Public Liaison for your appeal. Specifically, you may speak with the undersigned agency official by calling (202) 514-3642.

Sincerely,

X_____
Christina D. Troiani,
Associate Chief, for Matthew Hurd, Chief,
Administrative Appeals Staff

4

1

2  **Exhibit 6: DOJ OIG Refuses Request 7/16/21 As Beyond Its Mandate**

3

 **DEPARTMENT OF JUSTICE** | OFFICE OF THE INSPECTOR GENERAL

July 16, 2021

John Barth, Jr.
4311 Brazilnut Avenue
Sarasota, FL 34234

Dear Mr. Barth:

Thank you for your recent correspondence. The U.S. Department of Justice (DOJ), Office of the
Inspector General, investigates allegations of misconduct by employees and contractors of DOJ, as
well as waste, fraud and abuse affecting DOJ programs or operations.

The matters you raised are outside our investigative jurisdiction, therefore no action can be taken by our
Office. You may wish to consult the following web page for information on where to submit certain
complaints that do not fall within the DOJ OIG's investigative authority: https://oig.justice.gov/
hotline/non_doj_complaints.

Please be advised that this is the only correspondence you will receive from our Office regarding this
matter. Of course, if you obtain new information that involves other allegations or issues regarding DOJ
employees, contractors, programs or operations, please feel free to submit that information to us.

Thank you for giving us the opportunity to review your concerns.

Sincerely,

Office of the Inspector General
Investigations Division

950 Pennsylvania Avenue, NW, Washington, DC 20530-0001

4

1

**Exhibit 10A: National FOIA Portal Shows Subject Appeals 9/20/23**

3



4

1

2  **Exhibit 10B: National FOIA Portal Has Deleted FOIA Requests 9/20/23**

3





4

1
2  **EXHIBITS OF FOIA REQUESTS DURING PRIOR ACTION**
3  **Exhibit 11A: FBI National FOIA Portal Filing 1647666 On 10/21/2024**



1

2    **Exhibit 11B: FBI National FOIA Portal Filing 1647666 On 10/21/2024**

3

FOIA.gov - Freedom of Information Act: Create a request          https://www.foia.gov/request/agency-component/e366935f-20e1-4404-a...

## Request summary

Request submitted on **October 21, 2024**.

The confirmation ID for your request is **1647666**.



The confirmation ID is only for identifying your request on FOIA.gov and acts as a receipt
to show that you submitted a request using FOIA.gov. This number does not replace the
information you'll receive from the agency to track your request. In case there is an issue
submitting your request to the agency you selected, you can use this number to help.

## Contact information

**Name**
John Barth

**Mailing address**
4311 Brazilnut Ave
Sarasota, FL 34234
US

**Phone number**
2076081741

## Your request

Please provide all information of DOJ related to myself and my activities including
litigation. This should include, but not be limited to, all information regarding personal
history, business, activities, relationships, communications, charitable and public
service activities, legal matters, politics, reports by individuals or private organizations,
or reports by federal, state, and local agencies, contractors, or employees, etc. Matters of
special concern include any and all negative reports or information that might raise
concerns or discourage cooperation of Federal or state agencies with public service
activities, investigations, or legal process by John Barth. I would expect that the
information would be of considerable volume, due to false reports known to have been

4

1

2    **Exhibit 11C: FBI National FOIA Portal Filing 1647666 On 10/21/2024**

3

FOIA.gov - Freedom of Information Act: Create a request          https://www.foia.gov/request/agency-component/e366935f-20e1-4404-a...

made at the local and state level against myself to obstruct charitable activities and
public service legal actions. Also please provide information on all persons and agencies
given information about myself, including executive and judicial branch officials.

## Additional information

Maine License 2015-21.jpg

**What is the subject of your request?**
myself

**Date of birth**
10/14/1952

**Signature (typed)**
John Barth

**I am making this request on behalf of**
myself

**Are you a US citizen?**
yes

**By providing an electronic signature below I declare under penalty of perjury under
the laws of the United States of America that the foregoing is true and correct, and
that I am the person named above, and I understand that any falsification of this
statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not
more than $10,000 or by imprisonment of not more than five years or both, and that
requesting or obtaining any record(s) under false pretenses is punishable under the
provisions of 5 U.S.C. Section 552(a)(3) by a fine of not more than $5,000.**
yes

**Today's date**
10/21/2024

**Place of birth**
Baltimore

3 of 5                                                                  10/21/2024, 12:57 PM

4

1
2    **Exhibit 11D: FBI National FOIA Portal Filing 1647666 On 10/21/2024**
3

FOIA.gov - Freedom of Information Act: Create a request          https://www.foia.gov/request/agency-component/e366935f-20e1-4404-a...

