## District Court of the United States
## District of Columbia

----------------------------------------------

| John S. Barth, | Case No. 1:25-cv-01136-DLF
|        Plaintiff |
| v. | **PLAINTIFF OPPOSITION**
| Mabry Carlton Ranch Inc., et al. | **TO DEFENDANT GROUP B REPLY**
|        Defendants | **RESTATING THEIR MOTION TO DISMISS**

     The defendant Group B (Longino Ranch, Inc., Berryman Longino Jr. - deceased, John L. Minton Jr, John L. Minton Sr, Thomas L Curry, and John Longino) lawyer has replied to Plaintiff Opposition to his second meritless motion to dismiss, merely repeating his prior false statements, and adding false accusations to prejudice the Court against the Plaintiff.

     Ignoring the clear Plaintiff refutation of his false objection to Complaint length, their lawyer merely exaggerates that (p. 1), quoting an immaterial case of impropriety in lieu of any factual basis. That is refuted in the Plaintiff Opposition to his motion (p. 2-4).

     Then he attempts to prejudice the Court against the Plaintiff (p. 2) with the wild accusation that fully documented partisan denials of venue in four districts (based solely on the perjury that racketeering losses of 150, 350, 750, and 5330 times the felony crime threshold were not "substantial damages") can magically be blamed on the Plaintiff instead of the partisans, as "numerous claims" against "the members of the judiciary." Of course he again has no fact or argument at all to support those venue denials, or to madly claim a prejudice against judges. The Group B lawyer has descended into perjury and slander in hope of prejudicing the judge.

     He then adds the perjury that the Plaintiff has made "frivolous actions" in other federal courts (p. 2). Again no fact or argument. Nothing could be further from the truth, as the Plaintiff has litigated only extreme wrongdoing, with great reluctance, at great personal loss. The irrationality of the defendant statements establishes their unsurprising partisan malice.

     The defendant motion lacks any basis in law, having been based upon false statements of (1) "confusing" claims, (2) excessive length, and (3) improper statements, as well as false argument against (4) venue, and (5) civil racketeering claims of damages resulting from crime. In fact there are no confusing or improper statements; the length of Complaint is very moderate for the complexity of fact; venue is proper in this district; and the civil racketeering claims of damages from crime are ordinary and proper. Therefore the motion should be denied.

**RECEIVED**

JUL 31 2025
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

**OATH AND CERTIFICATE**

I, the undersigned Plaintiff John S. Barth do hereby certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. I further certify that on this date a copy of the foregoing document was served electronically via ECF on all counsel of record.

Date: _____7/31/2025_____     _____/s/ John Barth_____
                                                            John S. Barth, Plaintiff, pro se
P.O. Box 88, Springvale, ME 04083  Jbarth@gwi.net  207-608-1741