**UNITED STATES DISTRICT AND BANKRUPTCY COURT FOR THE DISTRICT OF COLUMBIA**
OFFICE OF THE CLERK
E. BARRETT PRETTYMAN COURTHOUSE
WASHINGTON, DC 20001

OFFICIAL BUSINESS

RECEIVED Mailroom
AUG - 6 2025
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

9314 1205 5622 3442

JOHN S. BARTH
P.O. BOX 86
SPRINGVALE, ME 04083

NIXIE    015    CE 1         7207/22/25
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 20001216799        *2217-04450-07-45*

CAPITAL DISTRICT 208
7 JUL 2025 PM 2 L
FIRST-CLASS

US POSTAGE PITNEY BOWES
ZIP 20001 $ 000.69⁰
02 7W
0008034592 JUL 07 2025