IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| John S. Barth, <br><br>                 Plaintiff, <br><br> v. <br><br> Mabry Carlton Ranch, et al., <br><br>                 Defendants. | Civil Action No. 1:25-cv-01136 |

**NOTICE OF RETURNED MAIL TO PLAINTIFF**

In light of the recent filing about the Court's returned mail to Plaintiff (ECF 54), Counsel for Defendants Michael Allen Walton, James J. Walton Trust, and Wyona June Walton Trust (the "Walton Defendants") provide notice to the Court that two attempts to serve Plaintiff by first class mail with the documents filed at ECF 31 and ECF 34 were returned "Not Deliverable as Addressed, Unable to Forward." *See* Exhibit A. These were sent to the address listed on Plaintiff's pleadings, P.O. Box 88, Springvale, ME 04083. *Id*. No other filings sent by counsel for the Walton Defendants were returned as undeliverable.

Counsel for the Walton Defendants followed up with two emails to Plaintiff at his email address on the filings on August 4 and August 6, 2025. Counsel sent the filings and asked for confirmation of receipt. Plaintiff responded on August 7, stating that "That address is correct and forwarding has been set up and has been working. I will check inquire today at the post office about the status of forwarding." *See* Exhibit B.

Going forward, pending any direction from the Court, counsel will serve Plaintiff by first-class mail to the same address and by electronic mail as well.

Dated: August 26, 2025

        Respectfully submitted,

/s/ Sara E. Kropf
Sara E. Kropf (DC Bar 481501)
**KROPF MOSELEY SCHMITT PLLC**
1100 H Street, NW, Suite 1220
Washington, DC 20005
(202) 627-6900
sara@kmlawfirm.com

Catherine M. Recker (*pro hac vice*)
**WELSH & RECKER, P.C.**
306 Walnut Street
Philadelphia, PA 19106
Tel:	(215) 972-6430
Fax:	1-985-617-1021
cmrecker@welshrecker.com

*Attorneys for Michael Allen Walton, Julie M. Walton, James J. Walton Trust, Wyona June Walton Trust, and MJW Ranch*

## **CERTIFICATE OF SERVICE**

I, Sara E. Kropf, hereby certify that I served a true and correct copy of the foregoing document by electronic filing on all counsel and parties of record through the Court's ECF system on August 26, 2025. In addition, I sent the foregoing document by first class mail to *pro se* plaintiff John S. Barth at the address listed on the complaint and by electronic mail:

John S. Barth
P.O. Box 88
Springvale, ME 04083
jbarth@gwi.net

*/s/ Sara E. Kropf*
Sara E. Kropf