Exhibit A




