**Exhibit B**

| | |
|---|---|
| **From:** | Sara Kropf |
| **To:** | jbarth@gwi.net |
| **Subject:** | RE: Walton Defendants Filing |
| **Date:** | Thursday, August 7, 2025 8:08:00 AM |

Thank you.

**From:** jbarth@gwi.net <jbarth@gwi.net>
**Sent:** Thursday, August 7, 2025 6:34 AM
**To:** Sara Kropf <sara@kmlawfirm.com>
**Subject:** Re: Walton Defendants Filing

That address is correct and forwarding has been set up and has been working.
I will check inquire today at the post office about the status of forwarding.

On 2025-08-06 11:07, Sara Kropf wrote:

> Mr. Barth
>
> Today I received this filing that we sent by first class mail on July 11. It was marked the same way. Could you please confirm receipt of these emails and provide a new mailing address?
>
> Thanks
> Sara Kropf
>
> **From:** Sara Kropf
> **Sent:** Monday, August 4, 2025 10:20 AM
> **To:** jbarth@gwi.net
> **Cc:** Katie Recker <cmrecker@welshrecker.com>
> **Subject:** Walton Defendants Filing
>
> Good morning, Mr. Barth
>
> The attached filing was sent to you via USPS first class mail on July 3, but was recently returned marked "Return to sender, not deliverable as addressed, unable to forward." We had sent it to PO Box 88, Springvale, ME 04083.
>
> If there is another address you would like us to use for mailing filings, please let me know.
>
> Could you please confirm receipt of this email?
>
> Thanks

Sara Kropf

Sara Kropf
Kropf Moseley Schmitt PLLC
1100 H Street, NW
Suite 1220
Washington DC 20005
O: 202-627-6900
M: 202-285-2668
sara@kmlawfirm.com