**District Court of the United States**
**District of Columbia**

---------------------------------------------
| Case No. 1:25-cv-01136-DLF
John S. Barth, |
      Plaintiff |
v. |
Mabry Carlton Ranch Inc., et al. | **PLAINTIFF NOTICE OF DISRUPTION**
      Defendants | **OF COURT COMMUNICATIONS**
| **And Request for Extension of Time to Respond**
| **With Notice of New Email Address**

    The Plaintiff hereby notifies the Court of recent disruptions of his communications with the court, by mail, email, and ECF, which have interrupted ordinary procedures and absorbed many days of laborious corrective action. Corrective action appears to be nearing completeion.

    The Plaintiff was notified early in August by his email provider of thirty years that their email service would end by the end of August, forcing weeks of effort to backup thousands of emails and use unreliable services to forward these to a new service provider, as well as to notify hundreds of persons and websites of the change. The backups are complete and email updates are in progress. Mail forwarding has reportedly been erratic due to staff changes at the post office.

    During this period the Plaintiff was notified by the ECF service of the Court that he was "selected" to be among the first to be forced to switch to "Multifactor Authentication" requiring use of third-party software, on a cellphone of specific OS types not including his own. Due to only three logins permitted prior to the MFA conversion, Pacer access had to be restricted to the MFA changeover. The Plaintiff uses an alternate phone for internet service while traveling, and was forced to spend further days implementing the very erratic initial MFA process, replete with its many user interface crashes, service disconnects, frequent resetting of the entire process, and long periods of waiting and experimenting. MFA "enrollment" and login at last succeeded today.

    Upon restoration of Pacer service today, the Plaintiff found a motion to dismiss by defendant Sutton, never served upon him by mail or email from the defendant, nor received from ECF. Opposition to the motion should be ready shortly.

    The Plaintiff therefore requests that the Court recognize that the Sutton motion was not properly served, and extend the time for response thereto for two weeks from the present date. Notice: All parties are hereby notified below of the new email address of the Plaintiff.



**RECEIVED**
AUG 28 2025
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

2

**OATH AND CERTIFICATE**

I, the undersigned Plaintiff John S. Barth do hereby certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. I further certify that on this date a copy of the foregoing document was served electronically via ECF on all counsel of record.

Date:_____8/28/2025_____                            _____
                                                                                    John S. Barth, Plaintiff, Pro Se
P.O. Box 88, Springvale, ME 04083  JohnBarth025@gmail.com   207-608-1741