**UNITED STATES DISTRICT AND BANKRUPTCY COURT FOR THE DISTRICT OF COLUMBIA**
OFFICE OF THE CLERK
E. BARRETT PRETTYMAN COURTHOUSE
WASHINGTON, DC 20001

OFFICIAL BUSINESS

RECEIVED
Mailroom
OCT 2 - 2025
Angela D. Caesar, Clerk of Court
U.S. District Court District of Columbia

JOHN S. BARTH
P.O. BOX 88
SPRINGVALE, ME 04083

NIXIE   015   CE 1        7209/25/25
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 20001        *2417-02681-29-40

CAPITAL DISTRICT 208
29 AUG 2025 PM 4 L
FIRST-CLASS
ZIP 20001
02 7W
0008034592
US POSTAGE $000.74
AUG 29 2025