IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| John S. Barth, | |
| Plaintiff, | Civil Action No. 1:25-cv-01136-DLF |
| v. | |
| Mabry Carlton Ranch, et al., | |
| Defendants. | |

## THE WALTON DEFENDANTS' MOTION TO STRIKE "UNIFIED MEMORANDUM OF LAW FOR DENIAL OF DEFENDANT MOTIONS TO DISMISS"

Under Federal Rule of Civil Procedure 12(f), Michael Allen Walton, James J. Walton Trust, and Wyona June Walton Trust (the "Walton Defendants") move to strike Plaintiff's "Unified Memorandum of Law for Denial of Defendant Motions to Dismiss," ECF 58. The Walton Defendants sought Plaintiff's consent on October 7, 2025, and Plaintiff responded by email on October 8 that he did not consent to the motion.

The Walton Defendants filed their motion to dismiss (ECF 27), Plaintiff opposed it (ECF 32), and the Walton Defendants filed a reply (ECF 34). The motion has been fully briefed since July 11, 2025. Now, nearly two months later, Plaintiff filed the Unified Memorandum, which appears to be a sur-reply of sorts. Local Civil Rule 7 does not authorize filing a sur-reply and Plaintiff did not seek leave to do so. In addition, on August 4, the Court entered a minute order that "[u]ntil the Court resolves defendants' pending motions, the Clerk of Court is ordered to STRIKE any additional filings."

The Court should strike the Unified Memorandum. If the Court would instead prefer that the Walton Defendants respond substantively to the Unified Memorandum, then the Walton Defendants are prepared to do so.

Dated: October 8, 2025

        Respectfully submitted,

        /s/ Sara E. Kropf
        Sara E. Kropf (DC Bar 481501)
        **KROPF MOSELEY SCHMITT PLLC**
        1100 H Street, NW, Suite 1220
        Washington, DC 20005
        (202) 627-6900
        sara@kmlawfirm.com

        Catherine M. Recker (*pro hac vice*)
        **WELSH & RECKER, P.C.**
        306 Walnut Street
        Philadelphia, PA 19106
        Tel:    (215) 972-6430
        Fax:   1-985-617-1021
        cmrecker@welshrecker.com

        *Attorneys for Michael Allen Walton, Julie M. Walton, James J. Walton Trust, Wyona June Walton Trust, and MJW Ranch*

**CERTIFICATE OF SERVICE**

      I, Sara E. Kropf, hereby certify that a true and correct copy of the foregoing document was served by electronic filing on all counsel and parties of record through the Court's ECF system on October 8, 2025. In addition, because mail to Plaintiff's listed address has been returned, the foregoing document was sent by electronic mail to Plaintiff at JohnBarth025@gmail.com.

Dated: October 8, 2025                                  */s/ Sara E. Kropf*
                                                                Sara E. Kropf