John S. Barth, Plaintiff, pro se  P.O. Box 50, N. Waterboro, ME 0406
johnbarth025@gmail.com 207-608-1741  P.O. Box 88, Springvale, ME 04083

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JOHN S. BARTH,   Case No. 1:25-cv-01136
    Plaintiff
v.
MABRY CARLTON RANCH INC.;
    Defendants   **NOTICE OF APPEAL**

Plaintiff hereby files Notice of Appeal to the US Court of Appeals for the D.C. Circuit, of the order of this court dated 1/18/2026, and hereby files Notice that the issues on Appeal shall be (1) the Court's dismissal of defendants and seeking to force the case into a prejudiced venue, by (2) ignoring damages in all districts; (3) ignoring federal residual liability for compensable damages caused by unlawful acts of federal agencies; and (4) the subversive anti-Constitutional claim of federal immunity for proven acts of racketeering crime on behalf of a political party.

### MEMORANDUM OF AUTHORITY IN SUPPORT

Rule 3(a)(1) of the Federal Rules of Apellate Procedure (FRAP) provides that:

> An appeal permitted by law as of right from a district court to a court of appeals may be taken only by filing a notice of appeal with the district clerk within the time allowed by Rule 4.

Rule 4(a)(1)(B) provides that:

> The notice of appeal may be filed by any party within 60 days after entry of the judgment or order appealed from if one of the parties is: (i) the United States; (ii) a United States agency; …

The Court having failed to notify the Plaintiff by mail, email, or phone of the 1/18/26 order appealed from, discovered by the Plaintiff in reviewing the case docket 2/1/2026, this Notice of Appeal sent 2/5/2026 was timely made. The Clerk should record the contact information below.

**Notice**

This Notice is filed by email and thereby served upon all defendants or their counsel, and is further served upon all defendants by email at their email address of record.

Date: __2/5/2026__   /s/ John Barth
    John Barth, Plaintiff

John S. Barth, Plaintiff, pro se   P.O. Box 50, N. Waterboro, ME 0406
johnbarth025@gmail.com 207-608-1741   P.O. Box 88, Springvale, ME 04083



**RECEIVED**
FEB 08 2026
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia