John S. Barth, Plaintiff, pro se           P.O. Box 50, N. Waterboro, ME 0406
johnbarth025@gmail.com 207-608-1741        P.O. Box 88, Springvale, ME 04083

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

JOHN S. BARTH,                              Case No. 1:25-cv-01136
    Plaintiff
v.
MABRY CARLTON RANCH INC.;
    Defendants

## APPELLANT CERTIFICATE THAT NO TRANSCRIPT IS ORDERED

The appellant hereby certifies, pursuant to FRAP Rule 10(b)(1)(B), that no transcript of proceedings not already on file is to be ordered, as there have been no proceedings in this matter.

**Certificate of Service**

This Notice is filed by email and thereby served upon all defendants or their counsel, and is further served upon all defendants by email at their email address of record.

Date:  2/5/2026                             /s/ John Barth
                                            John Barth, Plaintiff
John S. Barth, Plaintiff, pro se            P.O. Box 50, N. Waterboro, ME 0406
johnbarth025@gmail.com 207-608-1741         P.O. Box 88, Springvale, ME 04083