APPEAL,CLOSED,JURY,PROSE-NP,TRANSFER-OUT,TYPE-F

# U.S. District Court
## District of Columbia (Washington, DC)
### CIVIL DOCKET FOR CASE #: 1:25-cv-01136-DLF

| | |
|---|---|
| BARTH v. MABRY CARLTON RANCH INC. et al | Date Filed: 03/31/2025 |
| Assigned to: Judge Dabney L. Friedrich | Date Terminated: 02/10/2026 |
| Demand: $4,200,000 | Jury Demand: None |
| Case in other court: USCA, 26-05058 | Nature of Suit: 470 Racketeer/Corrupt Organization |
| Cause: 18:1961 Racketeering (RICO) Act | Jurisdiction: Federal Question |

**Plaintiff**

**JOHN S. BARTH**    represented by    **JOHN S. BARTH**
P.O. BOX 88
Springvale, ME 04083
PRO SE

V.

**Defendant**

**MABRY CARLTON RANCH INC.**    represented by    **Paul M. Finamore**
PESSIN KATZ LAW, P.A.
5950 Symphony Woods Road
Suite 510
Columbia, MD 21044
410-740-3170
Email: pfinamore@pklaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**LONGINO RANCH INC.**    represented by    **Jeffrey M. Saltman**
COLE SCHOTZ P.C.
1050 Connecticut Avenue
Suite 500
Washington, DC 20036
202-304-1611
Email: jsaltman@coleschotz.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**BERRYMAN LONGINO, JR.**

**Defendant**

**JOHN LONGINO**    represented by    **Jeffrey M. Saltman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

THOMAS L. CURRY      represented by **Jeffrey M. Saltman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

BARBARA CARLTON      represented by **Paul M. Finamore**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

LISA CARLTON      represented by **Paul M. Finamore**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

KIMBERLY BONNER      represented by **Maryssa Hardy**
FLORIDA ATTORNEY GENERALS OFFICE
Pl 01
The Capital
Tallahassee, FL 32399-1050
850-414-3695
Email: maryssa.hardy@myfloridalegal.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

JOHN MINTON, JR.      represented by **Jeffrey M. Saltman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

JOHN MINTON, SR.      represented by **Jeffrey M. Saltman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

MICHAEL ALLEN WALTON      represented by **Catherine Recker**
WELSH & RECKER, P.C.
306 Walnut Street
Philadelphia, PA 19106
215-972-6430
Email: cmrecker@welshrecker.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

|  |  |
|---|---|
|  | Sara E. Kropf<br>KROPF MOSELEY SCHMITT PLLC<br>1100 H Street NW<br>Suite 1220<br>Washington, DC 20005<br>202-627-6900<br>Email: sara@kmlawfirm.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Defendant** |  |
| WYONA JUNE WALTON TRUST | represented by **Catherine Recker**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Sara E. Kropf**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Defendant** |  |
| ERIC SUTTON | represented by **Christopher A. Tumminia**<br>SOUTHWEST FLORIDA WATER MANAGEMENT DISTRICT<br>7601 Highway 301 N<br>Tampa, FL 33637<br>813-985-7481<br>Fax: 813-367-9776<br>Email: chris.tumminia@swfwmd.state.fl.us<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Defendant** |  |
| AMY MEESE | represented by **Scott Thomas Bossard**<br>OFFICE OF THE COUNTY ATTORNEY<br>1001 Sarasota Center Blvd.<br>Sarasota, FL 34240<br>941-780-8230<br>Fax: 941-861-7267<br>Email: sbossard@scgov.net<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| **Defendant** |  |
| UNITED STATES GOVERNMENT | represented by **Mason D. Bracken**<br>DOJ-USAO<br>Civil Division<br>601 D Street NW<br>Washington, DC 20530 |

202-252-2523
Email: mason.bracken@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**JOHN DOES 1-10**

**Defendant**

**JANE DOES 1-10**

**Defendant**

**JAMES J. WALTON TRUST**
*Trust*

represented by **Catherine Recker**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sara E. Kropf**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**MJW RANCH LLC**

