# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 26-5058** **September Term, 2025**

**1:25-cv-01136-DLF**

**Filed On: August 31, 2026** [2190776]

John S. Barth,

Appellant

v.

Mabry Carlton Ranch Inc., et al.,

Appellees

## MANDATE

In accordance with the order of July 9, 2026, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Daniel J. Reidy
Deputy Clerk

Link to the order filed July 9, 2026