## Fees

**What type of requester are you?**
other

**Fee waiver**
option4

**The amount of money you're willing to pay in fees, if any**
100

## Request expedited processing

**Expedited processing**
yes

**Justification for expedited processing**
This information may be useful in ongoing litigation.

**FOIA.gov**

**CONTACT**

Office of Information Policy (OIP)
U.S. Department of Justice
441 G St, NW, 6th Floor
Washington, DC 20530
E-mail: National.FOIAPortal@usdoj.gov

Hero image credit ☐ CC3.0

| FREQUENTLY ASKED QUESTIONS

4 of 5                                                                                     10/21/2024, 12:57 PM

4

1

2    **Exhibit 11E: FBI National FOIA Portal Filing 1647666 On 10/21/2024**

3

FOIA.gov - Freedom of Information Act: Create a request                    https://www.foia.gov/request/agency-component/e366935f-20e1-4404-a...

DEVELOPER RESOURCES

AGENCY API SPEC

FOIA CONTACT DOWNLOAD

FOIA DATASET DOWNLOAD

ACCESSIBILITY

PRIVACY POLICY

POLICIES & DISCLAIMERS

JUSTICE.GOV

USA.GOV

4

1
2    **Exhibit 12A: HSA National FOIA Portal Filing 1647711 On 10/21/2024**
3



4    1 of 4                                                                     10/21/2024, 1:11 PM

45

1

2   **Exhibit 12B: HSA National FOIA Portal Filing 1647711 On 10/21/2024**

3

FOIA.gov - Freedom of Information Act: Create a request          https://www.foia.gov/request/agency-component/f82da0f3-a68e-41b5-93...

to show that you submitted a request using FOIA.gov. This number does not replace the
information you'll receive from the agency to track your request. In case there is an issue
submitting your request to the agency you selected, you can use this number to help.

## Contact information

**Name**
John Barth

**Mailing address**
4311 Brazilnut Ave
Sarasota, FL 34234
United States

**Phone number**
2076081741

**Email**
jbarth@gwi.net

4

1

2    **Exhibit 12C: HSA National FOIA Portal Filing 1647711 On 10/21/2024**

3

FOIA.gov - Freedom of Information Act: Create a request          https://www.foia.gov/request/agency-component/f82da0f3-a68e-41b5-93...

## Your request

Please provide all information of DOJ related to myself and my activities including litigation. This should include, but not be limited to, all information regarding personal history, business, activities, relationships, communications, charitable and public service activities, legal matters, politics, reports by individuals or private organizations, or reports by federal, state, and local agencies, contractors, or employees, etc. Matters of special concern include any and all negative reports or information that might raise concerns or discourage cooperation of Federal or state agencies with public service activities, investigations, or legal process by John Barth. I would expect that the information would be of considerable volume, due to false reports known to have been made at the local and state level against myself to obstruct charitable activities and public service legal actions. Please provide information about all entities to which such information has been provides, including executive and judicial branch officials.

## Additional information

Maine License 2015-21.jpg

## Fees

**What type of requester are you?**
other

**Fee waiver**
no

**The amount of money you're willing to pay in fees, if any**
100

## Request expedited processing

**Expedited processing**

3 of 4                                                                                10/21/2024, 1:11 PM

4

1
2  **Exhibit 12D: HSA National FOIA Portal Filing 1647711 On 10/21/2024**
3

FOIA.gov - Freedom of Information Act: Create a request          https://www.foia.gov/request/agency-component/f82da0f3-a68e-41b5-93...

yes

**Justification for expedited processing**
This information may be useful in ongoing litigation.


FOIA.gov

**CONTACT**

Office of Information Policy (OIP)
U.S. Department of Justice
441 G St, NW, 6th Floor
Washington, DC 20530
E-mail: National.FOIAPortal@usdoj.gov

Hero image credit   CC3.0

| FREQUENTLY ASKED QUESTIONS

| DEVELOPER RESOURCES

| AGENCY API SPEC

| FOIA CONTACT DOWNLOAD

| FOIA DATASET DOWNLOAD

| ACCESSIBILITY

| PRIVACY POLICY

| POLICIES & DISCLAIMERS

| JUSTICE.GOV

| USA.GOV

4 of 4                                                                          10/21/2024, 1:11 PM

4

**Oath**

4       I, the undersigned Plaintiff John S. Barth do hereby certify that all facts herein stated are
5  true and correct to the best of my knowledge and belief.

6

7  Date: _____10/21/24_____

8                              John S. Barth, Plaintiff, pro se

9                              4311 Brazilnut Ave., Sarasota, FL 34234

10                           Jbarth@gwi.net   207-608-1741

11

12

13  Before me,

14

15  _Louis G.C. Vettraino_

16                               

17                         Notary Public

                            State of Florida, County of _Manatee_

18

19

20

LOUIS G.C. VETTRAINO
Notary Public, State of Florida
Commission# HH 401569
My comm. expires May 22, 2027