**Defendant**

**JULIE M. WALTON**

**Movant**

**ALTOM MAGLIO**
mctlaw
1310 G Street NW
Suite 610, DC 20005
8887208259

represented by **Altom M. Maglio**
MCTLAW
1515 Ringling Boulevard
Suite 700
Sarasota, FL 34236
941-952-5242
Email: amm@mctlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/31/2025 | 1 | COMPLAINT against All Defendants ( Filing fee $ 405, receipt number 209414) with Jury Demand filed by JOHN S. BARTH. (Attachments: # 1 Civil Cover Sheet)(zdp) (Entered: 04/17/2025) |
| 03/31/2025 | | SUMMONS Not Issued as to All Defendants (zdp) (Entered: 04/17/2025) |
| 04/18/2025 | 2 | REQUEST FOR SUMMONS TO ISSUE filed by JOHN S. BARTH. (Attachments: # 1 Summons, # 2 Summons, # 3 Summons, # 4 Summons, # 5 Summons, # 6 Summons, # 7 Summons, # 8 Summons, # 9 Summons, # 10 Summons, # 11 Summons, # 12 Summons, # 13 Summons, # 14 Summons, # 15 Summons, # 16 Summons, # 17 Summons)(zdp) (Entered: 04/18/2025) |

| | | |
|---|---|---|
| 04/18/2025 | | SUMMONS (17) Issued as to KIMBERLY BONNER, BARBARA CARLTON, LISA CARLTON, THOMAS L. CURRY, BERRYMAN LONGINO, JR, JOHN LONGINO, LONGINO RANCH INC., MABRY CARLTON RANCH INC., AMY MEESE, JOHN MINTON, SR, JOHN MINTON, JR, ERIC SUTTON, JAMES J. WALTON, MICHAEL ALLEN WALTON, WYONA JUNE WALTON, U.S. Attorney and U.S. Attorney General (zdp) (Entered: 04/18/2025) |
| 04/22/2025 | 3 | STANDARD ORDER for Civil Cases. See text for details. Signed by Judge Dabney L. Friedrich on April 22, 2025. (lcdlf2) (Entered: 04/22/2025) |
| 05/12/2025 | 4 | REQUEST FOR SUMMONS TO ISSUE filed by JOHN S. BARTH.(zdp) (Entered: 05/14/2025) |
| 05/14/2025 | | SUMMONS (17) Issued as to KIMBERLY BONNER, BARBARA CARLTON, LISA CARLTON, THOMAS L. CURRY, JAMES J. WALTON TRUST, BERRYMAN LONGINO, JR, JOHN LONGINO, LONGINO RANCH INC., MABRY CARLTON RANCH INC., AMY MEESE, JOHN MINTON, SR, JOHN MINTON, JR, ERIC SUTTON, MICHAEL ALLEN WALTON, WYONA JUNE WALTON, U.S. Attorney and U.S. Attorney General, Summonses emailed to Plaintiff(zdp) (Entered: 05/14/2025) |
| 06/09/2025 | 5 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. KIMBERLY BONNER served on 5/29/2025, answer due 6/19/2025; BARBARA CARLTON served on 5/28/2025, answer due 6/18/2025; LISA CARLTON served on 5/28/2025, answer due 6/18/2025; BERRYMAN LONGINO, JR served on 5/27/2025, answer due 6/17/2025; LONGINO RANCH INC. served on 5/27/2025, answer due 6/17/2025; AMY MEESE served on 5/29/2025, answer due 6/19/2025; JOHN MINTON, JR served on 5/29/2025, answer due 6/19/2025 (zdp) (Entered: 06/09/2025) |
| 06/16/2025 | 6 | First MOTION for Extension of Time to File Answer *to Plaintiff's Complaint* by KIMBERLY BONNER. (Attachments: # 1 Text of Proposed Order)(Hardy, Maryssa) (Entered: 06/16/2025) |
| 06/16/2025 | 10 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. (zdp) (Entered: 06/18/2025) |
| 06/17/2025 | 7 | Unopposed MOTION for Leave to Appear Pro Hac Vice :Attorney Name- Scott T. Bossard, Filing fee $ 100, receipt number BDCDC-11762284. Fee Status: Fee Paid. by ALTOM MAGLIO. (Attachments: # 1 Exhibit, # 2 Text of Proposed Order)(Maglio, Altom) (Entered: 06/17/2025) |
| 06/17/2025 | 8 | NOTICE of Appearance by Jeffrey M. Saltman on behalf of LONGINO RANCH INC., JOHN MINTON, JR (Saltman, Jeffrey) (Entered: 06/17/2025) |
| 06/17/2025 | 9 | MOTION to Dismiss *or; in the Alternative, Motion for More Definite Statement* by LONGINO RANCH INC., JOHN MINTON, JR. (Attachments: # 1 Memorandum in Support of Motion to Dismiss, # 2 Text of Proposed Order)(Saltman, Jeffrey) (Entered: 06/17/2025) |
| 06/17/2025 | | MINUTE ORDER granting the 7 Motion for Leave to Appear Pro Hac Vice. **Counsel should register for e-filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a).** Click for instructions. So Ordered by Judge Dabney L. Friedrich on June 17, 2025. (lcdlf2) (Entered: 06/17/2025) |
| 06/18/2025 | | MINUTE ORDER. Pursuant to Fox v. Strickland, 837 F.2d 507 (D.C. Cir. 1988), the plaintiff is advised that failure to respond to the defendant's pending 9 Motion to Dismiss by July 8, 2025, may result in the Court (1) treating the motion as conceded, (2) ruling on the defendant's motion based on the defendant's arguments alone; or (3) dismissing the plaintiff's claims for failure to prosecute. Accordingly, it is ORDERED |

| | | |
|---|---|---|
| | | that the plaintiff shall file a response to the defendants 9 Motion to Dismiss, or seek an extension of time to do so, on or before July 8, 2025, or the Court will dismiss this case for failure to prosecute. The Clerk of Court is directed to mail a copy of this Minute Order to the plaintiff's address of record. So Ordered by Judge Dabney L. Friedrich on June 18, 2025. (lcdlf2) (Entered: 06/18/2025) |
| 06/18/2025 | | MINUTE ORDER granting Defendant Bonner's unopposed 6 Motion for Extension of Time. Accordingly, Defendant Bonner shall answer or otherwise respond to the plaintiff's 1 Complaint on or before July 3, 2025. So Ordered by Judge Dabney L. Friedrich on June 18, 2025. (lcdlf2) (Entered: 06/18/2025) |
| 06/18/2025 | | Set/Reset Deadlines: Response due by 7/8/2025. (smc) (Entered: 06/18/2025) |
| 06/18/2025 | 11 | MOTION to Dismiss for Lack of Jurisdiction , MOTION to Dismiss by BARBARA CARLTON, LISA CARLTON, MABRY CARLTON RANCH INC.. (Attachments: # 1 Memorandum in Support, # 2 Proposed Order)(Finamore, Paul) (Entered: 06/18/2025) |
| 06/19/2025 | 12 | NOTICE *Line to Defendants Mabry Carlton Ranch, Inc. Barbara Carlton, and Lisa Carlton's Motion to Dismiss and Memorandum* by MABRY CARLTON RANCH INC. (Finamore, Paul) (Entered: 06/19/2025) |
| 06/19/2025 | 13 | NOTICE of Appearance by Scott Thomas Bossard on behalf of AMY MEESE (Bossard, Scott) (Entered: 06/19/2025) |
| 06/19/2025 | 14 | MOTION to Dismiss *Complaint* by AMY MEESE. (Bossard, Scott) (Entered: 06/19/2025) |
| 06/20/2025 | 15 | Memorandum in opposition to re 11 MOTION to Dismiss for Lack of Jurisdiction MOTION to Dismiss filed by JOHN S. BARTH. (zdp) (Entered: 06/20/2025) |
| 06/20/2025 | 20 | NOTICE of Fact Appendix by JOHN S. BARTH (Attachments: # 1 Appendix, # 2 Appendix, # 3 Appendix, # 4 Appendix, # 5 Appendix, # 6 Appendix, # 7 Appendix) (zdp) (Entered: 06/26/2025) |
| 06/21/2025 | 16 | Memorandum in opposition to re 9 MOTION to Dismiss *Complaint* filed by JOHN S. BARTH. (zdp) Modified docket text on 6/26/2025 (zdp). (Entered: 06/23/2025) |
| 06/23/2025 | 17 | Memorandum in opposition to re 14 MOTION to Dismiss *Complaint* filed by JOHN S. BARTH. (zdp) (Entered: 06/26/2025) |
| 06/23/2025 | 18 | CERTIFICATE OF SERVICE by JOHN S. BARTH re 1 Complaint. (zdp) (Entered: 06/26/2025) |
| 06/24/2025 | 22 | NOTICE OF Fact MCRI and Carlton by JOHN S. BARTH (zdp) (Entered: 06/26/2025) |
| 06/24/2025 | 23 | NOTICE OF Fact Longino Ranch et al by JOHN S. BARTH (zdp) (Entered: 06/26/2025) |
| 06/24/2025 | 24 | NOTICE OF Facts MJW Ranch and Walton by JOHN S. BARTH (zdp) (Entered: 06/26/2025) |
| 06/24/2025 | 25 | NOTICE OF Conservation Facts by JOHN S. BARTH (zdp) (Entered: 06/26/2025) |
| 06/25/2025 | 19 | CERTIFICATE OF SERVICE by JOHN S. BARTH re 1 Complaint. (zdp) (Entered: 06/26/2025) |
| 06/25/2025 | 21 | NOTICE of Facts of Methods by JOHN S. BARTH (zdp) (Entered: 06/26/2025) |
| 06/26/2025 | 28 | NOTICE of Exhibits by JOHN S. BARTH (zdp) (Entered: 06/30/2025) |

| | | |
|---|---|---|
| 06/27/2025 | 26 | NOTICE of Appearance by Sara E. Kropf on behalf of JAMES J. WALTON TRUST, MICHAEL ALLEN WALTON, WYONA JUNE WALTON (Kropf, Sara) (Entered: 06/27/2025) |
| 06/27/2025 | 27 | MOTION to Dismiss by JAMES J. WALTON TRUST, MICHAEL ALLEN WALTON, WYONA JUNE WALTON. (Attachments: # 1 Memorandum in Support, # 2 Text of Proposed Order)(Kropf, Sara) (Entered: 06/27/2025) |
| 06/30/2025 | 29 | REPLY to opposition to motion re 9 Motion to Dismiss *or, in the Alternative, Motion for a More Definite Statement* filed by LONGINO RANCH INC., JOHN MINTON, JR. (Saltman, Jeffrey) (Entered: 06/30/2025) |
| 07/02/2025 | 30 | MOTION to Dismiss *Plaintiff's Complaint* by KIMBERLY BONNER. (Attachments: # 1 Text of Proposed Order)(Hardy, Maryssa) (Entered: 07/02/2025) |
| 07/02/2025 | 32 | Memorandum in opposition to re 27 MOTION to Dismiss filed by JOHN S. BARTH. (zdp) (Entered: 07/07/2025) |
| 07/02/2025 | 35 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. JAMES J. WALTON TRUST served on 6/10/2025, answer due 7/1/2025; JOHN MINTON, SR served on 6/10/2025, answer due 7/1/2025; MJW RANCH LLC served on 6/10/2025, answer due 7/1/2025; JULIE M. WALTON served on 6/10/2025, answer due 7/1/2025; MICHAEL ALLEN WALTON served on 6/10/2025, answer due 7/1/2025; WYONA JUNE WALTON TRUST served on 6/10/2025, answer due 7/1/2025 (zdp) (Entered: 07/14/2025) |
| 07/03/2025 | 31 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name- Catherine Recker, Filing fee $ 100, receipt number ADCDC-11796302. Fee Status: Fee Paid. by JAMES J. WALTON TRUST, MICHAEL ALLEN WALTON, WYONA JUNE WALTON. (Attachments: # 1 Exhibit Declaration of Catherine Recker, # 2 Exhibit Recker Certificate of Good Standing)(Kropf, Sara) (Entered: 07/03/2025) |
| 07/07/2025 | | MINUTE ORDER granting 31 Motion for Leave to Appear Pro Hac Vice. **Counsel should register for e-filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a).** Click for instructions. So Ordered by Judge Dabney L. Friedrich on July 7, 2025. (lcdlf2) (Entered: 07/07/2025) |
| 07/09/2025 | 33 | NOTICE of Appearance by Catherine Recker on behalf of JAMES J. WALTON TRUST, MICHAEL ALLEN WALTON, WYONA JUNE WALTON (Recker, Catherine) (Entered: 07/09/2025) |
| 07/10/2025 | 36 | **REQUEST FOR LEAVE TO FILE REVIEW.** The attached document requires leave to file: Motion for CM/ECF; John S, Barth. Reason(s): Document is not signed. (zdp) (Entered: 07/14/2025) |
| 07/10/2025 | 37 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. THOMAS L. CURRY served on 6/26/2025, answer due 7/17/2025; JOHN LONGINO served on 7/8/2025, answer due 7/29/2025 (zdp) (Entered: 07/14/2025) |
| 07/11/2025 | 34 | REPLY to opposition to motion re 27 Motion to Dismiss *by Walton Defendants* filed by JAMES J. WALTON TRUST, MICHAEL ALLEN WALTON, WYONA JUNE WALTON. (Kropf, Sara) (Entered: 07/11/2025) |
| 07/14/2025 | 38 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. ERIC SUTTON served on 6/30/2025, answer due 7/21/2025 (zdp) (Entered: 07/15/2025) |
| 07/17/2025 | 39 | MOTION to Dismiss *or, in the Alternative, Motion for More Definite Statement* by THOMAS L. CURRY, JOHN LONGINO, JOHN MINTON, SR. (Attachments: # 1 Memorandum in Support of Motion to Dismiss, # 2 Text of Proposed Order)(Saltman, |

| | | |
|---|---|---|
| | | Jeffrey). Added MOTION for More Definite Statement on 7/17/2025 (zdp). (Entered: 07/17/2025) |
| 07/22/2025 | 40 | Memorandum in opposition to re 30 MOTION to Dismiss *Plaintiff's Complaint* filed by JOHN S. BARTH. (zdp) (Entered: 07/22/2025) |
| 07/23/2025 | 41 | Memorandum in opposition to re 39 MOTION to Dismiss *or, in the Alternative, Motion for More Definite Statement* MOTION for More Definite Statement filed by JOHN S. BARTH. (zdp) (Entered: 07/24/2025) |
| 07/28/2025 | 42 | MOTION for Extension of Time to File Response/Reply by ERIC SUTTON. (Tumminia, Christopher) (Entered: 07/28/2025) |
| 07/28/2025 | 43 | NOTICE of Appearance by Mason D. Bracken on behalf of UNITED STATES GOVERNMENT (Bracken, Mason) (Entered: 07/28/2025) |
| 07/28/2025 | 44 | MOTION to Dismiss *Complaint*, MOTION to Dismiss for Lack of Jurisdiction , MOTION to Dismiss Case as Frivolous by UNITED STATES GOVERNMENT. (Attachments: # 1 Text of Proposed Order)(Bracken, Mason) (Entered: 07/28/2025) |
| 07/29/2025 | | MINUTE ORDER granting defendant Eric Sutton's unopposed 42 Motion for Extension of Time. Accordingly, the defendant shall answer or otherwise respond to the plaintiff's 1 Complaint on or before August 8, 2025. So Ordered by Judge Dabney L. Friedrich on July 29, 2025. (lcdlf2) (Entered: 07/29/2025) |
| 07/30/2025 | 45 | REPLY to opposition to motion re 39 Motion to Dismiss,, Motion for More Definite Statement, filed by THOMAS L. CURRY, JOHN LONGINO, JOHN MINTON, SR. (Saltman, Jeffrey) (Entered: 07/30/2025) |
| 07/30/2025 | 46 | Memorandum in opposition to re 44 MOTION to Dismiss *Complaint* MOTION to Dismiss for Lack of Jurisdiction MOTION to Dismiss Case as Frivolous filed by JOHN S. BARTH. (Attachments: # 1 Appendix F, # 2 Appendix G, # 3 Appendix H)(zdp) (Entered: 07/30/2025) |
| 07/30/2025 | 47 | MEMORANDUM of Law 1 by JOHN S. BARTH. (zdp) (Entered: 08/04/2025) |
| 07/30/2025 | 48 | MEMORANDUM OF LAW 8 by JOHN S. BARTH. (zdp) (Entered: 08/04/2025) |
| 07/31/2025 | 49 | MEMORANDUM OF LAW 2 by JOHN S. BARTH. (zdp) (Entered: 08/04/2025) |
| 07/31/2025 | 50 | MEMORANDUM OF LAW 3 by JOHN S. BARTH. (zdp) (Entered: 08/04/2025) |
| 07/31/2025 | 51 | SUPPLEMENTAL MEMORANDUM to re 41 Memorandum in Opposition filed by JOHN S. BARTH. (zdp) (Entered: 08/04/2025) |
| 08/04/2025 | | MINUTE ORDER. Before the Court are the defendants' 27 30 39 44 Motions to Dismiss to which the plaintiff has had ample time to respond. Indeed, in the last week alone the plaintiff has filed five 47 48 49 50 51 Memoranda. Until the Court resolves defendants' pending motions, the Clerk of Court is ordered to STRIKE any additional filings. So Ordered by Judge Dabney L. Friedrich on August 4, 2025. (lcdlf2) (Entered: 08/04/2025) |
| 08/06/2025 | 52 | REPLY to opposition to motion re 44 Motion to Dismiss, Motion to Dismiss/Lack of Jurisdiction, Motion to Dismiss Case as Frivolous filed by UNITED STATES GOVERNMENT. (Bracken, Mason) (Entered: 08/06/2025) |
| 08/08/2025 | 53 | MOTION to Dismiss for Lack of Jurisdiction *and Incorporated Memorandum of Law* by ERIC SUTTON. (Tumminia, Christopher) (Entered: 08/08/2025) |
| 08/25/2025 | 54 | Mail Returned as Undeliverable re Minute Order on Motion for Leave to Appear Pro Hac Vice; Sent to John S. Barth; Resent to New Address: Unknown - Unable to |

| | | |
|---|---|---|
| | | Forward. (smc) (Entered: 08/25/2025) |
| 08/26/2025 | 55 | NOTICE *of Returned Mail to Plaintiff* by JAMES J. WALTON TRUST, MJW RANCH LLC, MICHAEL ALLEN WALTON, WYONA JUNE WALTON TRUST (Attachments: # 1 Exhibit A (returned mail), # 2 Exhibit B (email correspondence))(Kropf, Sara) (Entered: 08/26/2025) |
| 08/28/2025 | 56 | MOTION for Extension of Time by JOHN S. BARTH. (znmw) (Entered: 08/28/2025) |
| 08/28/2025 | | MINUTE ORDER. Upon consideration of the plaintiff's 56 Motion for Extension of Time, it is ORDERED that the motion is GRANTED. Accordingly, the plaintiff shall file his response to the 53 Motion to Dismiss by Eric Sutton on or before September 11, 2025. So Ordered by Judge Dabney L. Friedrich on August 28, 2025. (lcdlf2) (Entered: 08/28/2025) |
| 08/29/2025 | 57 | Memorandum in opposition to re 53 MOTION to Dismiss for Lack of Jurisdiction *and Incorporated Memorandum of Law* filed by JOHN S. BARTH. (znmw) (Entered: 08/29/2025) |
| 10/05/2025 | 58 | SUPPLEMENTAL MEMORANDUM to re 57 Memorandum in Opposition filed by JOHN S. BARTH. (znmw) (Entered: 10/06/2025) |
| 10/07/2025 | 59 | Mail Returned as Undeliverable re Minute Order entered on 8/28/2025, Sent to John S. Barth; Resent to New Address: Unknown - Unable to Forward. (smc) (Entered: 10/07/2025) |
| 10/08/2025 | 60 | MOTION to Strike 58 Supplemental Memorandum by JAMES J. WALTON TRUST, MJW RANCH LLC, JULIE M. WALTON, MICHAEL ALLEN WALTON, WYONA JUNE WALTON TRUST. (Kropf, Sara) (Entered: 10/08/2025) |
| 10/09/2025 | 61 | Memorandum in opposition to re 60 MOTION to Strike 58 Supplemental Memorandum filed by JOHN S. BARTH. (znmw) (Entered: 10/09/2025) |
| 10/09/2025 | 62 | MOTION for Leave to File by JOHN S. BARTH. (See Docket Entry 61 to view document). (znmw) (Entered: 10/09/2025) |
| 01/18/2026 | | MINUTE ORDER. To the extent that any language in the plaintiff's complaint, *see, e.g.*, Compl. iii, Dkt. 1, or briefs, *see, e.g.*, Pl.'s Opp'n 3, Dkt. 15, can be liberally construed as a motion to recuse on the basis of political affiliation, the motion is DENIED. Neither the Code of Judicial Conduct nor any other authority mandates recusal for the reasons the plaintiff has identified. So Ordered by Judge Dabney L. Friedrich on January 18, 2026. (lcdlf3) (Entered: 01/18/2026) |
| 01/18/2026 | 63 | MEMORANDUM OPINION & ORDER granting the defendant United States's 44 Motion to Dismiss Count IX; transferring the remaining counts to the U.S. District Court for the Middle District of Florida; and dismissing all other pending motions as moot. See text for details. The Clerk of Court is directed to close this case after the transfer is complete. Signed by Judge Dabney L. Friedrich on January 18, 2026. (lcdlf3) (Entered: 01/18/2026) |
| 01/20/2026 | | Set/Reset Deadlines: Transfer due by 2/9/2026. (smc) (Entered: 01/20/2026) |
| 02/08/2026 | 65 | Notice of Appeal of Transfer Order filed by JOHN S. BARTH forwarded to USCA. (Attachments: # 1 Exhibit, # 2 Exhibit)(znmw) (Entered: 02/10/2026) |
| 02/10/2026 | 64 | Case transferred to the USDC for the Middle District of Florida pursuant to 63 Order; Sent to Court via extraction. (znmw) (Entered: 02/10/2026) |
| 02/10/2026 | | Receipt on 2/10/2026 of Electronic Transfer. Other Court Number 8:26-cv-00383 sent by USDC for the Middle District of Florida. (znmw) (Entered: 02/10/2026) |

| | | | |
|---|---|---|---|
| 02/10/2026 | 66 | Transmission of the Notice of Appeal, Order Appealed (Memorandum Opinion), and Docket Sheet to US Court of Appeals. The fee remains to be paid and another notice will be transmitted when the fee has been paid in the District Court or motion to proceed In Forma Pauperis has been decided re 65 APPEAL FROM TRANSFER ORDER - Notice of Appeal. (znmw) (Entered: 02/10/2026) | |
| 02/13/2026 | | USCA Case Number 26-5058 for 65 APPEAL FROM TRANSFER ORDER - Notice of Appeal. (znmw) (Entered: 02/17/2026) | |
| 02/24/2026 | | USCA Appeal Fees received $ 605 receipt number 211404 re 65 APPEAL FROM TRANSFER ORDER - Notice of Appeal (znmw) (Entered: 03/02/2026) | |